```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       EASTERN DISTRICT OF CALIFORNIA
10
11  NATURAL RESOURCES DEFENSE
    COUNCIL, et al.,
12                                        CIV. NO. S-88-1658 LKK/GGH
                    Plaintiffs,
13
         v.
14
15  KIRK C. RODGERS, etc., et al.,
16                  Defendants.
                                        /
17
    NATURAL RESOURCES DEFENSE
18  COUNCIL, et al.,
19                  Plaintiffs,
20          v.                            CIV. NO. F-05-1207 OWW/LJO
21  GALE A. NORTON, etc., et al.,         NON-RELATED CASE ORDER
22                  Defendants.
                                        /
23
24       The court is in receipt of a Notice of Related Cases filed by
25  the plaintiffs in the above-captioned cases.  Plaintiffs seek to
26  relate N.R.D.C. v. Norton, et al., N.D. Cal. No. Civ 05-000690,
```

1  transferred by Judge Wilken to Judge Wanger, to the above-
2  captioned case.  Under the Local Rules of this court, the judge
3  with the lowest case number will resolve the propriety of relating
4  a case.  In the instant matter, my case carries the lowest number.
5      I have consulted with Judge Wanger, and we have concluded
6  that, under the Local Rule's standards, the case is properly
7  related to both my case and Judge Wanger's case.  Nonetheless, it
8  is our joint judgement that the purposes of relation are best
9  served by leaving the case with Judge Wanger.  Accordingly, the
10 court will not relate the case to <u>N.R.D.C. v. Rogers, et al.</u>, No.
11 Civ. S-88-1658 LKK.
12     IT IS SO ORDERED.
13     DATED:  September 28, 2005.

<pre>
                              /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
</pre>