SOMACH, SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN: 090959)
ANDREW M. HITCHINGS, ESQ. (SBN: 154554)
813 Sixth Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 446-7979
Facsimile:  (916) 446-8199

Attorneys for [Proposed] Intervenor
GLENN-COLUSA IRRIGATION DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>GALE A. NORTON, et al.<br><br>                    Defendants. | Case No. C-05-01207 OWW LJO<br><br>STIPULATION AND ORDER FOR INTERVENTION BY GLENN-COLUSA IRRIGATION DISTRICT, ET AL.<br><br>DATE:         December 12, 2005<br>TIME:          10:00 a.m.<br>COURTROOM:    2 (5th Floor)<br>JUDGE:        Hon. Oliver W. Wanger |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, WESTLANDS WATER DISTRICT, and CALIFORNIA FARM BUREAU FEDERATION,<br><br>                    Intervenors/Defendants. | |
| GLENN-COLUSA IRRIGATION DISTRICT, et al.,<br><br>                    [Proposed] Intervenors. | |

STIP & [PROPOSED] ORDER FOR INTERVENTION BY GCID, ET AL.                                                                     1

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Glenn-Colusa Irrigation District, Princeton-Codora-Glenn Irrigation District, Reclamation District 108, Natomas Central Mutual Water Co., Provident Irrigation District, Pelger Mutual Water Co., River Garden Farms, and Pleasant Grove-Verona Mutual Water Company (collectively "Applicants") have timely filed a motion to intervene in this case as Intervenors/ Defendants, and the parties in this case have completed their pre-hearing briefing on Applicants' motion to intervene.

WHEREAS, the Applicants have acknowledged in their Reply Memorandum in Support of Motion to Intervene that their intervention in this case can be limited to the remedial aspects of the case, and for the purposes of participating in any related settlement proceedings.

WHEREAS, Plaintiffs Natural Resources Defense Council, *et al*., the Federal Defendants Gale A. Norton, in her official capacity as the Secretary of the Interior, and Steven A. Williams, in his official capacity as Director, U.S. Fish and Wildlife Service (collectively "Federal Defendants"), and the existing intervenors San Luis & Delta-Mendota Water Authority, Westlands Water District, and the California Farm Bureau Federation ("Existing Intervenors") agree that Applicants should be granted such limited intervention in this case.

NOW, THEREFORE, it is hereby stipulated by and between Applicants, Plaintiffs Natural Resources Defense Council, *et al*., Federal Defendants and Existing Intervenors, through their respective counsel, as follows:

1. Applicants shall be granted intervention in this action, but with such intervention limited to the remedial aspects of the litigation. This limited intervention shall include the right to fully participate in any remedy phase of this case. This limited intervention shall also include the rights to fully participate in any other remedial aspects of the case that could impact or otherwise

STIP & [PROPOSED] ORDER FOR INTERVENTION BY GCID, ET AL.                           2

PDF created with pdfFactory trial version www.pdffactory.com

affect the Applicants' rights under their Sacramento River Settlement Contracts with the United States.

2. Applicants shall have the opportunity to fully participate in any court proceedings related to approval or implementation of any settlement of this case, at any time during this case.

3. Applicants shall be permitted to promptly file their answer in intervention to the Plaintiffs' First Supplemental Complaint for Declaratory and Injunctive Relief herein.

///

///

///

///

4. This Stipulation may be executed by way of counterpart signatures and/or by way of facsimile signatures.

SOMACH, SIMMONS & DUNN
A Professional Corporation

DATED: December __, 2005        By_____
                                Andrew M. Hitchings
                                Attorneys for [Proposed] Intervenor
                                GLENN-COLUSA IRRIGATION DISTRICT


FROST, KRUP AND ATLAS

DATED: December __, 2005        By_____
                                J. Mark Atlas
                                Attorneys for [Proposed] Intervenors
                                PRINCETON-CODORA-GLENN IRRIGATION
                                DISTRICT and PROVIDENT IRRIGATION
                                DISTRICT

STIP & [PROPOSED] ORDER FOR INTERVENTION BY GCID, ET AL.                    3

PDF created with pdfFactory trial version www.pdffactory.com

DOWNEY BRAND LLP

DATED: December __, 2005        By_____
                                    Kevin M. O'Brien
                                    Attorneys for [Proposed] Intervenors
                                    RECLAMATION DISTRICT 108, NATOMAS
                                    CENTRAL MUTUAL WATER CO., PELGER
                                    MUTUAL WATER CO., RIVER GARDEN
                                    FARMS, and PLEASANT GROVE-VERONA
                                    MUTUAL WATER COMPANY


DATED: December __, 2005        _____
                                    TRENT W. ORR
                                    ANDREA A. TREECE
                                    Attorneys for Plaintiffs

                                    HAMILTON CANDEE
                                    KATHERINE S. POOLE
                                    Attorneys for Plaintiff
                                    NATURAL RESOURCES DEFENSE COUNCIL


                                SUE ELLEN WOOLDRIDGE
                                Assistant Attorney General
                                JEAN E. WILLIAMS, Section Chief
                                SETH BARSKY, Assistant Section Chief


DATED: December __, 2005        _____
                                    JAMES A. MAYSONETT,
                                    Trial Attorney (D.C. Bar No. 463856)
                                    Environment & Natural Resources Division
                                    U.S. Department of Justice
                                    Benjamin Franklin Station, P.O. Box 7369
                                    Washington, D.C. 20044-7369
                                    Telephone: (202) 305-0216
                                    Facsimile:(202) 305-0275
                                    Attorneys for The Federal Defendants

PDF created with pdfFactory trial version www.pdffactory.com

                                                    KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                                    A Professional Corporation

DATED: December __, 2005        By_____
                                                     Daniel J. O'Hanlon
                                                     Attorneys for Defendant-Intervenors SAN LUIS &
                                                     DELTA-MENDOTA WATER AUTHORITY and
                                                     WESTLANDS WATER DISTRICT


DATED: December __, 2005        _____
                                                     BRENDA JAHNS SOUTHWICK
                                                     RONDA AZEVEDO LUCAS
                                                     Attorneys for Defendant-Intervenor
                                                     CALIFORNIA FARM BUREAU FEDERATION


## **ORDER**

The Court, having read and considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**


Dated: December _9, 2005         /s/ OLIVER W. WANGER_____
                                                    OLIVER W. WANGER
                                                    UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

CERTIFICATE OF SERVICE

I am employed in the County of Sacramento; my business address is 813 Sixth Street, Third Floor, Sacramento, California; I am over the age of 18 years and not a party to the foregoing action.

On December 9, 2005, I served the following document(s) by e-filing a true and correct copy of the same with the Eastern District Court of California:

STIPULATION AND [PROPOSED] ORDER FOR INTERVENTION
BY GLENN-COLUSA IRRIGATION DISTRICT, ET AL.

I also served the below listed parties by e-mail who do not currently receive electronic notice from the Court in this action:

| | |
|---|---|
| J. Mark Atlas<br>Frost, Krup & Atlas<br>134 West Sycamore<br>Willows, CA 95988<br>Phone: (530) 934-5416<br>Fax: (530) 934-3508<br>Email: jma@jmatlaslaw.com | Attorneys for [Proposed] Intervenors Princeton-Codora-Glenn Irrigation District and Provident Irrigation District |
| Kevin M. O'Brien<br>Steven P. Saxton<br>Downey Brand LLP<br>555 Capitol Mall, 10th Floor<br>Sacramento, CA 95814-4686<br>Phone: (916) 444-1000<br>Fax: (916) 444-2100<br>Email: kobrien@downeybrand.com<br>  ssaxton@downeybrand.com | Attorneys for [Proposed] Intervenors Reclamation District 108, Natomas Central Mutual Water Co., Pelger Mutual Water Co., River Garden Farms, and Pleasant Grove-Verona Mutual Water Company |
| Clifford T. Lee, Deputy Attorney General<br>California Attorney General's Office<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Phone: (415) 703-5546<br>Fax: (415) 703-5480<br>Email: cliff.lee@doj.ca.gov | Attorney for Proposed Intervenor Defendant California Department of Water Resources |

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 9, 2005, at Sacramento, California.

PDF created with pdfFactory trial version www.pdffactory.com

1   Crystal Rivera
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com