1  DANIEL J. O'HANLON, State Bar No. 122380
   JON D. RUBIN, State Bar No. 196944
2  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   A Professional Corporation
3  400 Capitol Mall, 27th Floor
   Sacramento, CA  95814-4416
4  Telephone: (916) 321-4500
   Facsimile: (916) 321-4555
5
   Attorneys for Defendant-Intervenors SAN LUIS &
6  DELTA-MENDOTA WATER AUTHORITY and
   WESTLANDS WATER DISTRICT
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  NATURAL RESOURCES DEFENSE COUNCIL, CALIFORNIA TROUT, 12  BAYKEEPER AND ITS DELTAKEEPER CHAPTER, FRIENDS 13  OF THE RIVER, and THE BAY INSTITUTE, all non-profit organizations, 14          Plaintiffs, 15      v. 16  GALE A. NORTON, in her official 17  capacity as Secretary of the Interior; and STEVEN A. WILLIAMS, in his official 18  capacity as Director, U.S. Fish and Wildlife Service, 19          Defendants. 20 | CASE NO. 05 CV-01207 OWW LJO **STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE** |
| 21  SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, WESTLANDS 22  WATER DISTRICT, and CALIFORNIA FARM BUREAU FEDERATION, 23          Defendant-Intervenors. 24 | |
| 25  GLENN-COLUSA IRRIGATION DISTRICT, PRINCETON-CODORA- 26  GLENN IRRIGATION DISTRICT, RECLAMATION DISTRICT 108, 27  NATOMAS CENTRAL MUTUAL WATER CO., PROVIDENT 28  IRRIGATION DISTRICT, PELGER | |

815671.1
                                    -1-

MUTUAL WATER CO., RIVER GARDEN FARMS, and PLEASANT GROVE-VERONA MUTUAL WATER COMPANY,

          Defendant-Intervenors.

CALIFORNIA DEPARTMENT OF WATER RESOURCES,

          Defendant-Intervenor.

WHEREAS, a scheduling conference in this action is set for January 19, 2006 at 8:45 a.m.;

WHEREAS, on the following day, January 20, 2006, the Northern District of California is scheduled to hear a motion to transfer another action, *Pacific Coast Federation of Fishermens' Associations et al. v. Gutierrez*, Case No. C-05-03232 JCS, to this Court;

WHEREAS, the motion to transfer is based on a contention that this action and the Northern District action are related and should be decided by a single court;

WHEREAS, while the plaintiffs in this action oppose the motion to transfer the Northern District action, all parties agree that it would be helpful to know the outcome of the motion to transfer before conducting a scheduling conference in this action.

Accordingly, IT IS HEREBY STIPULATED by and among the parties, through their respective counsel, that the scheduling conference currently set for January 19, 2006 be continued to February 8, 2006 at 8:30 a.m.

Dated:  December 21, 2005      KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                      A Professional Corporation

                                      By  /s/ Daniel J. O'Hanlon
                                            Daniel J. O'Hanlon
                                            Attorneys for Defendant-Intervenors SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT

Dated:  December 21, 2005

                /s/ Andrea A. Treese (as authorized on 12/21/05)
Andrea A. Treese
Trent W. Orr
Attorneys for Plaintiffs


                /s/ Hamilton Candee (as authorized on 12/21/05)
Katherine S. Poole
Hamilton Candee
Attorneys for Plaintiff NATURAL RESOURCES DEFENSE COUNCIL

Dated:  December 21, 2005

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH BARSKY, Assistant Section Chief


By    /s/ James A. Maysonett (as authorized on 12/21/05)
James A. Maysonett
Trial Attorney (D.C. Bar No. 463856)
Environment & Natural Resources Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C.  20044-7369
Telephone:  (202) 305-0216
Facsimile:  (202) 305-0275
Attorneys for FEDERAL DEFENDANTS

Dated:  December 21, 2005

GIBSON, DUNN & CRUTCHER LLP


By    /s/ Christopher H. Buckley, Jr. (as authorized on 12/21/05)
Christopher H. Buckley, Jr.
Attorneys for Defendant-Intervenor CALIFORNIA FARM BUREAU FEDERATION

Dated:  December 22, 2005

SOMACH, SIMMONS & DUNN
A Professional Corporation


By    /s/ Andrew M. Hitchings (as authorized on 12/22/05)
Andrew M. Hitchings
Attorneys for Defendant-Intervenors GLENN-COLUSA IRRIGATION DISTRICT, et al.

Dated:  December 21, 2005          BILL LOCKYER
                                   Attorney General of the State of California


                                   By   Clifford T. Lee (as authorized on 12/21/05)
                                        Clifford T. Lee, Deputy Attorney General
                                        Deborah A. Wordham, Deputy Attorney General
                                        Attorneys for Defendant-Intervenor CALIFORNIA
                                        DEPARTMENT OF WATER RESOURCES


## **ORDER**

The Court, having read and considered the foregoing stipulation, and good cause appearing,  the conference is continued to February 8, 2006 at **8:45 a.m.**

**IT IS SO ORDERED.**


Dated:  _December 30, 2005                      /s/ OLIVER W. WANGER
                                                Honorable Oliver W. Wanger
                                                United States District Judge