BILL LOCKYER
Attorney General of the State of California
MARY E. HACKENBRACHT
Senior Assistant Attorney General
DEBORAH A. WORDHAM, State Bar No. 180508
Deputy Attorney General
CLIFFORD T. LEE, State Bar No. 74687
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5546
 Fax:  (415) 703-5480
 Email:  Cliff.Lee@doj.ca.gov

Attorneys for Applicant for Intervention,
California Department of Water Resources

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, CALIFORNIA TROUT, BAYKEEPER AND ITS DELTAKEEPER CHAPTER, FRIENDS OF THE RIVER, and THE BAY INSTITUTE, all non-profit organizations,<br><br>            Plaintiffs,<br><br>       v.<br><br>GALE A. NORTON, in her official capacity as Secretary of the Interior; and STEVEN A. WILLIAMS, in his official capacity as Director, U.S. Fish and Wildlife Service,<br><br>            Defendants,<br><br>CALIFORNIA DEPARTMENT OF WATER RESOURCES,<br><br>            Applicant for Intervention. | Case No. 05 CV 01207 OWW (LJO)<br><br>**ORDER GRANTING INTERVENTION** |

On December 12, 2005, this Court held a hearing on the applicant for intervention California Department of Water Resources' ("DWR") motion to intervene in the above-entitled action. ANDREA A. TREESE and TRENT W. ORR appeared as counsel for the plaintiffs

Natural Resources Defense Council et al.  CLIFFORD T. LEE appeared as counsel for the applicant for intervention DWR.  DANIEL J. O'HANLON appeared as counsel for defendant-interveners San Luis and Delta-Mendota Water Authority, et al.  RONDA AZEVADO LUCAS appeared as counsel for the defendant-intervener California Farm Bureau Federation.  The federal defendants Gale A. Norton, et al. did not appear at the hearing.

On January 5, 2006, the Court issued an order granting the DWR's motion to intervene.  Based upon the January 5, 2006 order, the oral argument, the briefing and declarations submitted by the parties, and all other pleadings and documents filed in this case, the DWR's motion to intervene as a matter of right is GRANTED subject to any conditions set forth during the scheduling conference in this case.

SO ORDERED

Dated: January _30___, 2006

/s/ OLIVER W. WANGER
_____
OLIVER W. WANGER
United States District Judge

05cv1207.order.wpd

SA2005300384

Order Granting Intervention

2