

FILED

MAR 21 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al., | Case No.: 05-CV-01207 OWW LJO |
| Plaintiffs, | ORDER RE: EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION RE: ADMINISTRATIVE RECORD |
| v. | |
| GALE A. NORTON, et al., | |
| Defendants. | |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, et. al. | Hearing date: April 10, 2006<br>Time: 9:00 am<br>Courtroom: 3<br>Judge: Hon. Oliver W. Wagner |
| Defendant-Intervenors | |

IT IS ORDERED THAT the schedule for briefing and hearing on Plaintiffs' pending motion to supplement the administrative record is revised as follows:

| | |
|---|---|
| 3/27/2006 | Deadline for Federal Defendants' and Defendant-Intervenors' Response to Plaintiffs Brief in Support of Motion to Supplement the Administrative Record |
| 4/3/2006 | Deadline for Plaintiffs' Reply in Support of Motion to Supplement the Administrative Record |
| 4/10/2006 | Hearing Re: Motion to Supplement the Administrative Record |

The parties will resolve remaining concerns with the summary briefing schedule at or before the April 10, 2006 hearing.

3-20-06

_____
U.S. District Court Judge