1 | ANDREA A. TREECE, State Bar No. 237639
DEBORAH S. REAMES, State Bar No. 117257
2 | Earthjustice
426 17th Street, 5th Floor
3 | Oakland, CA  94612
atreece@earthjustice.org; dreames@earthjustice.org
4 | Telephone:  510/550-6725
Facsimile:  510/550-6749
5 |
TRENT W. ORR, State Bar No. 077656
6 | 953 Clayton Street, #5
San Francisco, CA  94117
7 | torr@earthjustice.org
Telephone:  415/665-2185
8 | Facsimile:  415/665-2592
9 | Attorneys for Plaintiffs
10 | HAMILTON CANDEE, State Bar No. 111376
KATHERINE POOLE, State Bar No. 195010
11 | Natural Resources Defense Council
111 Sutter St., 20th Floor
12 | San Francisco, CA  94104
hcandee@nrdc.org; kpoole@nrdc.org
13 | Telephone: 415/875-6100
Facsimile: 415/875/6161
14 |
Attorneys for Plaintiff NRDC
15 |
16 | IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
17 |
18 | NATURAL RESOURCES DEFENSE          ) Case No. 05-CV-01207 OWW LJO
COUNCIL, *et al.*                  ) Hon. Oliver W. Wanger
19 |                                    )
        Plaintiffs,                 )
20 |                                    ) STIPULATION AND  ORDER TO REVISE
   v.                              ) BRIEFING SCHEDULE
21 |                                    )
GALE A. NORTON, Secretary, U.S. Department )
22 | of the Interior, *et al.*          )
                                   )
23 |         Defendants.              )
                                   )
24 | SAN LUIS & DELTA-MENDOTA WATER     )
AUTHORITY and WESTLANDS WATER      )
25 | DISTRICT; CALIFORNIA FARM BUREAU   )
FEDERATION; GLENN-COLUSA           )
26 | IRRIGATION DISTRICT, *et al.*; and )
CALIFORNIA DEPARTMENT OF WATER     )
27 | RESOURCES                         )
                                   )
28 |         Defendant-Intervenors.    )

STIPULATION AND [PROPOSED] ORDER                                                          1
TO REVISE BRIEFING SCHEDULE — 05-CV-01207 OWW LJO

PDF created with pdfFactory trial version www.pdffactory.com

1    On March 17, 2006, attorney for Defendants, Keith Rizzardi, notified Plaintiffs and

2    Defendant-Intervenors that the above-entitled case had just been reassigned to him and requested

3    their agreement to a one-week extension of the deadline to file the Defendants' opposition to

4    Plaintiffs' Motion to Supplement the Administrative Record.  The parties agreed to this

5    extension and to a revised schedule for the remaining briefing and hearing on this motion, and

6    Defendants filed on March 17, 2006 an unopposed ex parte motion requesting the agreed-upon

7    extension and revised schedule.  In order to accommodate the requested extension of the briefing

8    and hearing on the Motion to Supplement and allow adequate time for briefing and hearing on

9    cross-motions for summary judgment, the parties stipulate to the following revised schedule,

10   subject to the Court's approval:[1]

11

12   March 27, 2006   Federal Defendants' and Defendant-Intervenors' Responses to Plaintiffs' Brief in Support of Motion to Supplement the Administrative Record

13   April 3, 2006   Plaintiffs' Reply in Support of Motion to Supplement the Administrative Record

14

15   April 10, 2006   Hearing on Motion to Supplement the Administrative Record

16   May 1, 2006   Plaintiffs' Motion for Summary Judgment

17   June 7, 2006   Federal Defendants' and Defendant-Intervenors' Responses and Cross-Motions for Summary Judgment

18   June 28, 2006   Plaintiffs' Reply and Response to Cross-Motions for Summary Judgment

19   July 12, 2006   Federal Defendants' and Defendant-Intervenors' replies

20   July 31, 2006   Hearing on Motions for Summary Judgment
     At 10:00 a.m.

21        / / /

22        / / /

23        / / /

24        / / /

25        / / /

26        / / /

27

28   [1] The revisions set forth herein do not affect the schedule for briefing and hearing the Motion to Intervene by Kern County Water Agency, set for April 17, 2006.

STIPULATION AND [PROPOSED] ORDER
TO REVISE BRIEFING SCHEDULE — 05-CV-01207 OWW LJO

2

PDF created with pdfFactory trial version www.pdffactory.com

1

2

Respectfully submitted,

3   DATED:  March 21, 2006

/s/ Trent W. Orr
TRENT W. ORR

4

ANDREA A. TREECE
DEBORAH S. REAMES

5

6

Attorneys for Plaintiffs

7

KATHERINE S. POOLE
HAMILTON CANDEE

8

Attorneys for Plaintiff
Natural Resources Defense Council

9

10   DATED:  March 21, 2006

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

11

United States Department of Justice
Environment and Natural Resources Division

12

JEAN E. WILLIAMS, Chief

13

SETH M. BARSKY, Assistant Chief

14

/s/ Keith Rizzardi (as authorized 3/21/06)
KEITH RIZZARDI, Trial Attorney

15

Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369

16

Washington, D.C. 20044-7369
Telephone: (202) 305-0207

17

Facsimile: (202) 305-0275

18

Attorneys for Federal Defendants

19

20   DATED:  March 21, 2006

/s/ Daniel J. O'Hanlon (as authorized 3/21/06)
DANIEL J. O'HANLON

21

Attorney for Intervenors San Luis & Delta-Mendota

22

Water Authority and Westlands Water District

23   DATED:  March 21, 2006

/s/ Christopher H. Buckley (as authorized 3/21/06)
BRENDA WASHINGTON DAVIS

24

RONDA AZEVEDO LUCAS
CHRISTOPHER H. BUCKLEY, JR.

25

GIBSON, DUNN & CRUTCHER

26

Attorneys for Intervenors
California Farm Bureau Federation

27

28

STIPULATION AND [PROPOSED] ORDER
TO REVISE BRIEFING SCHEDULE — 05-CV-01207 OWW LJO

3

PDF created with pdfFactory trial version www.pdffactory.com

1    DATED:  March 21, 2006                    /s/ Andrew M. Hitchings (as authorized 3/21/06)
                                               ANDREW M. HITCHINGS
2
                                               Attorney for Glenn-Colusa Irrigation District, et al.
3

4    DATED:  March 21, 2006                    BILL LOCKYER
                                               Attorney General for the State of California
5
                                               /s/ Clifford T. Lee (as authorized 3/21/06)
6                                              CLIFFORD T. LEE
                                               DEBORAH A. WORDHAM
7                                              Deputy Attorneys General

8                                              Attorneys for California Department of Water
                                               Resources
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER                                                           4
TO REVISE BRIEFING SCHEDULE — 05-CV-01207 OWW LJO

PDF created with pdfFactory trial version www.pdffactory.com

1

**ORDER**

2        The Court, having read and considered the foregoing stipulation, and good cause

3   appearing,

4

5        **IT IS SO ORDERED.**

6   DATED:  March 23, 2006                    /s/ OLIVER W. WANGER_____
                                              OLIVER W. WANGER
7                                             UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
TO REVISE BRIEFING SCHEDULE — 05-CV-01207 OWW LJO

5

PDF created with pdfFactory trial version www.pdffactory.com