ANDREA A. TREECE, State Bar No. 237639
DEBORAH S. REAMES, State Bar No. 117257
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
atreece@earthjustice.org; dreames@earthjustice.org
Telephone: 510/550-6725
Facsimile: 510/550-6749

TRENT W. ORR, State Bar No. 077656
953 Clayton Street, #5
San Francisco, CA 94117
torr@earthjustice.org
Telephone: 415/665-2185
Facsimile: 415/665-2592

Attorneys for Plaintiffs

HAMILTON CANDEE, State Bar No. 111376
KATHERINE POOLE, State Bar No. 195010
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA 94104
hcandee@nrdc.org; kpoole@nrdc.org
Telephone: 415/875-6100
Facsimile: 415/875/6161

Attorneys for Plaintiff NRDC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.* | Case No. 05-CV-01207 OWW LJO<br>Hon. Oliver W. Wanger |
| Plaintiffs, | |
| v. | STIPULATION AND ORDER TO REVISE BRIEFING SCHEDULE |
| GALE A. NORTON, Secretary, U.S. Department of the Interior, *et al.* | |
| Defendants. | |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT; CALIFORNIA FARM BUREAU FEDERATION; GLENN-COLUSA IRRIGATION DISTRICT, *et al.*; and CALIFORNIA DEPARTMENT OF WATER RESOURCES | |
| Defendant-Intervenors. | |

STIPULATION AND [PROPOSED] ORDER
TO REVISE BRIEFING SCHEDULE — 05-CV-01207 OWW LJO

1

PDF created with pdfFactory trial version www.pdffactory.com

1  The hearing on Plaintiffs' Motion to Supplement the Administrative Record, scheduled
2  by stipulation and order of the Court (March 23, 2006) to be heard on April 10, 2006 was
3  inadvertently left off the Court's calendar of hearings for that day, and the April 10 hearing date
4  was vacated as a result.  By minute order of April 11, 2006, the hearing on the motion was
5  rescheduled for May 8, 2006.  Under the briefing and hearing schedule set by the Court (by order
6  of Feb. 14, 2006, as revised Mar. 23, 2006), the hearing on the motion to supplement was to be
7  heard before briefing on summary judgment motions was to commence.  However, under the
8  Court's March 23, 2006 stipulated revised scheduling order, Plaintiff's opening brief on
9  summary judgment is due May 1, 2006, prior to the hearing of the motion to supplement.  In
10  order to get this matter back on an orderly and expeditious schedule for its briefing, hearing, and
11  resolution on the merits of summary judgment motions, the parties stipulate to the following
12  revised schedule following upon the May 8, 2006 hearing on the motion to supplement, subject
13  to the Court's approval:

| Date | Event |
|---|---|
| June 9, 2006 | Plaintiffs' Motion for Summary Judgment |
| July 14, 2006 | Federal Defendants' and Defendant-Intervenors' Responses and any Cross-Motions for Summary Judgment |
| Aug. 4, 2006 | Plaintiffs' Reply and Response to Cross-Motions for Summary Judgment |
| Aug. 25, 2006 | Federal Defendants' and Defendant-Intervenors' Replies to Plaintiffs' Response to Cross-Motions |
| Sept. 25, 2006 | Hearing on Motions for Summary Judgment |

Respectfully submitted,

DATED:  April 26, 2006                    /s/ Trent W. Orr
                                          TRENT W. ORR
                                          ANDREA A. TREECE
                                          DEBORAH S. REAMES

                                          Attorneys for Plaintiffs

                                          KATHERINE S. POOLE
                                          HAMILTON CANDEE

                                          Attorneys for Plaintiff
                                          Natural Resources Defense Council

STIPULATION AND [PROPOSED] ORDER
TO REVISE BRIEFING SCHEDULE — 05-CV-01207 OWW LJO

2

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED:  April 26, 2006 | SUE ELLEN WOOLDRIDGE |
| 2 | | Assistant Attorney General |
| | | United States Department of Justice |
| 3 | | Environment and Natural Resources Division |
| 4 | | JEAN E. WILLIAMS, Chief |
| | | SETH M. BARSKY, Assistant Chief |

/s/ Keith Rizzardi (as authorized 4/26/06)
KEITH RIZZARDI, Trial Attorney
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275

Attorneys for Federal Defendants

DATED:  April 26, 2006

/s/ Daniel J. O'Hanlon (as authorized 4/26/06)
DANIEL J. O'HANLON

Attorney for Intervenors San Luis & Delta-Mendota Water Authority and Westlands Water District

DATED:  April 26, 2006

/s/ Brenda Washington Davis (as authorized 4/26/06)
BRENDA WASHINGTON DAVIS
JOHN R. HEWITT
RONDA AZEVEDO LUCAS
CHRISTOPHER H. BUCKLEY, JR.
GIBSON, DUNN & CRUTCHER

Attorneys for Intervenors
California Farm Bureau Federation

DATED:  April 26, 2006

/s/ Andrew M. Hitchings (as authorized 4/26/06)
ANDREW M. HITCHINGS

Attorney for Glenn-Colusa Irrigation District, *et al.*

DATED:  April 26, 2006

BILL LOCKYER
Attorney General for the State of California

/s/ Clifford T. Lee (as authorized 4/26/06)
CLIFFORD T. LEE
DEBORAH A. WORDHAM
Deputy Attorneys General

Attorneys for California Department
of Water Resources

STIPULATION AND [PROPOSED] ORDER
TO REVISE BRIEFING SCHEDULE — 05-CV-01207 OWW LJO

3

PDF created with pdfFactory trial version www.pdffactory.com

DATED: April 26, 2006          /s/ Gregory K. Wilkinson (as authorized 4/26/06)
GREGORY K. WILKINSON
STEVEN M. ANDERSON
BEST BEST & KRIEGER LLP

Attorneys for Intervenors
State Water Contractors

## ORDER

The Court, having read and considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

DATED: April 27, 2006          __/s/ OLIVER W. WANGER_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com