ANDREA A. TREECE, State Bar No. 237639
DEBORAH S. REAMES, State Bar No. 117257
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
atreece@earthjustice.org; dreames@earthjustice.org
Telephone:  510/550-6725

TRENT W. ORR, State Bar No. 077656
953 Clayton Street, #5
San Francisco, CA  94117
torr@earthjustice.org
Telephone:  415/665-2185

Attorneys for Plaintiffs

HAMILTON CANDEE, State Bar No. 111376
KATHERINE POOLE, State Bar No. 195010
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA  94104
hcandee@nrdc.org; kpoole@nrdc.org
Telephone: 415/875-6100

Attorneys for Plaintiff NRDC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> GALE A. NORTON, Secretary, U.S. Department of the Interior, *et al.* <br><br> Defendants. <br><br> SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT; CALIFORNIA FARM BUREAU FEDERATION; GLENN-COLUSA IRRIGATION DISTRICT, *et al.*; CALIFORNIA DEPARTMENT OF WATER RESOURCES, STATE WATER CONTRACTORS; and KERN COUNTY WATER AGENCY <br><br> Defendant-Intervenors. | Case No. 05-CV-01207 OWW LJO <br><br> ORDER SETTING STATUS CONFERENCE |

[PROPOSED] ORDER SETTING STATUS CONFERENCE — 05-CV-01207 OWW LJO     1

PDF created with pdfFactory trial version www.pdffactory.com

1    On May 8, 2006, this Court held a hearing on the motion to intervene by the Kern County Water Agency ("Kern").  The Court ruled that it would allow Kern to intervene for the sole purpose of briefing the issue of whether the Commerce Clause limits the applicability of the Endangered Species Act to the Delta smelt, an intrastate species.  In response, Plaintiffs requested that a status conference be set on May 26, 2006, to address the coordination of briefing among Defendants and Defendant-Intervenors.  Defendants and Defendant-Intervenors agreed to the setting of a status conference on this date.

Based upon Plaintiffs' request and Defendants' and Defendant-Intervenors' agreement, the Court hereby orders that a status conference be held at 8:45 a.m. on May 26, 2006.  Counsel, whose office is more than fifty (50) miles from the Courthouse, may request that their appearance be by telephonic conference.  The parties shall be prepared to discuss how they intend to coordinate the briefing of issues in this case so as to prevent redundant and unnecessarily voluminous filings.  The parties shall file a joint statement describing their proposals by May 19, 2006.

Counsel for all parties have reviewed and approved this proposed order as to form.

**IT IS SO ORDERED.**

DATED:   May 16, 2006              /s/ OLIVER W. WANGER
                                   OLIVER W. WANGER
                                   United States District Judge

[PROPOSED] ORDER SETTING STATUS CONFERENCE — 05-CV-01207 OWW LJO            2

PDF created with pdfFactory trial version www.pdffactory.com

ANDREA A. TREECE, State Bar No. 237639
DEBORAH S. REAMES, State Bar No. 117257
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
atreece@earthjustice.org; dreames@earthjustice.org
Telephone:  510/550-6725

TRENT W. ORR, State Bar No. 077656
953 Clayton Street, #5
San Francisco, CA  94117
torr@earthjustice.org
Telephone:  415/665-2185

Attorneys for Plaintiffs

HAMILTON CANDEE, State Bar No. 111376
KATHERINE POOLE, State Bar No. 195010
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA  94104
hcandee@nrdc.org; kpoole@nrdc.org
Telephone: 415/875-6100

Attorneys for Plaintiff NRDC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.* | Case No. 05-CV-01207 OWW LJO |
| Plaintiffs, | |
| v. | ORDER SETTING STATUS CONFERENCE |
| GALE A. NORTON, Secretary, U.S. Department of the Interior, *et al.* | |
| Defendants. | |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT; CALIFORNIA FARM BUREAU FEDERATION; GLENN-COLUSA IRRIGATION DISTRICT, *et al.*; CALIFORNIA DEPARTMENT OF WATER RESOURCES, STATE WATER CONTRACTORS; and KERN COUNTY WATER AGENCY | |
| Defendant-Intervenors. | |

[PROPOSED] ORDER SETTING STATUS CONFERENCE — 05-CV-01207 OWW LJO             1

PDF created with pdfFactory trial version www.pdffactory.com

On May 8, 2006, this Court held a hearing on the motion to intervene by the Kern County Water Agency ("Kern").  The Court ruled that it would allow Kern to intervene for the sole purpose of briefing the issue of whether the Commerce Clause limits the applicability of the Endangered Species Act to the Delta smelt, an intrastate species.  In response, Plaintiffs requested that a status conference be set on May 26, 2006, to address the coordination of briefing among Defendants and Defendant-Intervenors.  Defendants and Defendant-Intervenors agreed to the setting of a status conference on this date.

Based upon Plaintiffs' request and Defendants' and Defendant-Intervenors' agreement, the Court hereby orders that a status conference be held at 8:45 a.m. on May 26, 2006.  Counsel, whose office is more than fifty (50) miles from the Courthouse, may request that their appearance be by telephonic conference.  The parties shall be prepared to discuss how they intend to coordinate the briefing of issues in this case so as to prevent redundant and unnecessarily voluminous filings.  The parties shall file a joint statement describing their proposals by May 19, 2006.

Counsel for all parties have reviewed and approved this proposed order as to form.

**IT IS SO ORDERED.**

DATED:   May 16, 2006                         /s/ OLIVER W. WANGER
                                              OLIVER W. WANGER
                                              United States District Judge

[PROPOSED] ORDER SETTING STATUS CONFERENCE — 05-CV-01207 OWW LJO

2

PDF created with pdfFactory trial version www.pdffactory.com