ANDREA A. TREECE, State Bar No. 237639
DEBORAH S. REAMES, State Bar No. 117257
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
atreece@earthjustice.org; dreames@earthjustice.org
Telephone:  510/550-6725

TRENT W. ORR, State Bar No. 077656
953 Clayton Street, #5
San Francisco, CA  94117
torr@earthjustice.org
Telephone:  415/665-2185

Attorneys for Plaintiffs

HAMILTON CANDEE, State Bar No. 111376
KATHERINE POOLE, State Bar No. 195010
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA  94104
hcandee@nrdc.org; kpoole@nrdc.org
Telephone: 415/875-6100

Attorneys for Plaintiff NRDC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> GALE A. NORTON, Secretary, U.S. Department of the Interior, *et al.* <br><br> Defendants. <br><br> SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT; CALIFORNIA FARM BUREAU FEDERATION; GLENN-COLUSA IRRIGATION DISTRICT, *et al.*; CALIFORNIA DEPARTMENT OF WATER RESOURCES, STATE WATER CONTRACTORS; and KERN COUNTY WATER AGENCY <br><br> Defendant-Intervenors. | Case No. 05-CV-01207 OWW LJO <br><br><br> STATUS CONFERENCE ORDER |

[PROPOSED] STATUS CONFERENCE ORDER— 05-CV-01207 OWW LJO                    1

PDF created with pdfFactory trial version www.pdffactory.com

At the status conference held May 26, 2006, with counsel for all parties present, the Court established the following page limitations for briefs on motion and cross-motions for summary judgment in this case, due on the dates indicated:

June 9, 2006:  Plaintiffs' opening brief in support of motion for summary judgment shall be no longer than 35 pages.

July 14, 2006:  Defendant parties' briefs in opposition to Plaintiffs' opening brief and in support of any cross-motions for summary judgment:

Federal Defendants' brief shall be no longer than 35 pages.

Defendant-intervenor Department of Water Resources' ("DWR") brief shall be no longer than 25 pages.

Defendant-intervenors San Luis-Delta Mendota Water Authority *et al.* ("SLDMWA") and California Farm Bureau Federation ("Farm Bureau") shall file a joint brief that shall be no longer than 20 pages.

Defendant-intervenor State Water Contractors' ("SWC") brief shall be no longer than 20 pages.

Defendant-intervenor Kern County Water Agency's ("KCWA") brief, limited solely to the Commerce Clause issue, shall be no longer than 15 pages.

August 4, 2006:  Plaintiffs' reply brief and opposition to Defendant parties' cross-motions shall be no longer than 70 pages regarding the issues raised in all of the defendant parties' briefs except for KCWA's brief. Plaintiffs shall have an additional 7 pages maximum to reply to KCWA's brief regarding the Commerce Clause issue.

DWR may respond to KCWA's brief with a maximum of 7 pages.

[PROPOSED] STATUS CONFERENCE ORDER— 05-CV-01207 OWW LJO

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| August 11, 2006: | Federal Defendants's reply regarding the Commerce Clause issue shall be no longer than 12 pages, unless DWR files a reply to KCWA's initial brief, in which case Federal Defendants' reply shall be no longer than 17 pages. |
| August 25, 2006: | Defendant parties' replies to Plaintiffs' opposition to cross-motions for summary judgment: |
| | Federal Defendants' reply shall be no longer than 30 pages. |
| | DWR, SLDMWA, Farm Bureau, and SWC shall jointly file a single reply brief that shall be no longer than 20 pages.  In the event Plaintiffs' briefs raise issues concerning remedies, defendant-intervenors Glenn-Colusa Irrigation District, *et al.*, shall be allowed to present their response to such issues in this joint reply. |
| | KCWA's reply shall be no longer than 7 pages, unless DWR files a response to KCWA's initial brief, in which case KCWA's reply shall be no longer than 10 pages. |
| September 25, 2006: | Hearing on motions for summary judgment. |

Briefing will address the question of Federal Defendants' liability on the merits, with any briefing necessary to address the question of remedies to follow the Court's decision on liability.

Counsel for all parties have reviewed and approved this order as to form.

**IT IS SO ORDERED.**

DATED:  June 5, 2006              /s/ OLIVER W. WANGER
                                  OLIVER W. WANGER
                                  United States District Judge