1  ANDREA A. TREECE, State Bar No. 237639
   Earthjustice
2  426 17th Street, 5th Floor
   Oakland, CA 94612
3  atreece@earthjustice.org; dreames@earthjustice.org
   Telephone: 510/550-6725
4  Facsimile: 510/550-6749

5  TRENT W. ORR, State Bar No. 077656
   953 Clayton Street, #5
6  San Francisco, CA 94117
   torr@earthjustice.org
7  Telephone: 415/665-2185
   Facsimile: 415/665-2592
8
   Attorneys for Plaintiffs
9
   HAMILTON CANDEE, State Bar No. 111376
10 KATHERINE POOLE, State Bar No. 195010
   Natural Resources Defense Council
11 111 Sutter St., 20th Floor
   San Francisco, CA 94104
12 hcandee@nrdc.org; kpoole@nrdc.org
   Telephone: 415/875-6100
13 Facsimile: 415/875-6161

14 Attorneys for Plaintiff NRDC

FILED
AUG 1 0 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary, U.S. Department of the Interior, et al.<br><br>Defendants.<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT; CALIFORNIA FARM BUREAU FEDERATION; GLENN-COLUSA IRRIGATION DISTRICT, et al.; CALIFORNIA DEPARTMENT OF WATER RESOURCES, STATE WATER CONTRACTORS; and KERN COUNTY WATER AGENCY,<br><br>Defendant-Intervenors. | Case No. 05-CV-01207 OWW LJO<br><br>ORDER RE: SETTLEMENT NEGOTIATIONS AND SETTING FURTHER STATUS CONFERENCE<br><br>Date:       August 15, 2006<br>Time:       12:00 p.m.<br>Courtroom:  3<br>Judge:      Hon. Oliver W. Wanger |

PROPOSED ORDER RE SETTLEMENT DISCUSSIONS
AND SETTING FURTHER STATUS CONFERENCE — 05-CV-01207 OWW LJO         1

On July 21, 2006, the Court held a Status Conference in response to Federal Defendants' request in their motion to dismiss, filed July 14, 2006. The Court was advised by the parties as to their views regarding the usefulness of staying further briefing in order to allow the parties to discuss the possibility of resolving some or all of the remaining issues without further litigation in the case in light of the Bureau of Reclamation's July 6, 2006, request for reinitiation of consultation regarding the effects of the 2004 Operations Criteria and Plan for the Central Valley Project and State Water Project on the delta smelt and its critical habitat. The parties agreed that further briefing in this case should be stayed in order to allow such discussions to proceed. Therefore, the Court now HEREBY ORDERS:

1. During the next 25 days, the parties shall discuss the possibility of resolving some or all of the issues in this case.

2. All documents, communications, and other information exchanged by the parties in connection with the above-described discussions are to be maintained as confidential and shall not be disclosed to any non-party to this case, or used for any purpose other than the furtherance of the negotiations, until further Order of this Court, except by mutual agreement of the parties. The parties may, however, disclose any such documents, communications, and other information to their officers, employees and retained consultants as necessary and appropriate to further the negotiations.

3. The Court will hold a further Status Conference on August 15, 2006, at 12:00 p.m. PST, at which time the parties shall report to the Court as to the progress of their discussions and whether, in their view, further time for discussions is warranted or whether the litigation should recommence.

4. Should the Court determine at the August 15, 2006 Status Conference that further discussions are not likely to produce agreement, Plaintiffs and Defendant-Intervenors will file any responses to the Federal Defendants' motion to dismiss and request for voluntary remand no later than September 11, 2006. Federal Defendants shall file their reply no later than September 20, 2006. A hearing on the motion to dismiss and request for voluntary remand shall be set for October 2, 2006 at 9:00 a.m. PST.

5. The briefing schedule previously set for motions for summary judgment and the September 25, 2006, hearing date previously set for such motions are hereby vacated, to be reset if necessary following the determination of Federal Defendants' motion to dismiss and request for voluntary remand.

DATED: 8-9-06

_____
HON. OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE