ANDREA A. TREECE, State Bar No. 237639
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
atreece@earthjustice.org; dreames@earthjustice.org
Telephone:  510/550-6725
Facsimile:  510/550-6749

TRENT W. ORR, State Bar No. 077656
953 Clayton Street, #5
San Francisco, CA  94117
torr@earthjustice.org
Telephone:  415/665-2185
Facsimile:  415/665-2592

Attorneys for Plaintiffs

HAMILTON CANDEE, State Bar No. 111376
KATHERINE POOLE, State Bar No. 195010
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA  94104
hcandee@nrdc.org; kpoole@nrdc.org
Telephone: 415/875-6100
Facsimile: 415/875-6161

Attorneys for Plaintiff NRDC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, Secretary, U.S. Department of the Interior, *et al.* <br><br> Defendants. <br><br> SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT; CALIFORNIA FARM BUREAU FEDERATION; GLENN-COLUSA IRRIGATION DISTRICT, *et al.*; CALIFORNIA DEPARTMENT OF WATER RESOURCES, STATE WATER CONTRACTORS; and KERN COUNTY WATER AGENCY, <br><br> Defendant-Intervenors. | Case No. 05-CV-01207 OWW LJO <br><br> ORDER SETTING FURTHER STATUS CONFERENCE <br><br> Date:   September 19, 2006 <br> Time:   12:00 p.m. <br> Courtroom:  3 <br> Judge:   Hon. Oliver W. Wanger <br><br> **SOME PARTIES TO APPEAR TELEPHONICALLY** |

PROPOSED ORDER SETTING FURTHER STATUS CONFERENCE — 05-CV-01207 OWW LJO         1

PDF created with pdfFactory trial version www.pdffactory.com

On August 15, 2006, the Court held a Status Conference, at which the parties reported upon the progress of settlement negotiations in this matter. During that conference, the Court was advised that such negotiations have taken place and that further negotiations could result in the resolution of some or all issues in this case without the need for further litigation. In addition, Plaintiffs requested that they be allowed to confidentially share information received during the course of settlement negotiations in this case with four entities that are plaintiffs in *Pacific Coast Federation of Fishermen's Associations v. Gutierrez*, Case No. 1:06-CV-245 OWW LJO, but are not plaintiffs in this case. The Court was further advised that the California Department of Water Resources, already a Defendant-Intervenor in this case, will prepare a stipulation to allow it to participate in settlement negotiations in *Gutierrez*. Based on the foregoing, Court now HEREBY ORDERS:

1. During the next 35 days, the parties shall continue to discuss the possibility of resolving some or all of the issues in this case.

2. In order to facilitate settlement negotiations in this case as well as in *Gutierrez*, the *Kempthorne* plaintiffs shall be allowed to share settlement information received from any party pertaining to this matter with all plaintiffs in *Gutierrez*, subject to the following conditions. All documents, communications, and other information exchanged by the parties in connection with the above-described discussions are to be maintained as confidential and shall not be disclosed to any non-party to this case other than the four plaintiff parties in *Gutierrez* not plaintiffs herein, or used for any purpose other than the furtherance of the negotiations herein and in *Gutierrez*, until further Order of this Court, except by mutual agreement of the parties. The parties and the four *Gutierrez* plaintiffs not plaintiffs here may, however, disclose any such documents, communications, and other information to their officers, employees and retained consultants as necessary and appropriate to further the negotiations.

3. The Court will hold a further Status Conference on September 19, 2006, at 12:00 p.m. PST, at which time the parties shall report to the Court as to the progress of their discussions and whether, in their view, further time for discussions is warranted or whether the litigation should recommence.

PROPOSED ORDER SETTING FURTHER STATUS CONFERENCE — 05-CV-01207 OWW LJO

2

PDF created with pdfFactory trial version www.pdffactory.com

4. The briefing schedule previously set for the Federal Defendants' motion to dismiss and request for voluntary remand and the October 2, 2006, hearing date previously set for such motions are hereby vacated, to be reset if necessary should efforts to reach a negotiated resolution of this matter fail.

DATED: 8/23/06    /s/Oliver W. Wanger
HON. OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

Approved as to form:

DATED: August 21, 2006    Andrea A. Treece.
MICHAEL R. SHERWOOD
ANDREA A. TREECE

Attorneys for Plaintiffs

*Approved 8/21/06*
HAMILTON CANDEE
KATHERINE S. POOLE

Attorneys for Plaintiff
Natural Resources Defense Council

SUE ELLEN WOOLRIDGE,
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief

KEITH RIZZARDI, Trial Attorney
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0207
Facsimile: (202) 305-0275

*Approved 8/21/06*
KEITH RIZZARDI, Trial Attorney

PROPOSED ORDER SETTING FURTHER STATUS CONFERENCE — 05-CV-01207 OWW LJO            3

PDF created with pdfFactory trial version www.pdffactory.com

Environment & Natural Resources Division
U.S. Department of Justice
501 I Street, Suite 9-700
Sacramento, CA  95814-2322

Attorneys for Federal Defendants


*Approved 8/21/06*
DANIEL J. O'HANLON
JON D. RUBIN

Attorneys for Intervenors San Luis & Delta-Mendota
Water Authority and Westland Water District


*Approved 8/21/06*
BRENDA WASHINGTON DAVIS
CHRISTOPHER H. BUCKLEY, JR.
CHRISTIAN C. SCHEURING
GIBSON, DUNN & CRUTCHER

Attorneys for Intervenors
California Farm Bureau Federation


*Approved 8/21/06*
ANDREW M. HITCHINGS

Attorney for Intervenors
Glenn-Colusa Irrigation District, *et al.*


*Approved 8/21/06*
GREGORY WILKINSON

Attorney for Intervenors State Water Contractors

PROPOSED ORDER SETTING FURTHER STATUS CONFERENCE — 05-CV-01207 OWW LJO   4

PDF created with pdfFactory trial version www.pdffactory.com