ANDREA A. TREECE, State Bar No. 237639
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
atreece@earthjustice.org; dreames@earthjustice.org
Telephone:  510/550-6725
Facsimile:  510/550-6749

TRENT W. ORR, State Bar No. 077656
953 Clayton Street, #5
San Francisco, CA  94117
torr@earthjustice.org
Telephone:  415/665-2185
Facsimile:  415/665-2592

Attorneys for Plaintiffs

HAMILTON CANDEE, State Bar No. 111376
KATHERINE POOLE, State Bar No. 195010
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA  94104
hcandee@nrdc.org; kpoole@nrdc.org
Telephone: 415/875-6100
Facsimile: 415/875-6161

Attorneys for Plaintiff NRDC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, Secretary, U.S. Department of the Interior, *et al.* <br><br> Defendants. <br><br> SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT; CALIFORNIA FARM BUREAU FEDERATION; GLENN-COLUSA IRRIGATION DISTRICT, *et al.*; CALIFORNIA DEPARTMENT OF WATER RESOURCES, STATE WATER CONTRACTORS; and KERN COUNTY WATER AGENCY, <br><br> Defendant-Intervenors. | Case No. 05-CV-01207 OWW LJO <br><br> ORDER SETTING FURTHER STATUS CONFERENCE <br><br> Date:     October 19, 2006 <br> Time:     12:00 p.m. <br> Courtroom: 3 <br> Judge:     Hon. Oliver W. Wanger <br><br> **SOME PARTIES TO APPEAR TELEPHONICALLY** |

PDF created with pdfFactory trial version www.pdffactory.com

On September 19, 2006, the Court held a Status Conference in this matter, at which the parties advised the Court that further negotiations concerning possible resolution of some or all issues in this case would be appropriate. In the interest of facilitating such negotiations, the Court now HEREBY ORDERS:

1. The parties shall continue to discuss the possibility of resolving some or all of the issues in this case without further litigation.

2. The Court will hold a further Status Conference on October 19, 2006, at 12:00 p.m. PST, at which time the parties shall report to the Court as to the progress of their negotiations and whether, in their view, further time for negotiations is warranted or whether the Court should set a schedule to complete briefing on Plaintiffs' Motion for Summary Judgment, the Federal Defendants' Cross Motion to Dismiss or, in the alternative, Motion for Voluntary Remand, or other motions.

DATED: September 27, 2006

/s/ OLIVER W. WANGER
HON. OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

Approved as to form:

DATED: September 21, 2006

Andrea A. Treece.
MICHAEL R. SHERWOOD
ANDREA A. TREECE

Attorneys for Plaintiffs

/s/ Hamilton Candee (authorized 9/21/06)
HAMILTON CANDEE
KATHERINE S. POOLE

Attorneys for Plaintiff
Natural Resources Defense Council

SUE ELLEN WOOLDRIDGE,
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PROPOSED ORDER SETTING FURTHER STATUS CONFERENCE — 05-CV-01207 OWW LJO    2

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | JEAN E. WILLIAMS, Chief |
| | SETH M. BARSKY, Assistant Chief |
| 2 | |
| | /s/ Keith Rizzardi (authorized 9/21/06) |
| 3 | KEITH RIZZARDI, Trial Attorney |
| | Wildlife and Marine Resources Section |
| 4 | Benjamin Franklin Station, P.O. Box 7369 |
| | Washington, D.C. 20044-7369 |
| 5 | Telephone: (202) 305-0207 |
| | Facsimile: (202) 305-0275 |
| 6 | |
| | Attorneys for Federal Defendants |
| 7 | |
| 8 | /s/ Deborah A. Wordham (authorized 9/21/06) |
| | CLIFFORD T. LEE |
| 9 | DEBORAH A. WORDHAM |
| | Deputy Attorneys General |
| 10 | |
| | Attorneys for California Department |
| 11 | of Water Resources |
| 12 | |
| | /s/ Daniel J. O'Hanlon (authorized 9/21/06) |
| 13 | DANIEL J. O'HANLON |
| | JON D. RUBIN |
| 14 | |
| | Attorneys for Intervenors San Luis & Delta-Mendota |
| 15 | Water Authority and Westland Water District |
| 16 | |
| | /s/ Brenda Washington Davis (authorized 9/21/06) |
| 17 | BRENDA WASHINGTON DAVIS |
| | CHRISTOPHER H. BUCKLEY, JR. |
| 18 | RONDA AZEVEDO LUCAS |
| | CHRISTIAN C. SCHEURING |
| 19 | GIBSON, DUNN & CRUTCHER |
| 20 | Attorneys for Intervenors |
| | California Farm Bureau Federation |
| 21 | |
| 22 | /s/ Andrew M. Hitchings (authorized 9/21/06) |
| | ANDREW M. HITCHINGS |
| 23 | |
| | Attorney for Intervenors |
| 24 | Glenn-Colusa Irrigation District, *et al.* |
| 25 | |
| | /s/ Gregory Wilkinson (authorized 9/21/06) |
| 26 | GREGORY WILKINSON |
| 27 | Attorney for Intervenors State Water Contractors |
| 28 | |

PROPOSED ORDER SETTING FURTHER STATUS CONFERENCE — 05-CV-01207 OWW LJO     3

PDF created with pdfFactory trial version www.pdffactory.com