MICHAEL R. SHERWOOD, State Bar No. 63702
ANDREA A. TREECE, State Bar No. 237639
TRENT W. ORR, State Bar No. 77656
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
E-mail: msherwood@earthjustice.org
             atreece@earthjustice.org
Telephone:  (510) 550-6725
Facsimile:  (510) 550-6749

Attorneys for Plaintiffs

HAMILTON CANDEE, State Bar No. 111376
KATHERINE POOLE, State Bar No. 195010
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA  94104
hcandee@nrdc.org; kpoole@nrdc.org
Telephone: 415/875-6100
Facsimile: 415/875/6161

Attorneys for Plaintiff NRDC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce, *et al.*, <br><br>　　　　Defendants. <br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT; CALIFORNIA FARM BUREAU FEDERATION; GLENN-COLUSA IRRIGATION DISTRICT; and STATE WATER CONTRACTORS, *et al.*, <br><br>　　　　Defendant-Intervenors. | Case No. 1:06-CV-0245 OWW LJO <br>　　　　1:05-CV-1207 OWW LJO <br><br>ORDER SCHEDULING MOTIONS AND SETTING HEARING <br><br>Date:　　　December 7, 2006 <br>Time:　　　9:00 a.m. <br>Courtroom: 3 <br>Judge:　　　Hon. Oliver W. Wanger |

[PROPOSED] ORDER SCHEDULING MOTIONS AND SETTING HEARING — 1:06-CV-0245 OWW LJO　　1

1	On October 19, 2006, the Court held a Status Conference in this matter, at which the parties advised the Court that negotiations concerning possible resolution of some or all issues in this case have reached an impasse.  Federal Defendants further advised the Court that they intend to file a motion to consolidate this case with *Natural Resources Defense Council v. Kempthorne,* No. 05-CV-01207 OWW LJO, and a motion to dismiss this case.  Plaintiffs advised the Court that they would oppose both motions.  Defendant-Intervenors advised the Court that they intend to file a motion to stay further proceedings in the case and may also join in the Federal Defendants' Motion to Consolidate.

Now, therefore, the Court HEREBY ORDERS:

1.	Federal Defendants' Motion to Consolidate, lodged with the Court on October 13, 2006, shall be deemed filed as of October 19, 2006.

2.	Federal Defendants' Motion to Dismiss shall be filed no later than November 1, 2006.

3.	Defendant-Intervenors' Motion for Stay, and any joinder in the Federal Defendants' Motion to Consolidate, shall be filed no later than November 1, 2006.

4.	Responses to all motions shall be filed no later than November 15, 2006.

5.	Replies in support of all motions shall be filed no later than November 22, 2006.

6.	The Court will hear the motions on December 7, 2006, at 9:00 a.m.

7.	The time period within which Federal Defendants and Defendant-Intervenors must answer or otherwise respond to the First Amended Complaint, filed September 11, 2006, and within which the Federal Defendants must supplement the Administrative Record, shall be stayed until further order of the Court.

DATED: 10/24/06			/s/ Oliver W. Wanger
					HON. OLIVER W. WANGER
					UNITED STATES DISTRICT JUDGE

/ / /

/ / /

/ / /

/ / /

[PROPOSED] ORDER SCHEDULING MOTIONS AND SETTING HEARING — 1:06-CV-0245 OWW LJO    2

PDF created with pdfFactory trial version www.pdffactory.com

Approved as to form:

DATED: October 23, 2006                    /s/ Michael R. Sherwood
                                           MICHAEL R. SHERWOOD
                                           ANDREA A. TREECE

                                           Attorneys for Plaintiffs

                                           /s/ Katherine S. Poole (as authorized  10/23/06)
                                           HAMILTON CANDEE
                                           KATHERINE S. POOLE

                                           Attorneys for Plaintiff
                                           Natural Resources Defense Council


                                           SUE ELLEN WOOLDRIDGE,
                                           Assistant Attorney General
                                           United States Department of Justice
                                           Environment and Natural Resources Division

                                           JEAN E. WILLIAMS, Chief
                                           SETH M. BARSKY, Assistant Chief

                                           KEITH RIZZARDI, Trial Attorney
                                           Wildlife and Marine Resources Section
                                           Benjamin Franklin Station, P.O. Box 7369
                                           Washington, D.C. 20044-7369
                                           Telephone: (202) 305-0207
                                           Facsimile: (202) 305-0275

                                           /s/ Keith Rizzardi (as authorized 10/23/06)
                                           KEITH RIZZARDI, Trial Attorney
                                           Environment & Natural Resources Division
                                           U.S. Department of Justice
                                           501 I Street, Suite 9-700
                                           Sacramento, CA  95814-2322

                                           Attorneys for Federal Defendants


                                           /s/ Daniel J. O'Hanlon (as authorized 10/23/06)
                                           DANIEL J. O'HANLON
                                           JON D. RUBIN

                                           Attorneys for Intervenors San Luis & Delta-Mendota
                                           Water Authority and Westland Water District

[PROPOSED] ORDER SCHEDULING MOTIONS AND SETTING HEARING — 1:06-CV-0245 OWW LJO      3

PDF created with pdfFactory trial version www.pdffactory.com

<u>/s/ Brenda Washington Davis (as authorized 10/23/06)</u>
BRENDA WASHINGTON DAVIS
CHRISTOPHER H. BUCKLEY, JR.
CHRISTIAN C. SCHEURING
GIBSON, DUNN & CRUTCHER

Attorneys for Intervenors
California Farm Bureau Federation


<u>/s/ Andrew M. Hitchings (as authorized 10/23/06)</u>
ANDREW M. HITCHINGS

Attorney for Intervenors
Glenn-Colusa Irrigation District, *et al.*


<u>/s/ Gregory Wilkinson (as authorized 10/23/06)</u>
GREGORY WILKINSON

Attorney for Intervenors State Water Contractors

[PROPOSED] ORDER SCHEDULING MOTIONS AND SETTING HEARING — 1:06-CV-0245 OWW LJO      4

PDF created with pdfFactory trial version www.pdffactory.com