ANDREA A. TREECE, State Bar No. 237639
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
atreece@earthjustice.org
Telephone:  510/550-6725
Facsimile:  510/550-6749

TRENT W. ORR, State Bar No. 077656
953 Clayton Street, #5
San Francisco, CA  94117
torr@earthjustice.org
Telephone:  415/665-2185
Facsimile:  415/665-2592

Attorneys for Plaintiffs

HAMILTON CANDEE, State Bar No. 111376
KATHERINE POOLE, State Bar No. 195010
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA  94104
hcandee@nrdc.org; kpoole@nrdc.org
Telephone: 415/875-6100
Facsimile: 415/875-6161

Attorneys for Plaintiff NRDC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.* ) | Case No. 05-CV-01207 OWW LJO |
| ) | |
| Plaintiffs, ) | Hon. Oliver W. Wanger |
| ) | |
| v. ) | |
| ) | SCHEDULING ORDER |
| DIRK KEMPTHORNE, Secretary, U.S. Department of ) | |
| the Interior, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |
| SAN LUIS & DELTA-MENDOTA WATER ) | |
| AUTHORITY and WESTLANDS WATER DISTRICT; ) | |
| CALIFORNIA FARM BUREAU FEDERATION; ) | |
| GLENN-COLUSA IRRIGATION DISTRICT, *et al.*; ) | |
| CALIFORNIA DEPARTMENT OF WATER ) | |
| RESOURCES, and STATE WATER CONTRACTORS, ) | |
| ) | |
| Defendant-Intervenors. ) | |
| ) | |

[PROPOSED] SCHEDULING ORDER— 05-CV-01207 OWW LJO

PDF created with pdfFactory trial version www.pdffactory.com

On December 7, 2006, the Court heard arguments on motions to dismiss, stay, and for voluntary remand of the matter named above.  On January 3, 2007, the Court issued a written decision denying those motions.  Pursuant to the Court's instruction that the parties provide the Court with an agreed upon schedule for completing briefing on summary judgment, the parties hereby submit the following schedule:

| | |
|---|---|
| January 22, 2007 | Plaintiffs file their reply in support of their motion for summary judgment, and opposition to cross motions for summary judgment. |
| February 5, 2007 | Defendants and defendant intervenors file replies in support of cross motions for summary judgment |

Hearing on motions to be set by the Court at its earliest convenience at the conclusion of briefing.

Counsel for all parties have reviewed and approved this order as to form.

**IT IS SO ORDERED.**

**The Court will hear the Cross Motions for Summary Judgment on March 1, 2007 at 12:00 p.m. before Judge Oliver W. Wanger.**

DATED: 1/4/07                    /s/ Oliver W. Wanger
                                 OLIVER W. WANGER
                                 United States District Judge

[PROPOSED] SCHEDULING ORDER— 05-CV-01207 OWW LJO

PDF created with pdfFactory trial version www.pdffactory.com