1  MICHAEL R. SHERWOOD, State Bar No. 63702
   ANDREA A. TREECE, State Bar No. 237639
2  Earthjustice
   426 17th Street, 5th Floor
3  Oakland, CA  94612
   atreece@earthjustice.org; msherwood@earthjustice.org
4  Telephone:  510/550-6725
   Facsimile:  510/550-6749
5
   TRENT W. ORR, State Bar No. 077656
6  953 Clayton Street, #5
   San Francisco, CA  94117
7  torr@earthjustice.org
   Telephone:  415/665-2185
8  Facsimile:  415/665-2592

9  Attorneys for Plaintiffs

10 HAMILTON CANDEE, State Bar No. 111376
   KATHERINE POOLE, State Bar No. 195010
11 Natural Resources Defense Council
   111 Sutter St., 20th Floor
12 San Francisco, CA  94104
   hcandee@nrdc.org; kpoole@nrdc.org
13 Telephone: 415/875-6100
   Facsimile: 415/875-6161
14
   Attorneys for Plaintiff NRDC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, Secretary, U.S. Department of the Interior, *et al.* <br><br> Defendants. <br><br> SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT, *et al.*, <br><br> Defendant-Intervenors. | Case No. 05-CV-01207 OWW TAG <br><br> **APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> **DECLARATION OF MICHAEL R. SHERWOOD** <br><br> **ORDER SHORTENING TIME** |

APPLICATION FOR ORDER SHORTENING TIME -- CASE NO. 05-1207 OWW TAG                                                1

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to L.R. 6-144, plaintiffs hereby respectfully apply for an order shortening time within which plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction may be heard.

The circumstances justifying this application are set forth in the Declaration of Michael R. Sherwood, below.

DATED:  June 19, 2007                           Respectfully submitted,

/s/ Michael R. Sherwood
MICHAEL R. SHERWOOD

## DECLARATION OF MICHAEL R. SHERWOOD

1. I am one of the counsel of record for plaintiffs herein.

2. On May 25, 2007, this Court filed its Order Granting In Part And Denying In Part Plaintiffs' Motion For Summary Judgment ("Order") holding unlawful the 2004 biological opinion on impacts to delta smelt of the 2004 Long-Term Operation, Criteria and Plan.

3. Recent surveys have shown that delta smelt numbers have dropped to the lowest ever, and the Delta Smelt Working Group on May 15, 2007, made certain urgent recommendations to the project operators for steps necessary to avoid pushing the delta smelt further towards extinction, as is more fully described in Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction ("TRO Motion"), filed herewith.

4. Federal Defendants and Defendant-Intervenor California Department of Water Resources have taken some steps towards achieving the DSWG's recommendations, but not all, as described in plaintiffs' TRO Motion.  Because not all is being done that can be done to achieve the recommendations, delta smelt continue to be taken at the federal and state pumps and remain in jeopardy, in violation of the law and this Court's Order.

5. Plaintiffs have advised the Court and all parties of their intention to file this TRO Motion.  Because of the extreme extenuating circumstances facing the delta smelt, it is not feasible to wait the full 31 days otherwise required by L.R. 78-230 for noticing a hearing on the TRO Motion.

PDF created with pdfFactory trial version www.pdffactory.com

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: June 19, 2007          /s/ Michael R. Sherwood
                              MICHAEL R. SHERWOOD

## ORDER SHORTENING TIME

Upon application of plaintiffs, and good cause appearing, IT IS HEREBY ORDERED that the time for hearing plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction shall and hereby is shortened, and hearing on said motion shall be on June 22, 2007 at 11:00 a.m.. The parties may appear by way of telephone. Responses due by 6/21/2007 on or before 4:30 p.m.

DATED: 6/20/2007              /s/ Oliver W. Wanger
                              OLIVER W. WANGER
                              UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com