IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.* | Case No. 05-CV-01207 OWW TAG |
| Plaintiffs, | |
| v. | SCHEDULING ORDER |
| DIRK KEMPTHORNE, Secretary, U.S. Department of the Interior, *et al.* | |
| Defendants. | Date:      August 21, 2007<br>Time:      9:00 a.m.<br>Courtroom: 3 |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT, *et al.*, | Judge:     Hon. Oliver W. Wanger |
| Defendant-Intervenors. | |

On June 1, 2007, the Court held a scheduling conference to determine the schedule for briefing remedies issues in this matter. The parties agreed that remedies issues will be resolved according to the following schedule.

| | |
|---|---|
| July 2, 2007: | Federal defendants and California Department of Water Resources ("DWR") file their proposals for an interim remedy to be in effect until such time as the U.S. Fish and Wildlife Service issues a new biological opinion. |
| July 16, 2007: | Plaintiffs file their proposal for interim remedies and response to federal defendants' and DWR's proposals, and defendant-intervenors file any proposals for interim remedy they wish to offer and responses to federal defendants' and DWR's proposals. |
| July 27, 2007: | Federal defendants and DWR file their replies in support of their proposals and any responses to plaintiffs' proposal and any proposals offered by defendant-intervenors. |
| August 6, 2007: | Plaintiffs file their reply in support of their proposal for interim remedies and response to any proposals offered by defendant-intervenors, and defendant-intervenors file their replies in support of any proposals for interim remedies they have offered and responses to plaintiffs' proposal. |
| August 21, 2007: | Hearing on remedies to begin at 9:00 a.m. PDT. Extended time will be reserved for oral argument. |

On June 19, 2007, however, the Plaintiffs filed an application for a temporary restraining order and preliminary injunction, which the Court heard on an expedited basis. The Federal Defendants now seek an extension of one (1) week to the schedule set out above for briefing remedies issues in this matter because many of the same staff who otherwise would have been preparing their filings on these remedies issues were required to work on their response to Plaintiffs' TRO/PI motion. In order to continue the expedited briefing of these issues, however, the Federal Defendants propose that the hearing date should remain unchanged. The other parties do not oppose such an extension. With that extension, the schedule would be:

| | |
|---|---|
| July 9, 2007: | Federal defendants and California Department of Water Resources ("DWR") file their proposals for an interim remedy to be in effect until such time as the U.S. Fish and Wildlife Service issues a new biological opinion. |

[PROPOSED] SCHEDULING ORDER— 05-CV-01207 OWW TAG

2

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | July 23, 2007: | Plaintiffs file their proposal for interim remedies and response to federal defendants' and DWR's proposals, and defendant-intervenors file any proposals for interim remedy they wish to offer and responses to federal defendants' and DWR's proposals. |
| 4 | August 3, 2007: | Federal defendants and DWR file their replies in support of their proposals and any responses to plaintiffs' proposal and any proposals offered by defendant-intervenors. |
| 6 | August 13, 2007: | Plaintiffs file their reply in support of their proposal for interim remedies and response to any proposals offered by defendant-intervenors, and defendant-intervenors file their replies in support of any proposals for interim remedies they have offered and responses to plaintiffs' proposal. |
| 10 | August 21, 2007: | Hearing on remedies to begin at 9:00 a.m. PDT.  Extended time will be reserved for oral argument. |

**IT IS SO ORDERED.**

DATED: 6/28/2007             /s/ Oliver W. Wanger

                             OLIVER W. WANGER
                             United States District Judge

Approved as to form:

DATED:  June 28, 2007              /s/ Trent W. Orr

                             TRENT W. ORR
                             ANDREA A. TREECE

                             Attorneys for Plaintiffs

                             KATHERINE S. POOLE
                             HAMILTON CANDEE

                             Attorneys for Plaintiff
                             Natural Resources Defense Council

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: June 28, 2007 | RONALD J. TENPAS<br>Acting Assistant Attorney General<br>United States Department of Justice<br>Environment and Natural Resources Division<br><br>JEAN E. WILLIAMS, Chief<br>SETH M. BARSKY, Assistant Chief<br><br>/s/ James A. Maysonett<br>_____<br>JAMES A. MAYSONETT, Trial Attorney<br>KEITH RIZZARDI, Trial Attorney<br>Wildlife and Marine Resources Section<br>Benjamin Franklin Station, P.O. Box 7369<br>Washington, D.C. 20044-7369<br>Telephone: (202) 305-0216<br>Facsimile: (202) 305-0275<br><br>Attorneys for Federal Defendants |
| DATED: June 28, 2007 | /s/ Daniel J. O'Hanlon<br>_____<br>DANIEL J. O'HANLON<br><br>Attorney for Intervenors San Luis & Delta-Mendota Water Authority and Westlands Water District |
| DATED: June 28, 2007 | /s/ Brenda Washington Davis<br>_____<br>BRENDA WASHINGTON DAVIS<br>CHRISTIAN SCHEURRING<br>RONDA AZEVEDO LUCAS<br>CHRISTOPHER H. BUCKLEY, JR.<br>GIBSON, DUNN & CRUTCHER<br><br>Attorneys for Intervenors<br>California Farm Bureau Federation |
| DATED: June 28, 2007 | /s/ Andrew M. Hitchings<br>_____<br>ANDREW M. HITCHINGS<br><br>Attorney for Glenn-Colusa Irrigation District, *et al.* |
| DATED: June 28, 2007 | EDMUND B. BROWN, JR.<br>Attorney General for the State of California<br><br>/s/ Clifford T. Lee<br>_____<br>CLIFFORD T. LEE<br>DEBORAH A. WORDHAM |

PDF created with pdfFactory trial version www.pdffactory.com

1  Deputy Attorneys General

2  Attorneys for California Department
   of Water Resources

3

4  DATED: June 28, 2007                    /s/ Gregory K. Wilkinson
                                          _____
5                                         GREGORY K. WILKINSON
                                          STEVEN M. ANDERSON
6                                         BEST BEST & KRIEGER LLP

7  Attorneys for Intervenors
   State Water Contractors

PDF created with pdfFactory trial version www.pdffactory.com