UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior; and H. DALE HALL, in his official capacity as Director, U.S. Fish and Wildlife Service, <br><br> Defendants, <br> _____ <br> SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, WESTLANDS WATER DISTRICT, CALIFORNIA FARM BUREAU FEDERATION, GLENN COLUSA IRRIGATION DISTRICT, et al., CALIFORNIA DEPARTMENT OF WATER RESOURCES, STATE WATER CONTRACTORS, KERN COUNTY WATER AGENCY, <br><br> Defendant-Intervenors. <br> _____ | 1:05-cv-1207 OWW TAG <br><br> ORDER FOR PRESENTATION OF EVIDENCE AT HEARING ON REMEDIES |

A hearing is set for the determination of appropriate remedies based on the Court's decision that the 2005 OCAP Biological Opinion respecting the Delta smelt and the Delta Smelt

1

Remedial Action Measures are unlawful.  Material evidentiary disputes have arisen among the parties over issues that are pertinent to the selection of remedies.

To enable the Court to be fully informed, the parties shall produce evidence at the August 21, 2007, hearing on the following issues:

1. The effect of 24 hour pumping by the Federal and State Projects on the viability of Delta smelt.

2. The effect of an attenuated pumping schedule for the Federal and State pumps on the viability of the Delta smelt.

3. The effect of reduction of pumping at Federal and State pumps on water users.

4. Current estimates as to the number of Delta smelt killed at Federal and State pumps between the period June 1, 2007, through August 20, 2007.

5. Whether minimum safe pumping levels, around 850 cfs, results in the killing of Delta smelt.

6. Best current estimate of the entire population of Delta smelt in the Sacramento-San Joaquin Delta and adjacent areas.

7. The effect of water temperature on the survival of Delta smelt and particularly whether 25°C (77°F) is the lab lethal limit for smelt, and if 25°C water temperature has lethal effect on Delta smelt in their habitat.

8. Other alternative remedial measures that will protect the viability of the Delta smelt.

9. Current recommendations by the Delta Smelt Working Group for protection and survival of the Delta smelt species and any other scientific views held by parties to this case

concerning viability and survival of Delta smelt.

10. The effects on Delta smelt of increased pumping levels to a maximum of 3500 cfs or higher at the Federal and State Water Projects and related pumping facilities.

11. Alternative water sources and measures to mitigate harm to the Delta smelt.

12. Whether Old and Middle Sacramento River flows can be held greater than or equal to zero and under what conditions.

13. Whether any adverse impacts to other protected species will be caused by Delta smelt mitigation measures.

14. The reliability of most current data concerning the population and recovery and survival of Delta smelt.

15. Whether there is any credible scientific disagreement concerning the benefits of reduced or no pumping at the Federal and State Projects on Delta smelt.

16. Whether migration patterns of the smelt following June, take them out of risk of entrainment at Federal or State pumps and the reliability of the information about the smelt migration patterns.

17. Realistic appraisal of harmful effects of pumping reductions on other water users.

18. Mitigation alternatives and their feasibility to pumping reductions.

19. Realistic effects on emergency services and other critical water supplies from reduced pumping at Federal and State Water Projects.

20. Whether there are other causes that are currently materially contributing to decline of the Delta smelt.

3

21. Whether the Delta Smelt Working Group members are qualified to prescribe the water management and operating regime for the Federal pumps and CVP water management.

22. Any other facts that bear on selection of the most appropriate remedy.

A telephonic status conference shall be held August 9, 2007, at the hour of 10:00 a.m. to determine logistics for the hearing, what witnesses will be called and what time will be needed for the presentation of evidence.

IT IS SO ORDERED.

Dated:   August 1, 2007                   /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE