UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al., <br><br>        Plaintiffs, <br><br>  v. <br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior, et al., <br><br>        Defendants, <br><br>CALIFORNIA DEPARTMENT OF WATER RESOURCES, <br><br>        Defendant-Intervenor, <br><br>STATE WATER CONTRACTORS, <br><br>        Defendant-Intervenor, <br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al., <br><br>        Defendant-Intervenors, | 1:05-cv-1207 OWW TAG <br><br>ORDER RE: PLAINTIFFS' EMERGENCY APPLICATION FOR PRETRIAL SCHEDULING ORDER |

The Court has received an Emergency Application for Pretrial Scheduling Order concerning the evidentiary hearing to be held August 21, 2007, submitted by Plaintiffs. Opposition has been filed by the Federal Defendants and State Water Contractors.

1

1 | Plaintiffs' application refers to the hearing as limited to
2 | one day.  The Court has not previously limited the duration of
3 | the evidentiary hearing of August 21, 2007, to one day and does
4 | not believe it will be possible to hear from six experts in one
5 | court day.
6 | Any party wishing to file a response to the Plaintiffs'
7 | Emergency Application for Pretrial Scheduling Order shall file
8 | any response on or before August 16, 2007, by 2:30 p.m. P.D.T.
9 | A telephonic hearing shall be held on these matters on
10 | August 16, 2007, at 3:00 p.m. P.D.T., in Courtroom 3.

12 | SO ORDERED.

14 | DATED: August 16, 2007.

16 |       /s/ Oliver W. Wanger
      Oliver W. Wanger
17 | UNITED STATES DISTRICT JUDGE