SOMACH, SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN 090959)
ANDREW M. HITCHINGS, ESQ. (SBN 154554)
JACQUELINE L. McDONALD, ESQ. (SBN 226803)
813 Sixth Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 446-7979
Facsimile:  (916) 446-8199
Email:  Ahitchings@lawssd.com

Attorneys for Intervenor-Defendant
GLENN-COLUSA IRRIGATION DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>KIRK KEMPTHORNE, Secretary, U.S. Department of the Interior, *et al.*,<br><br>                    Defendants.<br>SAN LUIS & DELTA MENDOTA WATER AUTHORITY; WESTLANDS WATER DISTRICT; CALIFORNIA FARM BUREAU FEDERATION; GLENN-COLUSA IRRIGATION DISTRICT, *et al.*; CALIFORNIA DEPARTMENT OF WATER RESOURCES; and STATE WATER CONTRACTORS,<br><br>                    Defendant-Intervenors. | Case No. C-05-01207 OWW-NEW (TAG)<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE FOR MOTIONS TO DISMISS**<br><br>Date:         December 10, 2007<br>Tim:          10:00 a.m.<br>Courtroom: 3<br>Judge:       Hon. Oliver W. Wanger |

WHEREAS, on December 3, 2007 at 10:00 a.m., this Court is currently scheduled to hear two separate Motions to Dismiss brought by the following parties: Defendants-Intervenors San Luis & Delta Mendota Water Authority, Westlands Water District, California Farm Bureau Federation, Glenn-Colusa Irrigation District, et al. (collectively, "Defendants-Intervenors"), filed October 1, 2007 (Docket No. 503); and Defendant-Intervenor State Water Contractors ("SWC"), also filed October 1, 2007 (Docket No. 502).

1  WHEREAS, the parties have agreed to continue the hearing date for both Motions to
2  Dismiss so that both motions will now be heard on December 10, 2007.
3  THEREFORE, IT IS HEREBY STIPULATED by and among the parties, through their
4  respective counsel, that the hearing on Defendants-Intervenors' Motion to Dismiss and SWC's
5  Motion to Dismiss, both currently set for December 3, 2007, be continued to Monday,
6  December 10, 2007 at 10:00 a.m.

SOMACH, SIMMONS & DUNN
A Professional Corporation

DATED: October 15, 2007        By_____
                                Andrew M. Hitchings
                                Attorneys for Defendant-Intervenors
                                GLENN-COLUSA IRRIGATION DISTRICT, et al.


KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

DATED: October 15, 2007        By /s/ Daniel J. O'Hanlon (as authorized on 10/10/07)
                                Daniel J. O'Hanlon
                                Attorneys for Defendant-Intervenors
                                SAN LUIS & DELTA-MENDOTA WATER
                                AUTHORITY and WESTLANDS WATER
                                DISTRICT


CALIFORNIA FARM BUREAU FEDERATION

DATED: October 15, 2007        By /s/ Christian C. Scheuring (as authorized on 10/10/07)
                                Christian C. Scheuring
                                Attorneys for Defendant-Intervenor
                                CALIFORNIA FARM BUREAU FEDERATION


BEST BEST & KRIEGER LLP

DATED: October 15, 2007        By /s/ Gregory K. Wilkinson (as authorized on 10/10/07)
                                Gregory K. Wilkinson
                                Steven M. Anderson
                                Attorneys for Defendant-Intervenor
                                STATE WATER CONTRACTORS

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| | EDMUND G. BROWN, JR.<br>Attorney General of the State of California |
| | MARY E. HACKENBRACHT<br>Senior Assistant Attorney General |
| DATED: October 15, 2007 | By /s/ Clifford T. Lee (as authorized on 10/10/07)<br>   CLIFFORD T. LEE<br>   Deputy Attorney General<br>   DEBORAH A. WORDHAM<br>   Deputy Attorney General<br><br>   Attorneys for Defendant-Intervenor<br>   CALIFORNIA DEPARTMENT OF WATER<br>   RESOURCES |
| | RONALD J. TENPAS,<br>Acting Assistant Attorney General<br>JEAN E. WILLIAMS, Section Chief |
| DATED: October 15, 2007 | By /s/ James A. Maysonett (as authorized on 10/15/07)<br>   JAMES A. MAYSONETT, Trial Attorney<br>   United States Department of Justice<br>   Environment & Natural Resources Division<br>   Wildlife and Marine Resources Section<br>   P.O. Box 7369<br>   Washington, D.C. 20044-7369<br>   Telephone: (202) 305-0216<br>   Facsimile: (202) 305-0275<br>   James.a.maysonett@usdoj.gov<br>   Attorneys for Federal Defendants |
| DATED: October 15, 2007 | By /s/ Trent W. Orr (as authorized on 10/10/07)<br>   TRENT W. ORR<br>   Attorneys for Plaintiffs<br><br>   HAMILTON CANDEE<br>   KATHERINE S. POOLE<br>   Attorneys for Plaintiff NRDC |

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

The Court, having read and considered the foregoing Stipulation, hereby approves the continuance of the Motion to Dismiss of Defendants-Intervenors San Luis & Delta Mendota Water Authority, Westlands Water District, California Farm Bureau Federation, Glenn-Colusa Irrigation District, et al., and the Motion to Dismiss of Defendant-Intervenor State Water Contractors, to Monday, December 10, 2007 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: October 16, 2007         /s/ OLIVER W. WANGER
                                United States District Judge