EDMUND G. BROWN JR.
Attorney General of the State of California
MARY E. HACKENBRACHT
Senior Assistant Attorney General
CLIFFORD T. LEE, State Bar No. 74687
Deputy Attorney General
DEBORAH A. WORDHAM, State Bar No. 180507
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5546
 Fax:  (415) 703-5480
 Email:  Cliff.Lee@doj.ca.gov
 Email:  Deborah.Wordham@doj.ca.gov

Attorneys for Defendant-Intervener,
CALIFORNIA DEPARTMENT OF WATER RESOURCES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **NATURAL RESOURCES DEFENSE COUNCIL, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior; et al.,** <br><br> Defendants, <br><br> **CALIFORNIA DEPARTMENT OF WATER RESOURCES,** <br><br> Defendant-Intervener. | 05 CV 01207 OWW (LJO) <br><br> **STIPULATION AND ORDER Re EXTENSION OF TIME TO SUBMIT PROPOSED FINDING OF FACT AND CONCLUSIONS OF LAW AND PROPOSED ORDER** |

WHEREAS, on August 31, 2007, the Court ordered the parties to provide the Court with proposed findings of fact and conclusions of law and a proposed form of order based upon the final transcripts of the proceedings before the Court in the above-entitled matter regarding interim remedies by no later than October 22, 2007.

WHEREAS, the plaintiffs provided the defendants and the defendant-interveners with their proposed findings of fact and conclusions of law and proposed form of order on or about

1  October 15, 2007.

2  WHEREAS, the defendants and the defendant-interveners have been working to
3  develop a joint proposed findings of fact and conclusions of law and proposed form of order, but
4  have been unable to complete said document to date.

5  WHEREAS, the parties agree that a one week extension of time to submit the proposed
6  findings of fact and conclusions of law and proposed form of order would be appropriate as
7  described below.

8  THEREFORE, IT IS HEREBY STIPULATED, subject to the approval by the Court,
9  that:

10  1.   The parties shall file and serve a joint proposed findings of fact and conclusions
11  of law and a proposed form of order or, in the absence of agreement among the parties, the
12  parties shall file and serve alternative proposed findings of fact and conclusions of law and
13  proposed forms of order, based upon the Court's August 31, 2007 bench ruling regarding interim
14  remedies by no later than October 29, 2007.

15  2.   The defendants and the defendant-interveners agree to provide the plaintiffs with
16  their proposed findings of fact and conclusions of law and proposed form of order by no later
17  than October 22, 2007.

| | | |
|---|---|---|
| 1 | Dated: October 18, 2007 | RONALD J. TENPAS |
| 2 | | Acting Assistant Attorney General<br>United States Department of Justice |
| 3 | | Environment and Natural Resources Division |
| 4 | | JEAN E. WILLIAMS, Chief |
| 5 | | SETH M. BARSKY,  Assistant Chief |
| 6 | | _____<br>JAMES A. MAYSONETT, Trial Attorney |
| 7 | | |
| 8 | | Attorneys for Federal Defendants |
| 9 | Dated: October 18, 2007 | EDMUND G. BROWN JR. |
| 10 | | Attorney General for the State of California |
| 11 | | |
| 12 | | _____<br>CLIFFORD T. LEE |
| 13 | | DEBORAH A. WORDHAM<br>Deputy Attorneys General |
| 14 | | Attorneys for Defendant-Intervener |
| 15 | | California Department of Water Resources |
| 16 | Dated: October 18, 2007 | _____ |
| 17 | | DANIEL J. O'HANLON |
| 18 | | Attorney for Defendant-Interveners San Luis & Delta-Mendota Water Authority |
| 19 | | and Westlands Water District |
| 20 | Dated: October 18, 2007 | _____ |
| 21 | | CHRISTIAN SCHEURING |
| 22 | | GIBSON, DUNN, & CRUTCHER<br>CHRISTOPHER H. BUCKLEY, JR |
| 23 | | Attorneys for Defendant-Intervener |
| 24 | | California Farm Bureau Federation |
| 25 | Dated: October 18, 2007 | _____ |
| 26 | | ANDREW M. HITCHINGS |
| 27 | | Attorney for Defendant-Interveners<br>Glenn-Colusa Irrigation District, et al. |
| 28 | | |

Dated: October 18, 2007

GREGORY K. WILKINSON
STEVEN M. ANDERSON
BEST, BEST & KRIEGER

Attorneys for Defendant-Intervener
State Water Contractors

Dated: October 18, 2007

TRENT W. ORR
KATHERINE S. POOLE

Attorneys for Plaintiffs Natural Resources
Defense Council, et al.

**FOR GOOD CAUSE SHOWN,**
IT IS SO ORDERED.

**Dated:   October 20, 2007**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE