# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al., | |
| Plaintiffs, | Case No.: 05-CV-01207 (OWW) (LJO) |
| v. | **Order Granting Federal Defendants' Amended Unopposed Application for an Extension of Time To Respond to Plaintiffs' Proposed Findings of Fact, Conclusions of Law** |
| DIRK KEMPTHORNE et al., | |
| Defendants. | |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, et. al. | |
| Defendant-Intervenors | |

Having reviewed the Federal Defendants' Unopposed Application for an Extension of Time to Respond to Plaintiffs' Proposed Findings of Fact, Conclusions of Law, the Court hereby grants the application for good cause shown. The November 2, 2007 deadline is extended until November 9, 2007 <u>for all parties</u>.

Dated this     2nd     day of     November     2007.


/s/ OLIVER W. WANGER
The Honorable Oliver W. Wanger
District Court Judge