SOMACH, SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN 090959)
ANDREW M. HITCHINGS, ESQ. (SBN 154554)
JACQUELINE L. McDONALD, ESQ. (SBN 226803)
813 Sixth Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 446-7979
Facsimile:  (916) 446-8199
Email:  Ahitchings@lawssd.com

Attorneys for Defendant-Intervenors
GLENN-COLUSA IRRIGATION DISTRICT and
CALIFORNIA FARM BUREAU FEDERATION

[The names of other legal counsel of record are listed
following the signature page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> KIRK KEMPTHORNE, Secretary, U.S. Department of the Interior, *et al.*, <br><br> Defendants. | Case No. 1:05-CV-01207 OWW-GSA <br><br> STIPULATION AND ORDER CONTINUING HEARING DATE, AND SETTING SCHEDULING CONFERENCE <br><br> Judge:  Hon. Oliver W. Wanger |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY; WESTLANDS WATER DISTRICT; CALIFORNIA FARM BUREAU FEDERATION; GLENN-COLUSA IRRIGATION DISTRICT, *et al.*; CALIFORNIA DEPARTMENT OF WATER RESOURCES; and STATE WATER CONTRACTORS, <br><br> Defendant-Intervenors. | |

WHEREAS, on November 9, 2007, Plaintiffs filed a Motion for Permanent Injunctive Relief and Partial Summary Judgment, and noticed the hearing date for December 10, 2007, and the parties have agreed to continue the hearing date, and address certain pre-hearing scheduling matters as set forth below.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the parties, through their respective counsel, that the hearing on said Motion for Permanent Injunctive Relief and Partial Summary Judgment shall be continued, and the pre-hearing briefing and other pre-hearing matters shall be scheduled as follows:

1. On or before January 22, 2008, the Federal Defendants shall lodge and certify any supplemental Administrative Record that Federal Defendants assert is required for the operative Second Supplemental Complaint on file herein. By stipulating to a date for filing of any supplement Administrative Record (and subsequent motions related thereto), Plaintiffs do not agree that a supplemental Administrative Record is necessary to resolution of their pending motion, nor do Plaintiffs waive any arguments regarding the need for a supplemental Administrative Record.

2. All oppositions to Plaintiffs' Motion for Permanent Injunctive Relief and Partial Summary Judgment and any motions to augment, or objections to, the supplemental Administrative Record shall be electronically served and filed by February 18, 2008.

3. Plaintiffs' reply in support of their Motion for Permanent Injunctive Relief and Partial Summary Judgment and any responses to motions to augment, or objections to, the supplemental Administrative Record shall be electronically served and filed by March 3, 2008.

4. The hearing on any motions to augment, or objections to, the supplemental Administrative Record and Plaintiffs' Motion for Permanent Injunctive Relief and Partial Summary Judgment shall be March 10, 2008, at 9:00 a.m. in Courtroom 3.

5. The Court will hold a scheduling conference on December 10, 2007, immediately following the hearing that same day on the Defendant-Intervenors' pending motions to dismiss, and the foregoing schedule shall be subject to modification by the Court in order to accommodate the Court's rulings on the motions to dismiss, and the Court's schedule.

PDF created with pdfFactory trial version www.pdffactory.com

```
                                                 SOMACH, SIMMONS & DUNN
                                                 A Professional Corporation

DATED: November 16, 2007               By /s/ Andrew M. Hitchings
                                          Andrew M. Hitchings
                                          Attorneys for Defendant-Intervenors
                                          GLENN-COLUSA IRRIGATION
                                          DISTRICT, et al. and CALIFORNIA FARM
                                          BUREAU FEDERATION


DATED: November 16, 2007               By /s/ Katherine S. Poole (as authorized 11/16/07)
                                          TRENT W. ORR
                                          Attorneys for Plaintiffs

                                          HAMILTON CANDEE
                                          KATHERINE S. POOLE
                                          Attorneys for Plaintiff NRDC


                                          EDMUND G. BROWN, JR.
                                          Attorney General of the State of California

                                          MARY E. HACKENBRACHT
                                          Senior Assistant Attorney General

DATED: November 16, 2007               By /s/ Deborah A. Wordham (as authorized 11/16/07)
                                          CLIFFORD T. LEE
                                          Deputy Attorney General
                                          DEBORAH A. WORDHAM
                                          Deputy Attorney General

                                          Attorneys for Defendant-Intervenor
                                          CALIFORNIA DEPARTMENT OF WATER
                                          RESOURCES
```

RONALD J. TENPAS,
Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief

DATED: November 16, 2007          By /s/ James A. Maysonett (as authorized 11/16/07)
JAMES A. MAYSONETT, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0216
Facsimile: (202) 305-0275
James.a.maysonett@usdoj.gov
Attorneys for Federal Defendants


KRONICK, MOSKOVITZ, TIEDEMANN
& GIRARD

DATED: November 16, 2007          By /s/ Daniel J. O'Hanlon (as authorized 11/16/07)
Daniel J. O'Hanlon
Attorneys for Defendant-Intervenors SAN
LUIS & DELTA-MENDOTA WATER
AUTHORITY and WESTLANDS WATER
DISTRICT


CALIFORNIA FARM BUREAU
FEDERATION

DATED: November 16, 2007          By /s/ Christian C. Scheuring (as authorized 11/16/07)
Christian C. Scheuring
Attorneys for Defendant-Intervenor
CALIFORNIA FARM BUREAU
FEDERATION


BEST, BEST & KRIEGER, LLP

DATED: November 16, 2007          By /s/ Gregory Wilkinson (as authorized 11/16/07)
Gregory Wilkinson
Attorneys for Defendant-Intervenor STATE
WATER CONTRACTORS

**OTHER COUNSEL OF RECORD:**

FROST, KRUP AND ATLAS
J. MARK ATLAS, ESQ. (SBN 065086)
134 West Sycamore
Willows, CA 95988
Telephone: (530) 934-5416
Email: jma@jmatlaslaw.com

Attorneys for Defendant-Intervenors PRINCETON-CODORA-GLENN IRRIGATION DISTRICT and PROVIDENT IRRIGATION DISTRICT


DOWNEY BRAND LLP
KEVIN M. O'BRIEN, ESQ. (SBN 122713)
STEVEN P. SAXTON, ESQ. (SBN 116943)
555 Capitol Mall, 10th Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Email: kobrien@downeybrand.com
ssaxton@downeybrand.com

Attorneys for Defendant-Intervenors RECLAMATION DISTRICT 108, NATOMAS CENTRAL MUTUAL WATER CO., PELGER MUTUAL WATER CO., RIVER GARDEN FARMS, and PLEASANT GROVE-VERONA MUTUAL WATER COMPANY

## **ORDER**

The Court, having read and considered the foregoing stipulation, and good cause appearing, **IT IS SO ORDERED**.


Dated: November 19, 2007              /s/ OLIVER W. WANGER
                                      Honorable Oliver W. Wanger
                                      United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be e-filed on November 16, 2007, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

Andrew M. Hitchings