RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
JAMES A. MAYSONETT, Trial Attorney (D.C. Bar No. 463856)
Environment & Natural Resources Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0216 / Facsimile:(202) 305-0275
Attorneys for the Federal Defendants

FILED

JAN 2 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE et al., <br><br> Defendants. <br><br> SAN LUIS & DELTA MENDOTA WATER AUTHORITY, et. al. <br><br> Defendant-Intervenors | Case No.: 05-CV-01207 (OWW) (LJO) <br><br> **Federal Defendants' Unopposed Application for an Order Shortening Time to Hear Motion for Vacatur of Current Scheduling Order** <br><br> **Declaration of James A. Maysonett** <br><br> **Order Shortening Time** |

### Application for Order Shortening Time

Pursuant to L. Civ. R. 6-144(e), the Federal Defendants respectfully apply for an order shortening the time to hear the Federal Defendants' motion for vacatur of the current scheduling order, docket no. 562 (Jan 16, 2008). The Federal Defendants request that this motion be heard on January 28, 2008, and that any responses to the motion be submitted by January 23, 2008. The circumstances justifying this application are set forth below in the Declaration of James A. Maysonett. Counsel for the Federal Defendants has conferred with counsel for the other parties

Fed. Def. App. for Order Shortening Time              1              Case No. 05-cv-1207 OWW

in this matter, and this application is unopposed.

Respectfully submitted this 18th day of January, 2008,

>RONALD J. TENPAS, Assistant Attorney General
>JEAN E. WILLIAMS, Section Chief
>
>/s/ James A. Maysonett
>JAMES A. MAYSONETT, Trial Attorney
>United States Department of Justice
>Environment & Natural Resources Division
>Wildlife and Marine Resources Section
>P.O. Box. 7369
>Washington, D.C. 20044-7369
>Telephone: (202) 305-0216
>Facsimile: (202) 305-0275
>james.a.maysonett@usdoj.gov
>Attorneys for the Federal Defendants

## Declaration of James A. Maysonett

1.  I am trial counsel representing the Federal Defendants in this matter.

2.  On November 19, 2007, the Court entered a stipulated scheduling order submitted by the parties. Stipulation and Order Continuing Hearing Date, and Setting Scheduling Conference. Docket No. 545 (Nov. 21, 2007). Under the terms of that scheduling order, the Federal Defendants' administrative record is due on January 22, 2008, oppositions to the Plaintiffs' motion for summary judgment are due on February 18, 2008, replies in support of that motion for summary judgment on March 3, 2008, and oral argument on that motion is scheduled for March 10, 2008. *Id.*

3.  In that stipulated scheduling order, however, the parties acknowledged that this schedule might have to change "in order to accommodate the Court's rulings on the motions to dismiss . . . ." Docket No. 541, ¶ 5 (Nov. 16, 2007).

4.  The Court held a hearing on the Defendant-Intervenors' motions to dismiss on December 10, 2007. Docket No. 553 (Dec. 10, 2007). At that hearing, the Court vacated the scheduling conference set for that day on the grounds that such a conference would be more

productive after the parties reviewed the Court's written decision.

5. For the reasons stated in the Federal Defendants' Motion for Vacatur of the Current Scheduling Order, Docket No. 562 (Jan. 16, 2008), the Federal Defendants believe that, in light of the Court's tentative rulings on the motions to dismiss, the Court should vacate the current scheduling order and conduct a scheduling conference after it has issued its written decision on those motions.

6. It is not feasible to wait the full thirty-one (31) days otherwise required by L. Civ. R. 78-230 for noticing a hearing on the Federal Defendants' Motion for Vacatur of the Current Scheduling Order, however, because almost all of the deadlines set in the current scheduling order would have past by the time the motion was heard (and thus the relief requested in the motion would be rendered moot).

7. For these reasons, the Federal Defendants apply for a shortening of time to hear their motion for vacatur of the current scheduling order. The Federal Defendants request that oppositions to that motion be due on January 23, 2008, and the Court hear that motion (if it conducts a hearing) on January 28, 2008.

8. I have conferred with counsel for other parties in this matter. The other parties do not oppose the relief sought by this application. The parties request that they be allowed to appear by telephone if the Court conducts a hearing on the Federal Defendants' Motion for Vacatur of the Current Scheduling Order.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted this 18th day of January, 2008,

/s/ *James A. Maysonett*
JAMES A. MAYSONETT

## Order Shortening Time

Upon application of the Federal Defendants, and good cause appearing, IT IS HEREBY ORDERED that the time for hearing the Federal Defendants' Motion for Vacatur of Current Scheduling Order shall and hereby is shortened, and hearing on said motion shall be on January 28, 2008, at 11:30 . Any responses to that motion shall be filed by January 25, 2008. The parties may appear at the hearing by telephone.

It is so Ordered. Dated: 1-22-08

_____
United States District Judge