DANIEL J. O'HANLON, State Bar No. 122380
BECKY DELL SHEEHAN, State Bar No. 201596
HANSPETER WALTER, State Bar No. 244847
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA  95814-4416
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

JON D. RUBIN, State Bar No. 196944
DIEPENBROCK HARRISON
400 Capitol Mall, 18th Floor
Sacramento, CA  95814
Telephone:  (916) 492-5000
Facsimile:  (916) 446-4535

Attorneys for Defendant-Intervenors SAN LUIS &
DELTA-MENDOTA WATER AUTHORITY and
WESTLANDS WATER DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, CALIFORNIA TROUT, BAYKEEPER AND ITS DELTAKEEPER CHAPTER, FRIENDS OF THE RIVER, and THE BAY INSTITUTE, all non-profit organizations,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior; and H. DALE HALL, in his official capacity as Director, U.S. Fish and Wildlife Service,<br><br>Defendants.<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, WESTLANDS WATER DISTRICT, CALIFORNIA FARM BUREAU FEDERATION, GLENN-COLUSA IRRIGATION | CASE NO. 05 CV-01207 OWW GSA<br><br>**STIPULATION EXTENDING TIME FOR DMC CONTRACTORS TO FILE RESPONSE TO THIRD SUPPLEMENTAL COMPLAINT; APPLICATION FOR ORDER EXTENDING TIME FOR RESPONSE BY SAN LUIS & DELTA-MENDOTA WATER AUTHORITY AND WESTLANDS WATER DISTRICT TO THIRD SUPPLEMENTAL COMPLAINT; ORDER BASED THEREON** |

890561.1                                             -1-

Stipulation Extending Time for Response to Third Supp. Complaint; Order Thereon                     Case No. 05 CV-01207 OWW GSA

PDF created with pdfFactory trial version www.pdffactory.com

DISTRICT, et al., CALIFORNIA DEPARTMENT OF WATER RESOURCES, STATE WATER CONTRACTORS, KERN COUNTY WATER AGENCY,

        Defendant-Intervenors.

Defendant-Intervenors San Luis & Delta-Mendota Water Authority and Westlands Water District submit the following stipulation and application for order pursuant to Local Rule 6-144:

WHEREAS, on April 8, 2008, Plaintiffs in this action filed a Third Supplemental Complaint (Doc. No. 575). Among other allegations, the Third Supplemental Complaint names as parties entities that hold long-term CVP renewal contracts, and serve areas south of the Sacramento River-San Joaquin Rivers Delta, including the following (hereafter "DMC Contractors"):

    BANTA-CARBONA IRRIGATION DISTRICT

    BYRON BETHANY IRRIGATION DISTRICT

    CARTER MUTUAL WATER COMPANY

    COELHO FAMILY TRUST

    DEL PUERTO WATER DISTRICT

    EAGLE FIELD WATER DISTRICT

    FRESNO SLOUGH WATER DISTRICT

    JAMES IRRIGATION DISTRICT

    MERCY SPRINGS WATER DISTRICT

    ORO LOMA WATER DISTRICT

    PATTERSON IRRIGATION DISTRICT

    TRANQUILITY IRRIGATION DISTRICT

    THE WEST SIDE IRRIGATION DISTRICT

    WEST STANISLAUS IRRIGATION DISTRICT

(Third Complaint at ¶ 27.)

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the Plaintiffs achieved service on these DMC Contractors with summons and the Third Supplemental Complaint on various dates. Consequently, the DMC Contractors have differing deadlines for when they must respond to the Third Supplemental Complaint under FRCP 12.

WHEREAS, to coordinate responses to the Third Supplemental Complaint, and at the request of counsel for the DMC Contractors, counsel for Defendant-Intervenors San Luis & Delta-Mendota Water Authority and Westlands Water District, Daniel O'Hanlon, contacted counsel for Plaintiffs to request that Plaintiffs agree to a common date for the DMC Contractors, the San Luis & Delta-Mendota Water Authority and the Westlands Water District to file responses to the Third Supplemental Complaint.

WHEREAS, Plaintiffs have agreed to extend the time for these entities to respond to May 15, 2008.

WHEREAS, no previous extensions for responses by the DMC Contractors have been sought or granted, and the extensions are for less than thirty days.

WHEREAS, the May 15, 2008 deadline would extend by one week the date for response by San Luis & Delta-Mendota Water Authority and Westlands Water District previously set in the Court's scheduling order (Doc. No. 574, filed February 11, 2008). This date has not been extended previously.

WHEREAS, no existing parties other than Plaintiffs would be affected by the proposed extensions of time to respond to the Third Supplemental Complaint, and such extension will not delay proceedings.

ACCORDINGLY, the Plaintiffs, through their counsel, stipulate that the deadline for response to the Third Supplemental Complaint by the DMC Contractors is extended to May 15, 2008, and Plaintiffs and the San Luis & Delta-Mendota Water Authority and Westlands Water District, through their counsel, stipulate that the deadline for response to the Third

///
///
///

890561.1 -3-
Stipulation Extending Time for Response to Third Supp. Complaint; Order Thereon   Case No. 05 CV-01207 OWW GSA
PDF created with pdfFactory trial version www.pdffactory.com

Supplemental Complaint by the San Luis & Delta-Mendota Water Authority and Westlands Water District may be extended by Court order to May 15, 2008.

Dated: May 1, 2008

      /s/ Trent W. Orr (as authorized on 5/1/08)
TRENT W. ORR

Attorneys for Plaintiffs

KATHERINE S. POOLE
FRED H. ALTSCHULER
JAMIE L. CROOK

Attorneys for Plaintiff
Natural Resources Defense Council

Dated: May 1, 2008    KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By   /s/ Daniel J. O'Hanlon
DANIEL J. O'HANLON
Attorneys for Defendant-Intervenors San Luis & Delta-Mendota Water Authority and Westlands Water District

**ORDER**

The Court having considered the foregoing stipulation and application for extension of time and finding good cause for the extension, the Court hereby orders the following:

The deadline for responding to the Third Supplemental Complaint (Doc. No. 575, filed April 8, 2008) shall be no later than May 15, 2008 for the following entities: San Luis & Delta-Mendota Water Authority; Westlands Water District; Banta-Carbona Irrigation District; Byron Bethany Irrigation District; Carter Mutual Water Company; Coelho Family Trust; Del Puerto Water District; Eagle Field Water District; Fresno Slough Water District; James Irrigation District; Mercy Springs Water District; Oro Loma Water District; Patterson Irrigation District; Tranquility Irrigation District; the West Side Irrigation District; and West Stanislaus Irrigation District.

890561.1   -4-
Stipulation Extending Time for Response to Third Supp. Complaint; Order Thereon   Case No. 05 CV-01207 OWW GSA

PDF created with pdfFactory trial version www.pdffactory.com

1 | This order does not modify any other deadline in this case that was previously
2 | ordered by the Court or otherwise is required or established by law.
3 |
4 | Dated:  May 2, 2008             /s/ OLIVER W. WANGER
                                     HONORABLE OLIVER W. WANGER
5 |                                  United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com