TRENT W. ORR, State Bar No. 077656
MICHAEL R. SHERWOOD, State Bar No. 63702
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
torr@earthjustice.org; msherwood@earthjustice.org
Telephone: 510/550-6725
Facsimile: 510/550-6749

Attorneys for Plaintiffs

KATHERINE POOLE, State Bar No. 195010
Natural Resources Defense Council
111 Sutter Street, 20th Floor
San Francisco, CA 94104
kpoole@nrdc.org
Telephone: 415/875-6100
Facsimile: 415/875-6161

Attorney for Plaintiff NRDC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, Secretary, U.S. Department of the Interior, *et al.* <br><br> Defendants. <br><br> SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT; CALIFORNIA FARM BUREAU FEDERATION; GLENN-COLUSA IRRIGATION DISTRICT, *et al.*; CALIFORNIA DEPARTMENT OF WATER RESOURCES, and STATE WATER CONTRACTORS, <br><br> Defendant-Intervenors. | Case No. 05-CV-01207 OWW GSA <br><br> **ORDER APPROVING WITHDRAWAL OF COUNSEL** |

[PROPOSED] ORDER APPROVING WITHDRAWAL OF COUNSEL— 05-CV-01207 OWW GSA

PDF created with pdfFactory trial version www.pdffactory.com

On May 12, 2008, attorneys Michael Wall, Anjali Jaiswal, and Selena Kyle filed a notice to withdraw from this case following their limited appearance on behalf of plaintiffs for purposes of the interim remedy proceeding, with accompanying declarations.  Document 631.  Mr. Wall, Ms. Jaiswal, and Ms. Kyle request that they be removed from the ECF service list. The withdrawing attorneys are members of the same organization as Ms. Katherine Poole, who will remain counsel of record for plaintiff Natural Resources Defense Council.  All other counsel of record for plaintiffs will remain as counsel of record.

The request to withdraw is APPROVED.  Mr. Wall, Ms. Jaiswal, and Ms. Kyle shall be removed from the ECF service list.

Dated: May 19, 2008                    Respectfully submitted,

By:

KATHERINE S. POOLE
MICHAEL E. WALL
ANJALI I. JAISWAL
SELENA K. KYLE
Natural Resources Defense Council
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
Fax: (415) 875-6161
E-mail: kpoole@nrdc.org
mwall@nrdc.org
ajaiswal@nrdc.org
skyle@nrdc.org

/s/ Katherine S. Poole
Katherine S. Poole
NATURAL RESOURCES DEFENSE COUNCIL

**IT IS SO ORDERED.**

DATED: May 19, 2008                    /s/ OLIVER W. WANGER
                                       OLIVER W. WANGER
                                       UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING WITHDRAWAL OF COUNSEL— 05-CV-01207 OWW GSA        1

PDF created with pdfFactory trial version www.pdffactory.com