Submitted by:
RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
JAMES A. MAYSONETT, Trial Attorney (D.C. Bar No. 463856)
Environment & Natural Resources Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0216 / Facsimile:(202) 305-0275
Attorneys for the Federal Defendants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al., | |
| Plaintiffs, | Case No.: 05-CV-01207 (OWW) (LJO) |
| v. | |
| DIRK KEMPTHORNE et al., | **Supplemental Scheduling Conference Order** |
| Defendants. | |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, et. al. | |
| Defendant-Intervenors | |

I.   Date of Scheduling Conference.

   May 16, 2008.

II.   Schedule of Case.

   1.   The parties have stipulated that the Federal Defendants' pending Motion for More Definite Statement or, in the Alternative, to Dismiss, Docket No. 630 (May 12, 2008), shall be submitted on the papers. As such, the hearing dates previously noted for that motion on June 9, 2008 and July 14, 2008 are hereby VACATED. The parties have also stipulated that the Plaintiffs' Memorandum in Opposition, Docket No. 642 (May 15, 2008), shall be deemed to

respond to any joinder(s) filed on or after May 15, 2008 (even where not specifically addressed by the Opposition). Any replies in support of the Motion for More Definite Statement or, in the Alternative, to Dismiss shall be filed by May 23, 2008.

2. The following schedule is adopted with the understanding that, if the Court grants said pending Motion, there may be a need to modify the schedule.

3. If the Court denies said pending Motion, then no later than ten (10) days after the Court issues its Order thereon, the Federal Defendants and Defendant-Intervenors shall file their responsive pleadings to Plaintiffs' Third Supplemental Complaint.

4. The Federal Defendants shall lodge and certify the supplemental administrative record by June 6, 2008.

5. Summary judgment motions and any motions to augment (or objections to) the supplemental administrative record shall be filed by July 7, 2008.

6. Oppositions to summary judgment motions (and any oppositions to motions to augment the supplemental administrative record) shall be filed by July 28, 2008.

7. Any replies to cross-motions for summary judgment (or in support of any motions to augment the supplemental administrative record) shall be filed by August 6, 2008.

8. Motions for summary judgment shall be heard on August 29, 2008 at 9:00 a.m. in Courtroom 3 before Judge Oliver W. Wanger.

9. The summary judgment motions submitted by the parties shall be limited to the merits of the claims presented in the Plaintiffs' Third Supplemental Complaint. Once the motions for summary judgment on the merits are resolved, the Court will, if necessary, set a

1  further schedule for the briefing of any remedies.

2  IT IS SO ORDERED.

3

4  DATED: May 29, 2008                    /s/ OLIVER W. WANGER
5                                         HON. OLIVER W. WANGER
                                          UNITED STATES DISTRICT JUDGE