JEFFREY A. MEITH, SBN 055007
DAVID J. STEFFENSON, SBN 238890
MINASIAN, SPRUANCE, MEITH, SOARES
 & SEXTON, LLP
1681 Bird Street, P.O. Box 1679
Oroville, CA 95965-1679
Telephone: (530) 533-2885
Facsimile: (530) 533-0197

Attorneys for Joined Defendant
**LOMO COLD STORAGE**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, CALIFORNIA TROUT, BAYKEEPER AND ITS DELTAKEEPER CHAPTER, FRIENDS OF THE RIVER, and THE BAY INSTITUTE, all non-profit organizations,<br>                Plaintiffs,<br><br>        v.<br>DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior; and H. DALE HALL, in his official capacity as Director, U.S. Fish and Wildlife Service,<br>                Defendants.<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, WESTLANDS WATER DISTRICT, CALIFORNIA FARM BUREAU FEDERATION, GLENN-COLUSA IRRIGATION DISTRICT, et al., CALIFORNIA DEPARTMENT OF WATER RESOURCES, STATE WATER CONTRACTORS, KERN COUNTY WATER AGENCY,<br>                Defendant-Intervenors. | CASE NO. CV-01207 OWW GSA<br><br>**STIPULATION EXTENDING TIME FOR LOMO COLD STORAGE TO FILE RESPONSE TO THIRD SUPPLEMENTAL COMPLAINT** |

Joined Defendant Lomo Cold Storage submits the following stipulation and application for order pursuant to Local Rule 6-144:

1     WHEREAS, Lomo Cold Storage was served with the Plaintiffs' Third Supplemental Complaint on April 15, 2008; and

    WHEREAS, Lomo Cold Storage filed a joinder on May 15, 2008, in the Bureau of Reclamation's (BOR) motion for a more definitive statement, or to dismiss; and

    WHEREAS, the Court issued a Supplemental Scheduling Conference Order on May 29, 2008, specifying that responsive pleadings to Plaintiffs' Third Supplemental Complaint shall be filed no later than ten (10) days after the Order upon the pending motions; and

    WHEREAS, the Court issued its order denying as moot the pending motions for a more definite statement and, in the alternative, to dismiss, on May 30, 2008; and

    WHEREAS, the Federal Defendants and Defendant Intervenors' responsive pleadings to Plaintiffs' Third Supplemental Complaint are due June 9, 2008; and

    WHEREAS, Lomo Cold Storage has raised an issue that Plaintiffs require additional time to investigate; and

    WHEREAS the parties agree that an extension of time is warranted so as to attempt resolution of this issue; and

    WHEREAS, no existing parties other than Plaintiffs would be affected by the proposed extension of time to respond to the Third Supplemental Complaint, and such extension will not delay the proceedings:

    ACCORDINGLY, the Plaintiffs and Lomo Cold Storage, through their counsel, stipulate that the deadline for response to the Third Supplemental Complaint by Lomo Cold Storage may be extended by Court order to June 16, 2008.  Lomo Cold Storage will continue to comply with all other terms in the Court's May 29, 2008, scheduling order.

Dated: June 9, 2008    By:   /s/ Jamie L. Crook (as authorized on 6/9/08)
                                              JAMIE L. CROOK, Attorney for Plaintiffs

Dated: June 9, 2008           MINASIAN, SPRUANCE, MEITH,
                                         SOARES & SEXTON, LLP

                              By:   /s/ David J. Steffenson
                                             DAVID J. STEFFENSON
                                             Attorneys for Joined
                                             Defendant Lomo Cold Storage

**ORDER**

The Court having considered the foregoing stipulation and application for extension of time and finding good cause for the extension, hereby orders the following:

The deadline for responding to the Third Supplemental Complaint (Doc. No. 575, filed April 8, 2008) shall be no later than June 16, 2008, for Lomo Cold Storage.

This Order does not modify any other deadline in this case that was previously ordered by the Court or otherwise is required or established by law.


IT IS SO ORDERED.

**Dated:   June 11, 2008**                              **/s/ Oliver W. Wanger**
                                                       UNITED STATES DISTRICT JUDGE