JEFFREY A. MEITH, SBN 055007
DAVID J. STEFFENSON, SBN 238890
MINASIAN, SPRUANCE, MEITH, SOARES
 & SEXTON, LLP
1681 Bird Street, P.O. Box 1679
Oroville, CA 95965-1679
Telephone: (530) 533-2885
Facsimile: (530) 533-0197

Attorneys for Joined Defendant
**LOMO COLD STORAGE**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, CALIFORNIA TROUT, BAYKEEPER AND ITS DELTAKEEPER CHAPTER, FRIENDS OF THE RIVER, and THE BAY INSTITUTE, all non-profit organizations,<br>              Plaintiffs,<br><br>    v.<br>DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior; and H. DALE HALL, in his official capacity as Director, U.S. Fish and Wildlife Service,<br>              Defendants.<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, WESTLANDS WATER DISTRICT, CALIFORNIA FARM BUREAU FEDERATION, GLENN-COLUSA IRRIGATION DISTRICT, et al., CALIFORNIA DEPARTMENT OF WATER RESOURCES, STATE WATER CONTRACTORS, KERN COUNTY WATER AGENCY,<br>              Defendant-Intervenors. | CASE NO. CV-01207 OWW GSA<br><br>**STIPULATION TO DISMISS THIRD AMENDED COMPLAINT AS TO JOINED DEFENDANT LOMO COLD STORAGE** |

Plaintiffs and Joined Defendant Lomo Cold Storage submit the following stipulation and

1

Stipulation to Dismiss Joined Defendant Lomo Cold Storage                                          Case No. CV-01207 OWW GSA

1 application for order pursuant to Local Rule 83-143:

2     WHEREAS, Lomo Cold Storage was served with the Plaintiffs' Third Supplemental

3 Complaint on April 15, 2008; and

4     WHEREAS, Lomo Cold Storage and Plaintiffs have determined that it is proper to

5 dismiss Lomo Cold Storage from this litigation; and

6     WHEREAS, no existing parties other than Plaintiffs would be affected by dismissing

7 Lomo Cold Storage from this action:

8     ACCORDINGLY, the Plaintiffs and Joined Defendant Lomo Cold Storage, through their

9 respective counsel, stipulate that Lomo Cold Storage should be dismissed from this case, and

10 hereby request that the Court grant said dismissal.

11 Dated: June 16, 2008    By:   /s/ TRENT W. ORR (as authorized on 6/13/08)
        TRENT ORR
12         Attorney for Plaintiffs
        KATHERINE S. POOLE
13         FRED H. ALTSCHULER
        JAMIE L. CROOK

15 Dated: June 16, 2008    MINASIAN, SPRUANCE, MEITH,
        SOARES & SEXTON, LLP

17     By:   /s/ David J. Steffenson
        DAVID J. STEFFENSON
18     Attorneys for Joined
    Defendant Lomo Cold Storage

21 **ORDER**

22     The Court having considered the foregoing stipulation and application for dismissal of

23 Joined Defendant Lomo Cold Storage, and finding good cause for the dismissal, hereby orders the

24 following:

25     Plaintiff's Third Supplemental Complaint in Case No. CV-01207 OWW GSA is hereby

26 dismissed as against Joined Defendant Lomo Cold Storage.

28 IT IS SO ORDERED.

    Dated:   June 16, 2008        /s/ Oliver W. Wanger

UNITED STATES DISTRICT JUDGE