SOMACH SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN 090959)
ANDREW M. HITCHINGS, ESQ. (SBN 154554)
JACQUELINE L. McDONALD, ESQ. (SBN 226803)
813 Sixth Street, Third Floor
Sacramento, CA  95814
Telephone:  (916) 446-7979
Facsimile:  (916) 446-8199
Email:  Ahitchings@lawssd.com

Attorneys for Defendant-Intervenors
GLENN-COLUSA IRRIGATION DISTRICT, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, CALIFORNIA TROUT, SAN FRANCISCO BAYKEEPER, FRIENDS OF THE RIVER, and THE BAY INSTITUTE, all non-profit organizations,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRK KEMPTHORNE, Secretary, U.S. Department of the Interior; DALE HALL, DIRECTOR, US. Fish and Wildlife Service; and BOB JOHNSON, Commissioner, Bureau of Reclamation<br><br>Defendants. | Case No. 1:05-CV-01207 OWW-GSA<br><br>STIPULATION AND ORDER TO REVISE BRIEFING SCHEDULE<br><br>Judge: Hon. Oliver W. Wanger<br><br>Date:  August 29, 2008<br>Time:  9:00 a.m. |

| | |
|---|---|
| 1 | |
| 2 | CALIFORNIA DEPARTMENT OF WATER RESOURCES; CALIFORNIA FARM BUREAU FEDERATION; GLENN-COLUSA IRRIGATION DISTRICT; NATOMAS CENTRAL MUTUAL WATER COMPANY; PELGER MUTUAL WATER COMPANY; PLEASANT GROVE-VERONA MUTUAL WATER COMPANY; PRINCETON-CODORA-GLENN IRRIGATION DISTRICT; PROVIDENT IRRIGATION DISTRICT; RECLAMATION DISTRICT 108; RIVER GARDEN FARMS; SAN LUIS & DELTA MENDOTA WATER AUTHORITY; STATE WATER CONTRACTORS; and WESTLANDS WATER DISTRICT, |
| 9 | Defendant-Intervenors. |
| 10 | ANDERSON-COTTONWOOD IRRIGATION DISTRICT; BEVERLY F. ANDREOTTI *et al.*, BANTA-CARBONA IRRIGATION DISTRICT; CHRISTO D. BARDIS *et al.*; BYRON BETHANY IRRIGATION DISTRICT; CARTER MUTUAL WATER COMPANY; COELHO FAMILY TRUST; CONAWAY CONSERVANCY GROUP; DEL PUERTO WATER DISTRICT; EAGLE FIELD WATER DISTRICT; FRESNO SLOUGH WATER DISTRICT; HOWALD FARMS, INC; JAMES IRRIGATION DISTRICT; LOMO COLD STORAGE; MAXWELL IRRIGATION DISTRICT; MERCY SPRINGS WATER DISTRICT; MERIDIAN FARMS WATER COMPANY; OJI BROTHERS FARM, INC; OJI FAMILY PARTNERSHIP; ORO LOMA WATER DISTRICT; PACIFIC REALTY ASSOCIATES, LP; PATTERSON IRRIGATION DISTRICT; ABDUL AND TAHMINA RAUF; RECLAMATION DISTRICT NO. 1004; CITY OF REDDING; HENRY D. RICHTER *et al.*; SACRAMENTO RIVER RANCH, LLC; SUTTER MUTUAL WATER COMPANY; FRED TENHUNFELD *et al.*; TISDALE IRRIGATION AND DRAINAGE COMPANY; TRANQUILITY IRRIGATION DISTRICT; WEST SIDE IRRIGATION DISTRICT; WEST STANISLAUS IRRIGATION DISTRICT; WINDSWEPT LAND AND LIVESTOCK COMPANY, |
| 25 | Joined Parties. |

WHEREAS, on May 30, 2008, this Court entered a Supplemental Scheduling Conference Order setting the current briefing schedule for further summary judgment motions (and any

motions to augment the record) as to the merits of the claims presented in Plaintiffs' Third Supplemental Complaint, and setting a hearing on these matters for August 29, 2008;

WHEREAS, such order set a briefing schedule that requires to parties to file summary judgment motions and any motions to augment the record by July 7, 2008; to file oppositions by July 28, 2008; and to file replies by August 6, 2008;

WHEREAS, since at least June 1, 2008, most of the legal counsel and parties in this case have been involved in preparing for and participating in evidentiary and injunctive relief proceedings in the *PCFFA v. Gutierrez* case (Case No. 1:06-CV-00245 OWW-GSA) currently before this Court, and those proceedings resumed on June 24, 2008;

WHEREAS, the parties agree that a short extension of the briefing schedule in this case is necessary and appropriate in order to allow adequate time to fully prepare the briefing on the summary judgment motions and any motions to augment the record.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the parties, through their respective counsel, that the current briefing schedule in this case shall be revised and reset in accordance with the following schedule, subject to the Court's approval:

1. Summary judgment motions and any motions to augment (or objections to) the supplemental administrative record shall be filed by July 16, 2008.

2. Oppositions to summary judgment motions (and any oppositions to motions to augment the supplemental administrative record) shall be filed by August 6, 2008.

3. Any replies to cross-motions for summary judgment (or in support of any motions to augment the supplemental administrative record) shall be filed by August 15, 2008.

PDF created with pdfFactory trial version www.pdffactory.com

The hearing on the motions for summary judgment shall remain as currently scheduled for August 29, 2008 at 9:00 a.m. in Courtroom 3 before Judge Oliver W. Wanger.

SOMACH SIMMONS & DUNN

DATED: June 23, 2008                By /s/ Andrew M. Hitchings
                                    Andrew M. Hitchings
                                    ahitchings@somachlaw.com
                                    Attorneys for Defendant-Intervenors and Joined
                                    Party Defendants GLENN-COLUSA IRRIGATION
                                    DISTRICT, PRINCETON-CODORA-GLENN
                                    IRRIGATION DISTRICT, PROVIDENT
                                    IRRIGATION DISTRICT, ANDERSON-
                                    COTTONWOOD IRRIGATION DISTRICT,
                                    M & T CHICO RANCH (PACIFIC REALTY
                                    ASSOCIATES), RECLAMATION DISTRICT
                                    NO. 1004, CITY OF REDDING, and CALIFORNIA
                                    FARM BUREAU FEDERATION


DATED: June 23, 2008                By /s/ Trent W. Orr (as authorized on 6/23/08)
                                    TRENT W. ORR
                                    Earthjustice
                                    426 17th Street, 5th Floor
                                    Oakland, CA 94612
                                    Telephone: (510) 550-6725
                                    torr@earthjustice.org
                                    Attorneys for Plaintiffs

                                    KATHERINE S. POOLE
                                    Natural Resources Defense Council
                                    111 Sutter Street, 20th Floor
                                    San Francisco, CA 94104
                                    Telephone: (415) 875-6100
                                    kpoole@nrdc.org
                                    Attorneys for Plaintiff NRDC

PDF created with pdfFactory trial version www.pdffactory.com

EDMUND G. BROWN, JR.
Attorney General of the State of California

MARY E. HACKENBRACHT
Senior Assistant Attorney General

DATED: June 23, 2008   By /s/ Deborah A. Wordham (as authorized on 6/23/08)
CLIFFORD T. LEE
Deputy Attorney General
DEBORAH A. WORDHAM
Deputy Attorney General
1300 I Street, P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 323-3549
Deborah.wordham@doj.ca.gov
Attorneys for Defendant-Intervenor CALIFORNIA
DEPARTMENT OF WATER RESOURCES

RONALD J. TENPAS,
Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief

DATED: June 23, 2008   By /s/ James A. Maysonett (as authorized on 6/23/08)
JAMES A. MAYSONETT, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0216
James.a.maysonett@usdoj.gov
Attorneys for Federal Defendants

DOWNEY BRAND LLP

Dated:  June 23, 2008   By: /s/ Steven P. Saxon (as authorized on 6/23/08)
Steven P. Saxon
555 Capitol Mall, 10th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
ssaxton@downeybrand.com
Attorneys for Defendant-Intervenors
RECLAMATION DISTRICT 108, et al.

|   |   |   |
|---|---|---|
| 1 | | BEST BEST & KRIEGER, LLP |
| 2 | DATED: June 23, 2008 | By /s/ Gregory Wilkinson (as authorized on 6/23/08) |
| 3 | | Gregory Wilkinson<br>3750 University Avenue, Suite 400 |
| 4 | | Riverside, CA 92501<br>Telephone: (951) 686-1450 |
| 5 | | Gregory.wilkinson@bbklaw.com<br>Attorneys for Defendant-Intervenor |
| 6 | | STATE WATER CONTRACTORS |
| 7 | | |
| 8 | | KRONICK, MOSKOVITZ, TIEDEMANN<br>& GIRARD |
| 9 | | |
| 10 | DATED: June 23, 2008 | By /s/ Daniel J. O'Hanlon (as authorized on 6/23/08) |
| 11 | | Daniel J. O'Hanlon<br>400 Capitol Mall, 27th Floor |
| 12 | | Sacramento, CA 95814-4416<br>Telephone: (916) 321-4500 |
| 13 | | dohanlon@kmtg.com<br>Attorneys for Defendant-Intervenors SAN LUIS & |
| 14 | | DELTA-MENDOTA WATER AUTHORITY,<br>WESTLANDS WATER DISTRICT, et al. |
| 15 | | |
| 16 | | KRONICK, MOSKOVITZ, TIEDEMANN<br>& GIRARD |
| 17 | | |
| 18 | Dated:  June 23, 2008 | By: /s/ Scott A. Morris (as authorized on 6/23/08)<br>William T. Chisum |
| 19 | | Scott A. Morris<br>400 Capitol Mall, 27th Floor |
| 20 | | Sacramento, CA 95814-4416<br>Telephone: (916) 321-4500 |
| 21 | | smorris@kmtg.com<br>Attorneys for Joined Defendant CONAWAY |
| 22 | | PRESERVATION GROUP, LLP |

STIPULATION AND [PROPOSED] ORDER TO REVISE BRIEFING SCHEDULE   -6-

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
| | THE LAW OFFICES OF YOUNG WOOLDRIDGE, LLP |
| Dated:  June 23, 2008 | By: /s/ Scott K. Kuney (as authorized on 6/23/08)<br>Scott K. Kuney<br>1800 30th Street, 4th Floor<br>Bakersfield, CA 93301-5298<br>Telephone: (661) 327-9661<br>skuney@youngwooldridge.com<br>Attorneys for Joined Defendants DEL PUERTO WATER DISTRICT, JAMES IRRIGATION DISTRICT, and WEST STANISLAUS IRRIGATION DISTRICT |
| | HERUM CRABTREE BROWN |
| Dated:  June 23, 2008 | By: /s/ Natalie M. Weber (as authorized on 6/23/08)<br>Jeanne M. Zolezzi<br>Natalie M. Weber<br>2291 West March Lane, Suite B-100<br>Stockton, CA 95207<br>Telephone: (209) 472-7700<br>jzolezzi@herumcrabtree.com<br>Attorneys for Joined Party Defendants BANTA-CARBONA IRRIGATION DISTRICT, PATTERSON IRRIGATION DISTRICT, and WESTSIDE IRRIGATION DISTRICT |
| | SOMACH SIMMONS & DUNN |
| DATED: June 23, 2008 | By /s/ Sandra K. Dunn (as authorized on 6/23/08)<br>Sandra K. Dunn<br>813 Sixth Street, Third Foor<br>Sacramento, CA 95814<br>Telephone: (916) 446-7979<br>sdunn@somachlaw.com<br>Attorneys for Joined Party Defendant BYRON BETHANY IRRIGATION DISTRICT |

STIPULATION AND [PROPOSED] ORDER TO REVISE BRIEFING SCHEDULE                                              -7-

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |   |
|---|---|---|
| | | McDONOUGH, HOLLAND & ALLEN PC |
| DATED: June 23, 2008 | | By /s/ Stephen M. Lerner (as authorized on 6/23/08) |
| | | Stephen Michael Lerner |
| | | 555 Capitol Mall, 9th Floor |
| | | Sacramento, CA 95814 |
| | | Telephone: (916) 444-3900 |
| | | slerner@mhalaw.com |
| | | Attorneys for Defendant SACRAMENTO RIVER RANCH, LLC |

## **ORDER**

The Court, having read and considered the foregoing stipulation, and good cause appearing, **IT IS SO ORDERED**.

Dated: June 24, 2008                                 /s/ OLIVER W. WANGER
                                                                   Honorable Oliver W. Wanger
                                                                   United States District Judge