Submitted by:
RONALD J. TENPAS, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
JAMES A. MAYSONETT, Trial Attorney (D.C. Bar No. 463856)
Environment & Natural Resources Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0216 / Facsimile:(202) 305-0275
Attorneys for the Federal Defendants

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE et al., <br><br> Defendants. <br><br> SAN LUIS & DELTA MENDOTA WATER AUTHORITY, et. al. <br><br> Defendant-Intervenors | Case No.:   05-CV-01207 (OWW) (LJO) <br><br> **Findings of Fact, Conclusions of Law, and Order Granting Federal Defendants' Motion for Extension of Time or, in the Alternative, for Relief from Court's Order under Fed. R. Civ. P. 60(b)** |

1.  The Court's interim remedial order in this matter remanded the biological opinion on the "Operations Criteria and Plan" ("OCAP") for the coordinated operation of the Central Valley Project ("CVP") and State Water Project ("SWP") to the United States Fish and Wildlife Service (the "Service," "FWS") "for further consideration consistent with [the] Court's orders and the requirements of law." Interim Remedial Order Following Summary Judgment and Evidentiary Hearing, Docket No. 560 (Dec. 14, 2007), ¶ I.A.1. That order required this remand to be completed by September 15, 2008, "at which time FWS shall issue a new Biological Opinion . . . on the effects of the operation of the CVP and SWP upon the Delta smelt." *Id.* at ¶ I.A.1.

2.  On July 29, 2008, the Federal Defendants informed the Court that the Service no longer believed that it would be possible to complete a scientifically sound and legally defensible

1

PDF created with pdfFactory trial version www.pdffactory.com

biological opinion by September 15, 2008, and moved to extend the deadline to December 15, 2008. Docket Nos. 711, 712 (July 29, 2008). The State of California's Department of Water Resources ("DWR") joined in that motion. Docket No. 713 (July 30, 2008). No party opposed the extension sought by the Federal Defendants.

   3. The consultation between the Bureau of Reclamation ("Reclamation") and the Service on the OCAP will be one of the most complex "in the history of the [Endangered Species Act ('ESA')]." *See* Declaration of Cay Collette Goude, Docket No. 712-2 (July 29, 2008), ¶ 6. Reclamation's "biological assessment" ("BA") of the effects of these operations itself totals more than 1,000 pages. *Id.* The Service is required by the ESA to review all of the "best scientific and commercial data available," 16 U.S.C. § 1536(a)(2), in preparing this biological opinion, and the statute and its regulations allow the Service 135 days to complete a biological opinion (from the submission and review of the BA). *See* 16 U.S.C. § 1536(b)(1); 50 C.F.R. § 402.14(e) (allowing 90 days for formal consultation and then 45 additional days to write the biological opinion). For these reasons, holding the Service to the current deadline of September 15, 2008 could result in a biological opinion that was not scientifically sound or legally defensible, and thus result in another cycle of remand, interim remedies, and judicial review that would ultimately delay the completion of an adequate biological opinion and tax the resources of the Court, the agencies, and the parties.

  NOW THEREFORE, for those reasons, and having reviewed the memoranda of points and authorities submitted by the parties, the argument presented at the hearing held on August 29, 2008, and hearing no objection, the Court hereby enters the following Order on remand and injunctive relief:

  The deadline for the issuance of a new Biological Opinion in this matter by the United States Fish and Wildlife Service, set by this Court's Interim Remedial Order Following Summary Judgment and Evidentiary Hearing, Docket No. 560 (Dec. 14, 2007), is extended from September 15, 2008 through and including December 15, 2008.

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED.
2
3  Dated: ___9/18/2008_____            __/s/ OLIVER W. WANGER_____
4                                          HON. OLIVER W. WANGER
                                           UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com

**Certificate of Service**

    I hereby certify that I served these Proposed Findings of Fact, Conclusions of Law, and Order Granting Federal Defendants' Motion for Extension of Time or, in the Alternative, for Relief from Court's Order under Fed. R. Civ. P. 60(b), on all parties of record by e-mail on September 8, 2008, and, pursuant to L. Civ. R. 5-137(a), at least five (5) days having passed since that service, I hereby lodge it with the Court.

/s/   *James A. Maysonett*
JAMES A. MAYSONETT, Trial Attorney

4

PDF created with pdfFactory trial version www.pdffactory.com