```
Submitted By:
SOMACH SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN 090959)
ANDREW M. HITCHINGS, ESQ. (SBN 154554)
JENNIFER T. BUCKMAN, ESQ. (SBN 179143)
JACQUELINE L. McDONALD, ESQ. (SBN 226803)
813 Sixth Street, Third Floor
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
Email: Ahitchings@somachlaw.com

Attorneys for Defendant-Intervenors
GLENN-COLUSA IRRIGATION DISTRICT, et al.
```

FILED

JAN 1 4 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DIRK KEMPTHORNE, Secretary, U.S. Department of the Interior, et al.,<br><br>　　　　Defendants.<br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al.,<br><br>　　　　Defendant-Intervenors.<br>ANDERSON-COTTONWOOD IRRIGATION DISTRICT, et al.,<br><br>　　　　Joined Parties. | Case No. 1:05-CV-01207 OWW-GSA<br><br>SUPPLEMENTAL SCHEDULING CONFERENCE ORDER |

I.　　Date of Scheduling Conference.

　　December 3, 2008

II.　　Appearances of Counsel.

　　Katherine S. Poole, Esq., Trent W. Orr, Esq., Jamie L. Crook, Esq., and Michael R. Sherwood, Esq., appeared on behalf of Plaintiffs.

[PROPOSED] SUPPLEMENTAL SCHEDULING CONFERENCE ORDER　　　　　　　　　　　　　　　　　　　　-1-

1   James A. Maysonett, Esq., appeared on behalf of the Federal Defendants.

2   Stuart L. Somach, Esq. and Andrew M. Hitchings, Esq., appeared on behalf of Glenn-
3   Colusa Irrigation District, et al.

4   Steven P. Saxton, Esq. and Kevin O'Brien, Esq., appeared on behalf of Reclamation
5   District No. 108, et al.

6   David J. Steffenson, Esq., appeared on behalf of Anderson-Cottonwood Irrigation District,
7   et al.

8   Daniel J. O'Hanlon, Esq., appeared on behalf of San Luis & Delta-Mendota Water
9   Authority, et al.

10   Christian C. Scheuring, Esq., appeared on behalf of California Farm Bureau Federation.

11   Gregory K. Wilkinson, Esq., appeared on behalf of the State Water Contractors.

12   III.   Schedule of Case.

13   1.   By January 30, 2009, the Sacramento River Settlement Contractor parties shall file
14   further admissable evidence and supporting pleadings regarding the nature and extent of the Settlement
15   Contractors' water rights in order to resolve the applicability of the Supreme Court's decision in
16   *National Ass'n of Home Builders v. Defenders of Wildlife,* 127 S. Ct. 2518 (2007), and to further
17   narrow the issues in this case.

18   2.   By February 27, 2009, Federal Defendants and Plaintiffs shall file their responses
19   to the Sacramento River Settlement Contractors' above-referenced submittals.

20   3.   The hearing date for the Court's consideration of the parties' further evidentiary
21   submittals, pleadings and arguments regarding these matters is March 13, 2009, at 9:00 a.m., in
22   Courtroom 3.

23

24   IT IS SO ORDERED.

25   Dated:  1-14-09

HON. OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE