SOMACH SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN 090959)
ANDREW M. HITCHINGS, ESQ. (SBN 154554)
JENNIFER T. BUCKMAN, ESQ. (SBN 179143)
JACQUELINE L. McDONALD, ESQ. (SBN 226803)
813 Sixth Street, Third Floor
Sacramento, CA  95814
Telephone:  (916) 446-7979
Facsimile:  (916) 446-8199
Email:  Ahitchings@somachlaw.com

Attorneys for Defendant-Intervenor
GLENN-COLUSA IRRIGATION DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>DIRK KEMPTHORNE, Secretary, U.S. Department of the Interior, *et al.*,<br><br>                    Defendants. | Case No. 1:05-CV-01207 OWW-GSA<br><br>ORDER APPROVING APPLICATION TO FILE PAPER COPIES OF DOCUMENTS IN EXCESS OF 5 MEGABYTES IN SUPPORT OF GLENN-COLUSA IRRIGATION DISTRICT, ET AL.'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION OF PLAINTIFFS' SECOND CLAIM<br><br>Judge:  Hon. Oliver W. Wanger<br><br>Date:     March 13, 2009<br>Time:    9:00 a.m. |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY; et al.,<br><br>                    Defendant-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT; et al.,<br><br>                    Joined Parties. | |

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the 60 maps exceeding the Court's 5 megabyte file size limitation, submitted to this Court as paper copy attachments to a Notice of Lodging of Paper Copies of Oversized Documents in Support of

[PROPOSED] ORDER APPROVING APPLICATION TO FILE PAPER COPIES OF DOCUMENTS IN EXCESS OF
5 MEGABYTES IN SUPPORT OF GCID, ET AL.'S SUPP'L MEMO IN SUPPORT OF MSA                                               -1-

PDF created with pdfFactory trial version www.pdffactory.com

Supplemental Memorandum in Support of Motion for Summary Adjudication of Plaintiffs' Second Claim, shall be filed with this Court and considered part of Glenn-Colusa Irrigation District, et al.'s Appendix to the Request for Judicial Notice in Support of Supplemental Memorandum in Support of Motion for Summary Adjudication of Plaintiffs' Second Claim.

IT IS SO ORDERED

Dated: February 2, 2009

/s/ OLIVER W. WANGER
HON. OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be e-filed on February 2, 2009, and will be automatically served upon counsel of record, all of whom appear to be subscribed to receive notice from the ECF system.

/s/ Andrew M. Hitchings
Andrew M. Hitchings

SOMACH SIMMONS & DUNN
A Professional Corporation

[PROPOSED] ORDER APPROVING APPLICATION TO FILE PAPER COPIES OF DOCUMENTS IN EXCESS OF 5 MEGABYTES IN SUPPORT OF GCID, ET AL.'S SUPP'L MEMO IN SUPPORT OF MSA     -2-

PDF created with pdfFactory trial version www.pdffactory.com