Submitted by:
JOHN C. CRUDEN, Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Section Chief
JAMES A. MAYSONETT, Trial Attorney (D.C. Bar No. 463856)
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0216 / Facsimile: (202) 305-0275
Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) 1:05-cv-01207 OWW SMS |
| v. | )<br>) |
| DIRK KEMPTHORNE, Secretary, United States Department of the Interior, *et al.*, | )<br>) **Order Granting Federal Defendants'** |
| | ) **Application for Extension of Time to** |
| Defendants. | ) **Submit Form of Final Judgment** |
| | ) |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.*, | )<br>)<br>) |
| Defendant-Intervenors. | )<br>) |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*, | )<br>)<br>) |
| Joined Parties. | )<br>)<br>) |

[Proposed] Order                                                         Case No. 1:05-cv-01207

PDF created with pdfFactory trial version www.pdffactory.com

Having reviewed the Federal Defendants' Application for Extension of Time to Submit Form of Final Judgment, the Court hereby **GRANTS** the motion.  The deadline for the submission by the Federal Defendants of a form of final judgment consistent with the Court's orders in this matter is hereby extended until ten (10) days after the Court resolves the Federal Defendants' pending Motion for Clarification or, in the Alternative, Reconsideration.

IT IS SO ORDERED.


Dated: June 19, 2009  /s/ OLIVER W. WANGER
HON. OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com