UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, <br><br>Plaintiffs, <br><br>vs. <br><br>DIRK KEMPTHORNE, Secretary, U.S. Department of the Interior, *et al.*, <br><br>Defendants. | Case No. 1:05-cv-01207 OWW-GSA <br><br>FINAL JUDGMENT |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY; et al., <br><br>Defendant-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT; et al., <br><br>Joined Parties. | |

In accordance with: (1) the June 1, 2007 order (Doc. 337) granting in part and denying in part Natural Resources Defense Council, et al.'s ("Plaintiffs") motion for summary judgment on their first claim for relief; (2) the January 23, 2008 order (Doc. 567) granting San Luis & Delta Mendota Water Authority's ("Defendant-Intervenors") motion to dismiss Plaintiffs' third claim for relief; and (3) the September 1, 2009 order (Doc. 870), granting Dirk Kempthorne, et al.'s ("Federal Defendants"), Defendant-Intervenors', and Anderson-Cottonwood Irrigation District's ("Joined Parties") motions for summary judgment, and denying Plaintiffs' motion for summary judgment as to Plaintiffs' second claim for relief,

1  IT IS HEREBY ORDERED that final judgment is entered (1) in favor of Plaintiffs on
2  their first claim for relief; (2) in favor of the Federal Defendants, Defendant-Intervenors, and
3  Joined Parties on Plaintiffs' second claim for relief; and (3) in favor of Federal Defendants and
4  Defendant-Intervenors on Plaintiffs' third claim for relief.
5  The Clerk is directed to CLOSE this case.
6
7  IT IS SO ORDERED.
8
9
10 Dated: _September 23, 2009                    /s/ Oliver W. Wanger
                                                Oliver W. Wanger
11                                              United States District Judge