MICHAEL E. WALL, State Bar No. 170238
KATHERINE POOLE, State Bar No. 195010
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA  94104
kpoole@nrdc.org; mwall@nrdc.org
Telephone: (415) 875-6100

TRENT W. ORR, State Bar No. 77656
GEORGE M. TORGUN, State Bar No. 222085
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
msherwood@earthjustice.org; torr@earthjustice.org
gtorgun@earthjustice.org
Telephone:  (510) 550-6725

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>DIRK KEMPTHORNE, Secretary, U.S. Department of the Interior, *et al.*,<br><br>                    Defendants.<br>SAN LUIS & DELTA MENDOTA WATER AUTHORITY; et al.,<br><br>                    Defendant-Intervenors.<br>ANDERSON-COTTONWOOD IRRIGATION DISTRICT; et al.,<br><br>                    Joined Parties. | Case No. 1:05-cv-01207 OWW-GSA<br><br>PLAINTIFFS' AND FEDERAL DEFENDANTS' STIPULATION AND ORDER EXTENDING DEADLINE FOR MOTION FOR ATTORNEYS' FEES |

    WHEREAS judgment was entered in this case on September 23, 2009 (Dkt. 873); and

    WHEREAS judgment was entered for Plaintiffs on their first claim for relief; and

    WHEREAS Plaintiffs intend to seek reasonable attorneys' fees and costs as the prevailing parties in this case; and

    WHEREAS Civil Local Rule 54-292 provides that a bill of costs must be filed by the prevailing party within ten days after entry of judgment; and

STIP. & ORDER EXTENDING TIME FOR ATTORNEY FEE APPLICATION                                    -1-

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS Civil Local Rule 54-293 provides that motions for attorneys' fees must be
2  filed not later than 30 days after entry of final judgment; and

3  WHEREAS Federal Rule of Civil Procedure 54(d)(2)(B) provides that, unless otherwise
4  provided by statute or order of the Court, a motion for attorneys' fees must be filed and served no
5  later than 14 days after entry of judgment; and

6  WHEREAS the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, is one of the
7  statutes under which Plaintiffs may seek attorneys fees and costs; and

8  WHEREAS EAJA provides that "a party seeking an award of fees and other expenses'
9  may apply for them "within 30 days of final judgment in the action," and EAJA defines "final
10 judgment" as "a judgment that is final and not appealable;" and

11 WHEREAS the judgment in this case becomes unappealable 60 days after its entry; and

12 WHEREAS Plaintiffs have not previously sought an extension of time in this matter;

13 THEREFORE, Plaintiffs and Federal Defendants stipulate and agree, and request that the
14 Court enter an order, extending the deadline for Plaintiffs to file a motion for attorneys' fees,
15 costs, and other expenses under Civil Local Rules 54-292 and 54-293 and Federal Rule of Civil
16 Procedure 54(d)(2)(B) to be the same deadline as that for filing a motion under EAJA, which
17 would fall on December 22, 2009 under the existing schedule, assuming no appeal. By entering
18 into this stipulation, Federal Defendants do not waive any defenses as to whether Plaintiffs are
19 entitled to any attorneys' fees, costs, or other expenses.

DATED:  October 7, 2009          /s/ Trent W. Orr (authorized 10/7/09)
                                 TRENT W. ORR, State Bar No. 77656
                                 GEORGE M. TORGUN, State Bar No. 222085
                                 Earthjustice
                                 426 17th Street, 5th Floor
                                 Oakland, CA  94612
                                 msherwood@earthjustice.org; torr@earthjustice.org
                                 gtorgun@earthjustice.org
                                 Telephone:  (510) 550-6725
                                 (authorized 10/7/09)
                                 Attorneys for Plaintiffs

STIP. & ORDER EXTENDING TIME FOR ATTORNEY FEE APPLICATION                    -2-

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED:  October 7, 2009 | /s/ Michael E. Wall |
| 2 | | MICHAEL E. WALL, State Bar No. 170238<br>KATHERINE POOLE, State Bar No. 195010 |
| 3 | | Natural Resources Defense Council<br>111 Sutter St., 20th Floor |
| 4 | | San Francisco, CA  94104<br>kpoole@nrdc.org; mwall@nrdc.org |
| 5 | | Telephone: (415) 875-6100 |
| 6 | | Attorneys for Plaintiff Natural Resources Defense Council, Inc. |

JOHN C. CRUDEN, Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
K. JACK HAUGRUD, Chief
WILLIAM J. SHAPIRO, Trial Attorney
Natural Resources Section
JEAN E. WILLIAMS, Section Chief

DATED:  October 7, 2009          /s/ James A. Maysonett (authorized 10/7/09)
JAMES A. MAYSONETT
ETHAN CARSON EDDY
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0216 / Facsimile: (202) 305-0275

Attorneys for Federal Defendants

Pursuant to the stipulation of Plaintiffs and Federal Defendants, IT IS SO ORDERED.

DATED: October 7, 2009          /s/ OLIVER W. WANGER
OLIVER W. WANGER
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2009, I electronically filed the documents listed below with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

- PLAINTIFFS' AND DEFENDANTS' STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MOTION FOR ATTORNEYS' FEES

/s Michael E. Wall
**MICHAEL E. WALL (Cal. Bar No. 170238)**
**NATURAL RESOURCES DEFENSE COUNCIL**
**111 Sutter Street, 20th Floor**
**San Francisco, CA 94104**
Telephone:   (415) 875-6100
**Facsimile:   (415) 875-6161**
**E-mail:**   mwall@nrdc.org

PDF created with pdfFactory trial version www.pdffactory.com