1  Submitted by:
   JOHN C. CRUDEN, Acting Assistant Attorney General
2  United States Department of Justice
   Environment & Natural Resources Division
3  JEAN E. WILLIAMS, Section Chief
   JAMES A. MAYSONETT, Trial Attorney (D.C. Bar No. 463856)
4  Wildlife and Marine Resources Section
   Benjamin Franklin Station, P.O. Box 7369
5  Washington, D.C. 20044-7369
   Telephone: (202) 305-0216 / Facsimile: (202) 305-0275
6
7  Attorneys for Federal Defendants

8                 **UNITED STATES DISTRICT COURT**
                  **EASTERN DISTRICT OF CALIFORNIA**
9                        **FRESNO DIVISION**

10

11 NATURAL RESOURCES DEFENSE          )
   COUNCIL, *et al.,*                 )
12                                     )
            Plaintiffs,               )
13                                     )    1:05-cv-01207 OWW SMS
                    v.                 )
14                                     )
   DIRK KEMPTHORNE, Secretary, United States )
15 Department of the Interior, *et al.,*     )  **Order re Cross Motions for Summary**
                                     )  **Judgment re Reasonable and Prudent**
16          Defendants.               )  **Alternative Claims (Docs. 230 & 236)**
17 _____)
                                     )
18 SAN LUIS & DELTA-MENDOTA WATER     )
   AUTHORITY, *et al.,*               )
19                                     )
            Defendant-Intervenors.    )
20 _____)
                                     )
21                                     )
   ANDERSON-COTTONWOOD IRRIGATION     )
22 DISTRICT, *et al.,*                )
                                     )
23          Joined Parties.           )
                                     )
24 _____)
25

26

27

28

Order                                          Case No. 1:09-cv-407

PDF created with pdfFactory trial version www.pdffactory.com

1    Plaintiffs in all five consolidated cases ("Plaintiffs") have moved for summary judgment

2  on their "reasonable and prudent alternative" ("RPA") claims, arguing that the United States Fish

3  and Wildlife Service ("FWS") was required to make certain findings in the text of its biological

4  opinion ("BiOp") related to its RPA, namely whether (1) the RPA is consistent with continued

5  operations of the State Water Project ("SWP") and Central Valley Project ("CVP"), (2)

6  implementation of the RPA is economically and technologically feasible, and (3) the RPA is

7  capable of being implemented within the legal authority and jurisdiction of the operators, the

8  Bureau of Reclamation ("Reclamation") and the California Department of Water Resources

9  ("DWR").  Docket No. 237.  DWR filed a brief in support of Plaintiffs' motion.  Docket No.

10  246.  The Federal Defendants opposed, Docket No. 274, and Plaintiffs and DWR replied.

11  Docket Nos. 295 & 300.  The Federal Defendants also cross-moved for summary judgment on

12  these claims, Docket No. 231, which the Plaintiffs and DWR opposed, Docket Nos. 273 & 282,

13  and the Federal Defendants filed a reply.  Docket No. 296.  The Plaintiffs moved to strike

14  Federal Defendants' cross-motion.  Docket No. 284.

15    NOW, THEREFORE, good cause appearing, and for the reasons set out in full in the

16  Court's Memorandum Decision re Cross Motions for Summary Judgment re Reasonable and

17  Prudent Alternative Claims, Docket No. 354 (Oct. 15, 2009), Plaintiffs' motion for summary

18  judgment on the narrow issue of whether FWS is required to discuss the first three RPA

19  requirements on the face of the BiOp is DENIED, as is Federal Defendants' cross-motion,

20  WITHOUT PREJUDICE to the next round of dispositive motions which will address the merits

21  all issues of the BiOp's sufficiency.

22    In addition, Plaintiffs' motion to strike is GRANTED WITHOUT PREJUDICE to

23  Federal Defendants' renewal of their motion on the same grounds in the next round of briefing.

24  SO ORDERED

25

26  Dated: October 30, 2009                    /s/ OLIVER W. WANGER

27                                             OLIVER W. WANGER
                                               UNITED STATES DISTRICT JUDGE

28

PDF created with pdfFactory trial version www.pdffactory.com