KATHERINE POOLE, State Bar No. 195010
MICHAEL E. WALL, State Bar No. 170238
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA  94104
kpoole@nrdc.org; mwall@nrdc.org
Telephone:  (415) 875-6100

HAMILTON CANDEE, State Bar No. 111376
CASEY ROBERTS, State Bar No. 253474
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
hcandee@altshulerberzon.com; croberts@altshulerberzon.com
Telephone:  (415) 421-7151

Attorneys for Plaintiff NRDC

TRENT W. ORR, State Bar No. 77656
MICHAEL R. SHERWOOD, State Bar No. 63702
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
torr@earthjustice.org;  msherwood@earthjustice.org
Telephone:  (510) 550-6700

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>       Plaintiffs,<br><br>       v.<br><br>KENNETH LEE SALAZAR, in his official capacity as Secretary of Interior, *et al.*,<br><br>       Defendants.<br>_____<br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al*.,<br><br>       Defendant-Intervenors.<br><br>ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*,<br><br>       Joined Parties. | Case No. 05-CV-01207 OWW GSA<br><br>**PARTIES' SECOND STIPULATION AND ORDER RE: MOTION FOR ATTORNEYS' FEES** |

Parties' Second Stip. and Order Re: Mot. for Attorneys' Fees, Case No. 05-CV-01207 OWW GSA

To facilitate settlement discussions regarding Plaintiffs' claim for attorneys' fees and costs in this case, Plaintiffs Natural Resources Defense Council, *et al.* ("Plaintiffs") and Defendants Kenneth Lee Salazar, Secretary of Interior, *et al.* ("Federal Defendants") jointly move this Court to stay briefing on Plaintiffs' motion for an award of attorneys' fees and costs for 90 days.  In support of this motion, Plaintiffs and Federal Defendants stipulate as follows:

1.      Judgment was entered in this case on September 23, 2009.  Doc. 873.  On October 8, 2009, the Court entered an order extending the deadline for Plaintiffs to file a motion for attorneys' fees, costs and other expenses to December 22, 2009, assuming no appeal.  Doc. 875.  Subsequently, several parties timely appealed, including Plaintiffs and Federal Defendants, suspending the timeline for filing a motion for fees, costs and other expenses.  Doc. 881; Doc. 883.

2.      Concurrently with this joint motion and stipulation, Plaintiffs have filed a motion for an award of attorneys' fees and costs for their work on this litigation.  Before filing their motion for award of attorneys' fees and costs, Plaintiffs presented Federal Defendants with a confidential request to settle their claim, which request includes the amount sought to date, an itemized statement of the actual time expended by attorneys, experts, and other personnel representing or appearing on behalf of the Plaintiffs, and the rates at which fees and other expenses were computed.  Federal Defendants are, thus, in receipt of the information specified by EAJA, 28 U.S.C. § 2412(d)(1)(B), as well as Local Rule 293, and will not be prejudiced by Plaintiffs deferring the filing of memoranda, evidentiary and other materials supporting their motion at this time.

3.      Discussions regarding Plaintiffs' request are ongoing, and Plaintiffs and Federal Defendants seek additional time to attempt to settle Plaintiffs' claims without unnecessarily burdening the Court.  Plaintiffs and Federal Defendants agree that briefing and argument on Plaintiffs' claim for fees and costs may be unnecessary in light of the parties' intent to attempt to settle Plaintiffs' claim.

4.      Accordingly, Plaintiffs and Federal Defendants agree that further proceedings on Plaintiffs' motion for an award of fees and costs, including the filing of memoranda and evidentiary and other materials supporting that motion, should be stayed for 90 days.  At that time, Plaintiffs and Federal Defendants will either jointly propose a briefing schedule to address Plaintiffs' motion for

1  fees and costs, or the parties shall otherwise apprise this Court of the status of Plaintiffs' motion and
2  any request for action by this Court.  If the parties are unable to reach a settlement of Plaintiffs'
3  claim, Plaintiffs will supplement their motion for award of attorneys' fees and costs with
4  documentation of all time and expenses sought, including the additional time spent in seeking fees.

5       Based on the joint stipulation set forth above, the parties respectfully request that this Court
6  stay briefing and argument on Plaintiffs' concurrently filed motion for an award of attorneys' fees
7  and costs for 90 days from the date of the Court's order granting such stay, in the manner provided
8  above.

9       Respectfully submitted this 29th day of July, 2010.

10

11  DATED:  July 29, 2010              /s/ Trent W. Orr
                                      TRENT W. ORR
12
                                      Attorney for Plaintiffs
13
                                      /s/ Katherine S. Poole
14                                    KATHERINE S. POOLE

15                                    Attorney for Plaintiff
                                      Natural Resources Defense Council
16
                                      JOHN CRUDEN
17                                    Acting Assistant Attorney General
                                      JEAN E. WILLIAMS, Section Chief
18                                    United States Department of Justice
                                      Environment and Natural Resources Division
19
                                      /s/ Bradley Oliphant (as authorized 7/29/10)
20                                    BRADLEY OLIPHANT, Trial Attorney
                                      United States Department of Justice
21                                    Wildlife and Marine Resources Section
                                      Benjamin Franklin Station, P.O. Box 7369
22                                    Washington, D.C. 20044-7369
                                      Telephone: (202) 305-0207
23                                    Facsimile: (202) 305-0275

24                                    WILLIAM SHAPIRO, Trial Attorney
                                      U.S. Department of Justice
25                                    Environment & Natural Resources Division
                                      501 I Street, Suite 9-700
26                                    Sacramento, CA  95814-2322

27                                    Attorneys for Federal Defendants

28

IT IS SO ORDERED.

Dated: __**July 30, 2010**__                              __**/s/ Oliver W. Wanger**__
                                                           UNITED STATES DISTRICT JUDGE