TRENT W. ORR, State Bar No. 77656
MICHAEL R. SHERWOOD, State Bar No. 63702
GEORGE M. TORGUN, State Bar No. 222085
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
torr@earthjustice.org; msherwood@earthjustice.org;
gtorgun@earthjustice.org
Telephone:  (510) 550-6725

Attorneys for Plaintiffs

KATHERINE POOLE, State Bar No. 195010
MICHAEL E. WALL, State Bar No. 170238
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA  94104
kpoole@nrdc.org; mwall@nrdc.org
Telephone:  (415) 875-6100

HAMILTON CANDEE, State Bar No. 111376
CASEY A. ROBERTS, State Bar No. 253474
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
hcandee@altshulerberzon.com; croberts@altshulerberzon.com
Telephone:  (415) 421-7151

Attorneys for Plaintiff NRDC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, | Case No. 05-CV-01207 OWW GSA |
| Plaintiffs, | |
| v. | STIPULATION TO SETTLE ATTORNEYS' FEES AND COSTS AND ORDER |
| KENNETH LEE SALAZAR, in his official capacity as Secretary of Interior *et al.*, | |
| Defendants. | |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.*, | |
| Defendant-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*, | |
| Joined Parties. | |

1

**STIPULATION**

2     WHEREAS the Court entered Final Judgment in this case on September 23, 2009 (Doc.

3  873); and

4     WHEREAS, on October 8, 2009, the Court entered an order extending the deadline for

5  Plaintiffs to file a motion for attorneys' fees, costs and other expenses to December 22, 2009,

6  assuming no appeal (Doc. 875); and

7     WHEREAS several parties timely appealed, including Plaintiffs and Federal Defendants,

8  suspending the timeline for filing a motion for fees, costs and other expenses (Doc. 881; Doc. 883);

9  and

10    WHEREAS, on July 29, 2010, Plaintiffs filed a Motion for Award of Attorneys' Fees and

11 Costs (Doc. 903); and

12    WHEREAS, counsel for Plaintiffs and Federal Defendants ("the Parties") have subsequently

13 engaged in extensive, good faith and confidential settlement negotiations concerning Plaintiffs'

14 claims for attorneys' fees and costs; and

15    WHEREAS, the Parties have reached a settlement of Plaintiffs' claims for attorneys' fees and

16 costs;

17

18    NOW THEREFORE, in the interests of judicial economy and to avoid litigating the pending

19 motion for attorneys' fees and costs, Plaintiffs and Federal Defendants, for good and valuable

20 consideration, the adequacy of which is hereby acknowledged, hereby stipulate and agree as follows:

21    1.     Federal Defendants agree to settle Plaintiffs' pending claims for costs and attorneys'

22 fees for the amount of $1,906,500.

23    2.     Plaintiffs agree to accept payment of $1,906,500 in full satisfaction of any and all

24 claims for attorneys' fees and costs of litigation to which they allege they are entitled through the

25 date of execution of this Stipulation, including any claims for fees related to the preparation of

26 Plaintiffs' fee application or this Stipulation, with the exception stated below.

27    3.     Federal Defendants and Plaintiffs agree and acknowledge that Plaintiffs expressly

28 reserve the right to seek any additional fees and costs to which they may be entitled for any and all

work performed on the challenge regarding long-term contracts described in their Second Claim for Relief in their Third Amended Complaint, presently on appeal to the Ninth Circuit in *Natural Resources Defense Council, et al. v. Salazar, et al.*, Case. No. 09-17661, after disposition of the appeal. Subject to the foregoing exception, Plaintiffs release Federal Defendants from any and all claims regarding attorneys' fees and costs in this case, through the date of execution of this Stipulation.

4.     Payment shall be made to Earthjustice, counsel for Plaintiffs, using an electronic fund transfer into the Earthjustice Attorney Client Trust Account Fund, The Mechanics Bank, Richmond CA.  Plaintiffs' counsel shall provide the appropriate account number to counsel for the Federal Defendants.

5.     Federal Defendants agree to submit all necessary paperwork to the Department of the Treasury's Judgment Fund Office, pursuant to 16 U.S.C. § 1540(g)(4), within ten (10) business days of receipt of the signed court order approving this Stipulation.

6.     Any obligations of the United States to expend funds under this Stipulation are subject to the availability of appropriations in accordance with the Anti-Deficiency Act, 31 U.S.C. § 1341.  This Stipulation shall not be construed to require the United States to obligate or pay funds in contravention of said Anti-Deficiency Act, 31 U.S.C. § 1341.

7.     The undersigned representatives of the Parties certify that they are fully authorized by the party or parties whom they represent to enter into the terms and conditions of this Stipulation and to legally bind the Parties to it.

8.     This Stipulation is executed solely for the purpose of compromising and settling Plaintiffs' claims for attorneys' fees and costs.  Nothing in this Stipulation shall constitute, or be construed to constitute, a precedent in any other context.  Nothing in this Stipulation shall constitute, or be construed to constitute, an admission of liability on the part of the Federal Defendants as to Plaintiffs' claims for attorneys' fees, costs, and other expenses settled herein, or an admission on the part of Plaintiffs that the settlement payment is sufficient consideration for Plaintiffs' claims for attorneys' fees and costs.  Nothing in this Stipulation shall constitute, or be construed to constitute,

an admission of liability or waiver of any defense on the part of the Federal Defendants as to

Plaintiffs' claims in the underlying action.

Accordingly, the parties respectfully request that this Court approve the stipulation as stated

above.

Respectfully submitted this 28th day of January, 2011.

/s/ Michael R. Sherwood
TRENT W. ORR
MICHAEL R. SHERWOOD
GEORGE TORGUN

Attorneys for Plaintiffs

/s/ Katherine S. Poole
KATHERINE S. POOLE
MICHAEL E. WALL
HAMILTON CANDEE
CASEY A. ROBERTS

Attorneys for Plaintiff
Natural Resources Defense Council

SETH M. BARSKY, Section Chief
United States Department of Justice
Environment and Natural Resources Division

/s/ Bridget Kennedy McNeil (authorized 1/19/11)
BRIDGET KENNEDY McNEIL, Trial Attorney
United States Department of Justice
Wildlife and Marine Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
Ph: (303) 844-1484
Fax: (303) 844-1350

/s/ Bradley H. Oliphant (authorized 1/19/11)
BRADLEY H. OLIPHANT, Trial Attorney
United States Department of Justice
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC  20044-7369
Ph: (202) 305-0500
Fax: (202) 305-0275

WILLIAM SHAPIRO, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
501 I Street, Suite 9-700
Sacramento, CA  95814-2322

Attorneys for Federal Defendants

1

## <u>ORDER</u>

2

3      Having considered the foregoing Stipulation, and good cause appearing in support thereof,

4  the foregoing Stipulation is HEREBY APPROVED.

5

6

7

8  IT IS SO ORDERED.

9      Dated:   **February 1, 2011**                    **/s/ Oliver W. Wanger**

10                                              UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28