KATHERINE POOLE (SBN 195010)
DOUGLAS ANDREW OBEGI (SBN 246127)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
Facsimile: (415) 875-6161
kpoole@nrdc.org; dobegi@nrdc.org

Attorneys for Plaintiff NRDC

HAMILTON CANDEE (SBN 111376)
BARBARA JANE CHISHOLM (SBN 224656)
TONY LOPRESTI (SBN 289269)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
hcandee@altber.com; bchisholm@altber.com; tlopresti@altber.com

Attorneys for Plaintiff NRDC

TRENT W. ORR (SBN 77656)
EARTHJUSTICE
50 California St. Suite 500
San Francisco, CA 94111
Telephone: (415) 217-2000
Facsimile: (415) 217-2040
torr@earthjustice.org

Attorneys for Plaintiffs NRDC, California Trout, San Francisco Baykeeper, Friends of the River and The Bay Institute

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,

Plaintiffs,

v.

SALLY JEWELL, U.S. Department of the Interior, *et al.*,

Defendants.

Case No. 1:05-cv-01207 LJO-GSA

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSES TO SACRAMENTO RIVER SETTLEMENT CONTRACTORS' AND DELTA-MENDOTA CANAL CONTRACTORS' OBJECTIONS TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE AND EVIDENCE; EXHIBIT 1**

Date: TBA
Time: TBA
Ctrm: 4
Judge: Lawrence J. O'Neill

SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.*,

Defendants-Intervenors.

ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*,

Joined Parties.

On May 22, 2015, Plaintiffs filed a Motion for Leave to File Responses to the Sacramento River Settlement Contractors' and Delta-Mendota Canal Contractors' Objections to Plaintiffs' evidence submitted in opposition to motions to stay and to bifurcate proceedings, Doc. 975-2, and to Plaintiffs' request for judicial notice, Doc. 975-1. Plaintiffs have not had an opportunity to respond to the objections, which were filed at the same time as the Sacramento River Settlement Contractors' and Delta-Mendota Canal Contractors' reply briefs.

Good cause appearing, it is hereby ORDERED that Plaintiffs' motion for leave to file responses to the Sacramento River Settlement Contractors' and Delta-Mendota Canal Contractors' objections is GRANTED, and the pleading attached to Plaintiffs' motion as Exhibit 1 is deemed filed as of the date of this order.

IT IS SO ORDERED.

DATED: May 28, 2015

/s/ Lawrence J. O'Neill

Lawrence J. O'Neill
United States District Court Judge