UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE
COUNCIL, *et al.*,

            Plaintiffs,

      v.

SALLY JEWELL, in her official capacity
as Secretary of the Interior, *et al.*,

            Defendants.

SAN LUIS & DELTA MENDOTA
WATER AUTHORITY, *et al.*,

            Defendants-Intervenors.

ANDERSON-COTTONWOOD
IRRIGATION DISTRICT, *et al.*,

            Joined Parties.

Case No. 1:05-cv-01207 LJO-EPG

**ORDER APPROVING STIPULATION RE BRIEFING SCHEDULE FOR PLAINTIFFS' AMENDED MOTION FOR LEAVE TO FILE A FOURTH SUPPLEMENTAL COMPLAINT AND ASSOCIATED PLEADINGS**

By concurrently filed stipulation, Plaintiffs indicate their intent to withdraw their previous Motion for Leave to File a Fourth Supplemental Complaint, Doc. 987, which the Court held in abeyance on November 23, 2015, and to file an Amended Motion for Leave to File a Fourth Supplemental Complaint according to the following schedule, to which the parties have stipulated.  The Court hereby orders that the motion will be briefed and heard as follows:

a.      By February 3, 2016, Plaintiffs will file an Amended Motion for Leave to File a Fourth Supplemental Complaint and associated pleadings;

b.      By February 24, 2016, Federal Defendants, SRS Contractors, and DMC Contractors will file responses;

c.      By March 9, 2016, Plaintiffs will file any reply in support of their motion and associated pleadings; and

d.      On March 16, 2016, or as soon thereafter as the Court is available, the Motion will be set for a hearing before the Court if the Court determines a hearing is necessary.

IT IS SO ORDERED.

Dated:   **January 25, 2016**             **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

1