# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATURAL RESOURCES DEFENSE COUNCIL**, *et al.*,<br><br>              **Plaintiffs**,<br><br>vs.<br><br>**SALLY JEWELL**, Secretary, U.S. Department of the Interior, *et al.*,<br><br>              **Defendants.** | Case No. 1:05-cv-01207 LJO EPG<br><br>**ORDER RE STIPULATED DISMISSAL OF PLAINTIFF CALIFORNIA TROUT ONLY (Doc. 996)** |
| **SAN LUIS & DELTA MENDOTA WATER AUTHORITY**, et al.,<br><br>              **Defendant-Intervenors.** | |
| **ANDERSON-COTTONWOOD IRRIGATION DISTRICT**, et al.,<br><br>              **Joined Parties.** | |

Based upon the stipulation of all parties, Doc. 996, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims brought by Plaintiff California Trout **only** are dismissed, and the Clerk of Court is directed to terminate California Trout as a Plaintiff. This is without effect upon the claims of all other Plaintiffs in this case.

IT IS SO ORDERED.

   Dated:   **January 29, 2016**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE