DOWNEY BRAND LLP
KEVIN M. O'BRIEN (Bar No. 122713)
STEVEN P. SAXTON (Bar No. 116943)
MEREDITH E. NIKKEL (Bar No. 254818)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:   (916) 444-1000
Facsimile:    (916) 444-2100

Attorneys for Intervenors-Defendants
RECLAMATION DISTRICT NO. 108; SUTTER MUTUAL WATER COMPANY; NATOMAS CENTRAL MUTUAL WATER COMPANY; RIVER GARDEN FARMS COMPANY; PLEASANT GROVE-VERONA MUTUAL WATER COMPANY; PELGER MUTUAL WATER COMPANY; MERIDIAN FARMS WATER COMPANY; HENRY D. RICHTER, et al.; HOWALD FARMS, INC.; OJI BROTHERS FARM, INC.; OJI FAMILY PARTNERSHIP; CARTER MUTUAL WATER COMPANY; WINDSWEPT LAND AND LIVESTOCK COMPANY; MAXWELL IRRIGATION DISTRICT; and TISDALE IRRIGATION AND DRAINAGE COMPANY

*[Additional parties and counsel on signature page]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al., <br><br>          Plaintiffs, <br><br>     v. <br><br> SALLY JEWELL, Secretary, U.S. Department of the Interior, et al., <br><br>          Defendants. | CASE NO.: 1:05-cv-01207-LJO-EPG <br><br>**SACRAMENTO RIVER SETTLEMENT CONTRACTORS' NOTICE OF MOTION TO DISMISS THE FIRST, SECOND, THIRD, FIFTH AND SIXTH CLAIMS FOR RELIEF IN THE FOURTH SUPPLEMENTAL COMPLAINT** |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, et al. <br><br>          Defendants-Intervenors. | Date:           TBD <br> Time:           TBD <br> Courtroom:    4 <br> Judge:  The Honorable Lawrence J. O'Neill |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, et al. <br><br>          Joined Parties. | |

PLEASE TAKE NOTICE that Intervenors-Defendants SACRAMENTO RIVER SETTLEMENT CONTRACTORS will bring a motion to dismiss the First, Second, Third, Fifth and Sixth Claims for Relief in Plaintiffs' Fourth Supplemental Complaint ("4SC") for hearing before the Honorable Lawrence J. O'Neill, U.S. District Court Judge, on a date and at a time to be set at the discretion of the Court, in Courtroom 4 of the United States District Court for the Eastern District of California, Fresno Division, located at the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Seventh Floor, Fresno, California 93721.

Intervenors-Defendants SACRAMENTO RIVER SETTLEMENT CONTRACTORS hereby move to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) to dismiss the 4SC's First, Second, Third and Sixth Claims for Relief, and dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) the 4SC's Fifth and Sixth Claims for Relief.

This motion is based upon the Notice of Motion, the Memorandum of Points and Authorities, the Request for Judicial Notice, the Declaration of Meredith E. Nikkel, all pleadings, papers and records on file herein, and any evidence and argument the Court may entertain at the hearing.

Dated: June 20, 2016        DOWNEY BRAND LLP

By: _____*/s/ Steven P. Saxton*_____
            STEVEN P. SAXTON

Attorney for Intervenors and Joined Party Defendants RECLAMATION DISTRICT NO. 108; SUTTER MUTUAL WATER COMPANY; NATOMAS CENTRAL MUTUAL WATER COMPANY; RIVER GARDEN FARMS COMPANY; PLEASANT GROVE-VERONA MUTUAL WATER COMPANY; PELGER MUTUAL WATER COMPANY; MERIDIAN FARMS WATER COMPANY; HENRY D. RICHTER, et al.; HOWALD FARMS, INC.; OJI BROTHERS FARM, INC.; OJI FAMILY PARTNERSHIP; CARTER MUTUAL WATER COMPANY; WINDSWEPT LAND AND LIVESTOCK COMPANY; MAXWELL IRRIGATION DISTRICT; and TISDALE IRRIGATION AND DRAINAGE COMPANY

DOWNEY BRAND LLP

Dated: June 20, 2016

SOMACH SIMMONS & DUNN, PC

By: */s/ Andrew M. Hitchings*
ANDREW M. HITCHINGS

Attorneys for Intervenors and Joined Party Defendants GLENN-COLUSA IRRIGATION DISTRICT; PRINCETON-CODORA-GLENN IRRIGATION DISTRICT; PROVIDENT IRRIGATION DISTRICT; ANDERSON-COTTONWOOD IRRIGATION DISTRICT; CITY OF REDDING; M & T CHICO RANCH (PACIFIC REALTY ASSOCIATES); RECLAMATION DISTRICT NO. 1004; CONAWAY PRESERVATION GROUP, LLC; and DAVID AND ALICE TE VELDE FAMILY TRUST

DOWNEY BRAND LLP

1446751.1

2

Case No. 1:05-cv-01207-LJO-EPG

SACRAMENTO RIVER SETTLEMENT CONTRACTORS' NOTICE OF MOTION TO DISMISS THE FIRST, SECOND, THIRD, FIFTH AND SIXTH CLAIMS FOR RELIEF