JOHN C. CRUDEN, Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
BRADLEY H. OLIPHANT, Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th St., South Terrace, Ste. 370
Denver, CO 80202
(303) 844-1381 (tel)
(303) 844-1350 (fax)

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>S.M.R. JEWELL, U.S. Department of the Interior, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:05-cv-01207 LJO-EPG<br><br>**FEDERAL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIFTH AND SIXTH CLAIMS**<br><br>Judge: Lawrence J. O'Neill<br>Hearing Date: TBD<br>Time: TBD<br>Courtroom: 4 |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.*,<br><br>　　　　　　Defendants-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*,<br><br>　　　　　　Joined Parties. | |

The Court's *Further Scheduling Order*, Doc. 1027 (Jun. 6, 2016) provides that any motions to dismiss or other responsive pleadings be filed on June 20, 2016. *Id.* at 1. Accordingly, the United States, on behalf of Federal Defendants, moves to dismiss the Fifth Claim for Relief and Sixth Claim for Relief of Plaintiffs' Fourth Supplemental Complaint (Doc. 1020) (Apr. 28, 2016). To avoid duplicative argument, Federal Defendants: (i) concur with the Sacramento River Settlement ("SRS") Contractors' Motion To Dismiss that Plaintiffs' First, Second, and Third Claims are moot and subject to dismissal; (ii) concur with the SRS Contractors' Motion that the Fifth Claim is subject to dismissal; and as to the Sixth Claim for Relief, (iii) concur with the SRS Contractors' Motion to the extent that it argues that the Sixth Claim for Relief challenges wholly past alleged violations and therefore fails for lack of jurisdiction. To avoid filing the filing of duplicative supporting documents, Federal Defendants rely on the exhibits filed by the SRS Contractors in their Request for Judicial Notice in support of their motion to dismiss.

This Motion is based upon the Notice of Motion and Motion, the Memorandum of Points and Authorities, the declaration and attachments filed herewith, argument of counsel, the exhibits attached to the SRS Contractors' Request for Judicial that are cited in our Memorandum of Points and Authorities, and such other matters as the Court may consider. Hearing shall be set at the discretion of the Court. If set, the hearing shall be in Courtroom 4 of the United States District Court for the Eastern District of California, Fresno Division, located at the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Seventh Floor, Fresno, California, 93721.

Dated: June 20, 2016

    Respectfully submitted,
    JOHN C. CRUDEN, Assistant Attorney General

    */s/ Bradley H. Oliphant*
    BRADLEY H. OLIPHANT, Senior Trial Attorney
    United States Department of Justice
    Environment & Natural Resources Division
    Wildlife & Marine Resources Section
    999 18th St., South Terrace, Ste. 370
    Denver, CO 80202
    Tel: (303) 844-1381 | Fax: (303) 844-1350

    Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2016, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification of the attorneys of record in this case.

*/s/ Bradley H. Oliphant*
BRADLEY H. OLIPHANT
Senior Trial Attorney