1 **COUNSEL IDENTIFICATION ON FINAL PAGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>SALLY JEWELL, in her official capacity as Secretary of the Interior, *et al.*, <br><br>　　　　Defendants. | Case No. 1:05-cv-01207 LJO-EPG <br><br>**STIPULATION AND ORDER TO EXTEND SUPPLEMENTAL BRIEFING DEADLINES** |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.*, <br><br>　　　　Defendants-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*, <br><br>　　　　Joined Parties. | |

# RECITALS

WHEREAS, on October 20, 2016, this Court issued an order requesting supplemental briefing on the Federal Defendants' motion to dismiss, Doc. 1045;

WHEREAS, under that order, the deadline for Plaintiffs' supplemental brief is November 18, 2016, and the deadline for the Federal Defendants' response is twenty-five days after Plaintiffs' filing;

WHEREAS, counsel for Plaintiffs are unavailable during the week of November 14, 2016, and have long-standing commitments during the preceding week of November 7, 2016, as described in the accompanying declaration of Katherine S. Poole;

WHEREAS, Plaintiffs' attorneys' conflicts during the weeks of November 7 and November 14, 2016 will make meeting the current November 18, 2016 filing deadline very difficult;

WHEREAS the parties have neither requested nor received any previous extensions for the supplemental briefing deadlines;

WHEREAS, the parties by and through their respective counsel of record, as identified below, have conferred and agree that it is prudent and appropriate to modestly extend the supplemental briefing deadlines to accommodate Plaintiffs' counsel's scheduling conflict and account for the upcoming holiday season;

WHEREAS, the parties agree that the deadline for Plaintiffs' supplemental brief should be extended by 17 days to December 5, 2016, the deadline for Federal Defendants' response should be extended to January 9, 2017.

# STIPULATION

NOW THEREFORE, counsel for Plaintiffs and the Federal Defendants hereby stipulate to the following modification of the supplemental briefing deadlines set by the Court's October 20, 2016 order:

The deadline for Plaintiffs' supplemental brief shall be extended to December 5, 2016; and

The deadline for the Federal Defendants' response shall be extended to January 9, 2017.

| | | |
|---|---|---|
| 1 | DATED:  November 10, 2016 | /s/ *Barbara J. Chisholm* |
| | | Barbara Jane Chisholm |

KATHERINE POOLE (SBN 195010)
DOUGLAS ANDREW OBEGI (SBN 246127)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Telephone:  (415) 875-6100
Facsimile:  (415) 875-6161

*Attorneys for Plaintiff NRDC*

HAMILTON CANDEE (SBN 111376)
BARBARA JANE CHISHOLM (SBN 224656)
TONY LOPRESTI (SBN 289269)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064

*Attorneys for Plaintiffs*

TRENT W. ORR (SBN 77656)
EARTHJUSTICE
50 California St. Suite 500
San Francisco, CA 94111
Telephone:  (415) 217-2000
Facsimile:  (415) 217-2040

*Attorneys for Plaintiffs*

DATED:  November 10, 2016        */s/ Bradley H. Oliphant*   (as authorized on Nov. 10, 2016)
Bradley H. Oliphant

U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES DIVISION
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone:  (303) 844-1381
Facsimile:  (303) 844-1350

*Attorneys for Respondents Sally Jewell, in her official capacity as Secretary of the Interior, et al.*

**ORDER**

Pursuant to the Stipulation of the Plaintiffs and Federal Defendants, and good cause having been shown, the Court hereby modifies the supplemental briefing deadlines set by the Court's October 20, 2016 order:

The deadline for Plaintiffs' supplemental brief shall be extended to December 5, 2016; and

The deadline for the Federal Defendants' response shall be extended to January 9, 2017.


IT IS SO ORDERED.

Dated:   **November 10, 2016**          /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE