**COUNSEL IDENTIFICATION ON FINAL PAGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SALLY JEWELL, in her official capacity as Secretary of the Interior, *et al.*, <br><br> Defendants. | Case No. 1:05-cv-01207 LJO-EPG <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR PLAINTIFFS' MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, LEAVE TO SUPPLEMENT THE COMPLAINT** |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.*, <br><br> Defendants-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*, <br><br> Joined Parties. | |

**RECITALS**

WHEREAS, on January 19, 2017, Plaintiffs filed their Motion for Reconsideration or, in the Alternative, Leave to Supplement the Complaint ("Motion for Reconsideration"), Doc. 1055;

WHEREAS, the hearing date for that motion is currently set for March 1, 2017;

WHEREAS, the parties are engaged in ongoing discussions regarding a stipulation to allow Plaintiffs to file a Fifth Supplemental Complaint;

WHEREAS, such a stipulation may resolve the issues raised in Plaintiffs' pending Motion for Reconsideration;

WHEREAS, the parties have requested one previous continuance for Plaintiffs' Motion for Reconsideration (Doc. 1057), which was granted by this Court on January 31, 2017 (Doc. 1059);

WHEREAS, the parties by and through their respective counsel of record, as identified below, have conferred and agree that it is in the interests of judicial efficiency to continue the hearing date for Plaintiffs' Motion for Reconsideration in order to allow the parties further time to negotiate a stipulation; and

WHEREAS, the parties agree that the hearing date for Plaintiffs' Motion for Reconsideration should be continued by seven (7) days to March 8, 2017.

**STIPULATION**

NOW THEREFORE, counsel for Plaintiffs and Defendants hereby stipulate to continue the hearing date on Plaintiffs' Motion for Reconsideration, Doc. 1055, by seven (7) days to March 8, 2017.

DATED:  February 14, 2017          *Barbara J. Chisholm*
                                    Barbara J. Chisholm

HAMILTON CANDEE (SBN 111376)
BARBARA JANE CHISHOLM (SBN 224656)
TONY LOPRESTI (SBN 289269)
CORINNE JOHNSON (SBN 287385)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064

*Attorneys for Plaintiff NRDC*

|   |   |
|---|---|
| 1 | |
| 2 | KATHERINE POOLE (SBN 195010)<br>DOUGLAS ANDREW OBEGI (SBN 246127)<br>NATURAL RESOURCES DEFENSE COUNCIL<br>111 Sutter Street, 21st Floor<br>San Francisco, CA 94104<br>Telephone:  (415) 875-6100<br>Facsimile:  (415) 875-6161 |

*Attorneys for Plaintiff NRDC*

TRENT W. ORR (SBN 77656)
EARTHJUSTICE
50 California St. Suite 500
San Francisco, CA 94111
Telephone:  (415) 217-2000
Facsimile:  (415) 217-2040

*Attorneys for Plaintiffs*

DATED:  February 14, 2017          */s/ Nicole M. Smith*   (as authorized on Feb. 14, 2017)
                                    Nicole M. Smith

U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES DIVISION
601 D Street, NW Room 3712
Washington, D.C. 20044-7611
Telephone:  (202) 305-0368
Fascimile:  (202) 305-0275

*Attorneys for Respondents Sally Jewell, in her official capacity as Secretary of the Interior, et al.*

DATED:  February 14, 2017          */s/ Meredith E. Nikkel*  (as authorized on Feb. 14, 2017)
                                    Meredith E. Nikkel

DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone:  (916) 444-1000
Facsimile:  (916) 444-2100

*Attorneys for Intervenors and Joined Party Defendants Reclamation District No. 108, Sutter Mutual Water Company, Natomas Central Mutual Water Company, River Garden Farms Company, Pleasant Grove-Verona Mutual Water Company, Pelger Mutual Water Company, Meridian Farms Water Company, Henry D. Richter, et al., Howald Farms, Inc., Oji Brothers Farm, Inc., Oji Family*

*Partnership, Carter Mutual Water Company, Windswept Land And Livestock Company, Maxwell Irrigation District, and Tisdale Irrigation and Drainage Company*

DATED:  February 14, 2017  /s/ Andrew M. Hitchings  (as authorized on Feb. 14, 2017)
Andrew M. Hitchings

SOMACH SIMMONS & DUNN
A Professional Corporation
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

*Attorneys for Intervenors and Joined Party Defendants Glenn-Colusa Irrigation District, Princeton-Codora-Glenn Irrigation District, Provident Irrigation District, Anderson-Cottonwood Irrigation District, City Of Redding, M & T Chico Ranch (Pacific Realty Associates), Reclamation District No. 1004, Conaway Preservation Group, LLC, and David and Alice te Velde Family Trust*

DATED:  February 14, 2017  /s/ Daniel J. O'Hanlon (as authorized on Feb. 14, 2017)
Daniel J. O'Hanlon

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

*Attorneys for Defendant-Intervenors and Joined Party Defendants, San Luis & Delta-Mendota Water Authority, Westlands Water District, Coelho Family Trust, Eagle Field Water District, Fresno Slough Water District, Mercy Springs Water District, Oro Loma Water District, and Tranquillity Irrigation District*

1 **ORDER**

2 Pursuant to the Parties' Stipulation, the Court hereby continues the hearing date for
3 Plaintiffs' Motion for Reconsideration or, in the Alternative, Leave to Supplement the Complaint
4 (Doc. 1055) by seven (7) days to March 8, 2017.

5
  IT IS SO ORDERED.
6
7 Dated:   **February 15, 2017**          /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28