**COUNSEL IDENTIFICATION ON FINAL PAGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SALLY JEWELL, in her official capacity as Secretary of the Interior, *et al.*,<br><br>Defendants. | Case No. 1:05-cv-01207 LJO-EPG<br><br>**STIPULATION AND ORDER TO FILE A FIFTH SUPPLEMENTAL COMPLAINT** |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.*,<br><br>Defendants-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*,<br><br>Joined Parties. | |

# RECITALS

WHEREAS, on October 20, 2016, the Court dismissed Plaintiffs' Second Claim for Relief "on the ground that this Court lacks subject matter jurisdiction over the Second Claim for relief because certain allegations in the claim are moot and because Plaintiffs have failed to comply with the ESA's 60-day notice requirement as to any non-moot allegations," Doc. 1045 ("10/20/16 Order") at 25;

WHEREAS, the Court has not yet issued a final ruling on motions filed on June 20, 2016 by the Sacramento River Settlement Contractors and Federal Defendants to dismiss the Fifth and Sixth Claims for Relief (Doc. 1031 & 1032);

WHEREAS, on November 14, 2016, Plaintiffs mailed to Defendants Secretary of Interior and Commissioner of Bureau of Reclamation a 60-day notice ("2016 Notice Letter") asserting alleged violations of the Endangered Species Act, *see* Doc. 1055-11.

WHEREAS, on January 19, 2017, Plaintiffs filed a Motion for Reconsideration or, in the Alternative, Leave to Supplement the Complaint, *see* Doc. 1055;

WHEREAS, Plaintiffs' alternative motion for leave seeks to supplement the complaint for the limited purpose of reviving the Second Claim as it pertains to Reclamation's reliance on the 2015 reinitiated consultation, and adding an allegation pertaining to the 2016 Notice Letter, *see* Docs. 1055-1 (proposed Fifth Supplemental Complaint), 1055-12 (redlined version of proposed Fifth Supplemental Complaint);

WHEREAS, Plaintiffs acknowledge that the Court has ruled that the allegations in paragraphs 173 and 174 of the Fourth Supplemental Complaint pertaining to the 2005 Smelt OCAP Biological Opinion are moot, *see* 10/20/16 Order at 20, 25, and Plaintiffs confirm that their motion does not seek reconsideration of that ruling and that Paragraphs 173 and 174 are included in the proposed Fifth Supplemental Complaint for background informational purposes only;

WHEREAS, Defendants oppose Plaintiffs' motion for reconsideration but do not oppose Plaintiffs' motion in the alternative for leave to file a Fifth Supplemental Complaint, subject to Plaintiffs' acknowledgement and confirmation of the Court's mootness ruling regarding paragraphs 173 and 174 of the Fourth Supplemental Complaint (now paragraphs 175 and 176 of

| | |
|---|---|
| 1 | the proposed Fifth Supplemental Complaint), and subject to a reservation of Defendants' rights to |
| 2 | assert additional affirmative defenses and/or a motion to dismiss with respect to the Second Claim; |
| 3 | WHEREAS, the parties agree that it would be in the interests of judicial efficiency to avoid |
| 4 | further briefing on Plaintiffs' Motion for Reconsideration or, in the Alternative, Leave to |
| 5 | Supplement the Complaint; and |
| 6 | WHEREAS, the Plaintiffs agree to withdraw their Motion for Reconsideration or, in the |
| 7 | Alternative, Leave to Supplement the Complaint, *see* Doc. 1055, upon the Court's approval of the |
| 8 | accompanying Order; |

## STIPULATION

NOW THEREFORE, counsel for Plaintiffs and Defendants hereby stipulate to Plaintiffs filing the proposed Fifth Supplemental Complaint and accompanying exhibits, currently found at ECF Document Nos. 1055-1 through 1055-8, without prejudice to Defendants' rights to assert additional affirmative defenses and/or a motion to dismiss with respect to the Second Claim for Relief. The Fifth Supplemental Complaint, subject to the Court's approval, shall be filed following the Court's ruling on the pending motions to dismiss, and that ruling shall be applicable to the Fifth Supplemental Complaint.

DATED: February 15, 2017　　　　　　　*Barbara J. Chisholm*
　　　　　　　　　　　　　　　　　　Barbara J. Chisholm

HAMILTON CANDEE (SBN 111376)
BARBARA JANE CHISHOLM (SBN 224656)
TONY LOPRESTI (SBN 289269)
CORINNE JOHNSON (SB 287385)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Attorneys for Plaintiff NRDC*

KATHERINE POOLE (SBN 195010)
DOUGLAS ANDREW OBEGI (SBN 246127)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
Facsimile: (415) 875-6161

*Attorneys for Plaintiff NRDC*

TRENT W. ORR (SBN 77656)
EARTHJUSTICE
50 California St. Suite 500
San Francisco, CA 94111
Telephone: (415) 217-2000
Facsimile: (415) 217-2040

*Attorneys for Plaintiffs*

DATED: February 15, 2017     /s/ *Nicole M. Smith* (as authorized on Feb. 15, 2017)
Nicole M. Smith

U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES
DIVISION
601 D Street, NW Room 3712
Washington, D.C. 20044-7611
Telephone: (202) 305-0368
Facsimile: (202) 305-0275

*Attorneys for Respondents Sally Jewell, in her official capacity as Secretary of the Interior, et al.*

DATED: February 15, 2017     /s/ *Meredith Nikkel* (as authorized on Feb. 15, 2017)
Meredith Nikkel

DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

*Attorneys for Intervenors and Joined Party Defendants Reclamation District No. 108, Sutter Mutual Water Company, Natomas Central Mutual Water Company, River Garden Farms Company, Pleasant Grove-Verona Mutual Water Company, Pelger Mutual Water Company, Meridian Farms Water Company, Henry D. Richter, et al., Howald Farms, Inc., Oji Brothers Farm, Inc., Oji Family Partnership, Carter Mutual Water Company, Windswept Land And Livestock Company, Maxwell Irrigation District, and Tisdale Irrigation and Drainage Company*

DATED: February 15, 2017     /s/ *Andrew Hitchings* (as authorized on Feb. 15, 2017)
Andrew Hitchings

3

STIPULATION AND [PROPOSED] ORDER TO FILE A FIFTH
SUPPLEMENTAL COMPLAINT
CASE NO. 1:05-CV-01207 LJO-EPG

SOMACH SIMMONS & DUNN
A Professional Corporation
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

*Attorneys for Intervenors and Joined Party Defendants Glenn-Colusa Irrigation District, Princeton-Codora-Glenn Irrigation District, Provident Irrigation District, Anderson-Cottonwood Irrigation District, City Of Redding, M & T Chico Ranch (Pacific Realty Associates), Reclamation District No. 1004, Conaway Preservation Group, LLC, and David and Alice te Velde Family Trust*

DATED: February 15, 2017

/s/ *Daniel J. O'Hanlon* (as authorized on Feb. 15, 2017)
Daniel J. O'Hanlon

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

*Attorneys for Defendant-Intervenors and Joined Party Defendants, San Luis & Delta-Mendota Water Authority, Westlands Water District, Coelho Family Trust, Eagle Field Water District, Fresno Slough Water District, Mercy Springs Water District, Oro Loma Water District, and Tranquillity Irrigation District*

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the Parties' Stipulation, the Court hereby GRANTS Plaintiffs leave to file the |
| 3 | proposed Fifth Supplemental Complaint, currently found at ECF Document Nos. 1055-1 through |
| 4 | 1055-8. |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | Dated: **February 17, 2017**      **/s/ Lawrence J. O'Neill** |
|   | UNITED STATES CHIEF DISTRICT JUDGE |