1   **COUNSEL IDENTIFICATION ON FINAL PAGE**

2

3

4                              UNITED STATES DISTRICT COURT

5                              EASTERN DISTRICT OF CALIFORNIA

6

7

8   NATURAL RESOURCES DEFENSE              Case No. 1:05-cv-01207 LJO-EPG
    COUNCIL, *et al.*,
                                           **STIPULATION AND ORDER TO MODIFY**
9              Plaintiffs,                 **FURTHER SCHEDULING ORDER (ECF**
                                           **1027)**
10       v.

11  RYAN K. ZINKE[1], in his official capacity
    as Secretary of the Interior, *et al.*,
12
               Defendants.
13

14

15  SAN LUIS & DELTA MENDOTA
    WATER AUTHORITY, *et al.*,
16
               Defendants-Intervenors.
17

18  ANDERSON-COTTONWOOD
    IRRIGATION DISTRICT, *et al.*,
19
               Joined Parties.
20

21

22

23

24

25

26

27

28  _____
    [1] Pursuant to Fed. R. Civ.P. 25(d), Ryan K. Zinke, in his capacity as Secretary of the Department
    of the Interior, is automatically substituted for S.M.R. Jewell.

## RECITALS

WHEREAS, on February 23, 2017, the Court entered its ruling on the parties' motions to dismiss, and dismissed Plaintiffs' Fifth Claim for Relief and, as to Federal Defendants, narrowed the scope of Plaintiffs' Sixth Claim for Relief to: (i) "whether the approval of transfers proximately caused the take alleged in the Sixth Claim for Relief;" or (ii) whether "Reclamation's failure to require [Glenn-Colusa Irrigation District] to divert up to 20,315 [acre feet] of water from Stony Creek, rather than from the Sacramento River, could have proximately caused any of the harms alleged in the Sixth Claim for Relief," ECF 1069 at 56-57;

WHEREAS, pursuant to the Court's June 6, 2016, Further Scheduling Order (ECF 1027), Federal Defendants are to lodge the administrative record 20 days after the Court's ruling on the motions to dismiss;

WHEREAS, Plaintiffs filed a Fifth Supplemental Complaint on March 1, 2017 (ECF 1071);

WHEREAS, Federal Defendants need additional time to prepare an administrative record for the Sixth Claim for Relief, as narrowed by the Court's February 23, 2017 order, and for actions challenged in Plaintiffs' Fifth Supplemental Complaint;

WHEREAS, the parties agree that it would be in the best interest of all parties to review the contents and be provided an opportunity to comment on the scope of those administrative records prior to Federal Defendants' lodging the records with the Court;

WHEREAS, the parties agree that Defendants should be allowed to file a responsive pleading to Plaintiffs' Fifth Supplemental Complaint;

WHEREAS, for the Sixth Claim for Relief, the parties agree that discovery is appropriate as to the claims against the Sacramento River Settlement Contractor parties (SRS Contractors);

WHEREAS, for the Sixth Claim for Relief, the parties are discussing, but have not yet agreed on: (i) the propriety, need for, or scope of discovery as to the claims against the Federal Defendants; (ii) discovery schedules; (iii) a briefing schedule; or (iv) pre-trial and trial scheduling, for that claim;

WHEREAS, the parties are continuing to meet and confer regarding Plaintiffs' Sixth Claim

STIPULATION AND ORDER TO MODIFY FURTHER BRIEFING
SCHEDULE
CASE NO. 1:05-CV-01207 LJO-EPG

for Relief and intend to file a further stipulation regarding amendments to the briefing schedule as to the remaining claims in this case once the parties reach agreement about Plaintiffs' Sixth Claim for Relief;

**STIPULATION**

NOW THEREFORE, counsel for Plaintiffs and Defendants hereby stipulate to the following revised schedule regarding responsive pleadings and the administrative records in this case:

**Responsive Pleadings:**

- **April 14, 2017:** Answers to Plaintiffs' Fifth Supplemental Complaint shall be filed.

**Administrative Records:**

- **April 12, 2017:** Federal Defendants shall distribute to all parties a draft index summarizing the proposed contents of the administrative record(s) ("AR") for purposes of informing a meet and confer process regarding any potential disputes.

- **April 19, 2017:** Comments on the draft AR index shall be due to Federal Defendants.

- **May 3, 2017:** Federal Defendants shall lodge the AR.

- **May 24, 2017:** All motions regarding completeness of the AR and any motions or stipulations to limit review of the Sixth Claim as against Federal Defendants to the AR shall be filed. To the extent a motion is required, briefing shall take place according to the local rules.

- **7 days after Court's ruling on any disputes regarding completeness of the AR**: Federal Defendants shall complete any change to the AR to conform with the Court's rulings.

**Discovery for the Sixth Claim:**

- **March 24, 2017:** Plaintiffs, SRS Contractors and Federal Defendants shall meet and confer about the scope and schedule of discovery, and pre-trial and trial scheduling, for Plaintiffs' Sixth Claim for Relief against the SRS Contractors.

- **May 10, 2017:** Following lodging and review of the administrative record, Plaintiffs and Federal Defendants shall meet and confer about the scope and schedule of discovery for Plaintiffs' Sixth Claim for Relief against Federal Defendants.

STIPULATION AND ORDER TO MODIFY FURTHER BRIEFING
SCHEDULE
CASE NO. 1:05-CV-01207 LJO-EPG

1

2    DATED:  March 16, 2017              /s/  Nicole M. Smith
                                         Nicole M. Smith
3
                                         U.S. DEPARTMENT OF JUSTICE
4                                        ENVIRONMENT & NATURAL RESOURCES
                                         DIVISION
5                                        601 D Street, NW Room 3712
                                         Washington, D.C. 20044-7611
6                                        Telephone:  (202) 305-0368
                                         Facsimile:  (202) 305-0275
7                                        Bradley H. Oliphant, Trial Attorney
                                         U.S. DEPARTMENT OF JUSTICE
8                                        ENVIRONMENT & NATURAL RESOURCES
                                         DIVISION
9                                        999 18th St., South Terrace, Ste. 370
                                         Denver, CO 80202
10                                       Tel:  (303) 844-1381
                                         Facsimile:  (303) 844-1350
11
                                         *Attorneys for Respondents Ryan K. Zinke, in his*
12                                       *official capacity as Secretary of the Interior, et al.*

13   DATED:  March 16, 2017              /s/ Barbara J. Chisholm (as authorized on Mar. 15,
                                         2017)
14                                       Barbara J. Chisholm

15                                       HAMILTON CANDEE (SBN 111376)
                                         BARBARA JANE CHISHOLM (SBN 224656)
16                                       TONY LOPRESTI (SBN 289269)
                                         CORINNE JOHNSON (SB 287385)
17                                       ALTSHULER BERZON LLP
                                         177 Post St., Suite 300
18                                       San Francisco, CA 94108
                                         Telephone:  (415) 421-7151
19                                       Facsimile:   (415) 362-8064

20                                       *Attorneys for Plaintiff NRDC*

21
     DATED:  March 16, 2017              /s/Meredith Nikkel  (as authorized on Mar. 15, 2017)
22                                       Meredith Nikkel

23                                       DOWNEY BRAND LLP
                                         621 Capitol Mall, 18th Floor
24                                       Sacramento, CA 95814
                                         Telephone:  (916) 444-1000
25                                       Facsimile:  (916) 444-2100

26                                       *Attorneys for Intervenors and Joined Party*
                                         *Defendants Reclamation District No. 108, Sutter*
27                                       *Mutual Water Company, Natomas Central Mutual*
                                         *Water Company, River Garden Farms Company,*
28                                       *Pleasant Grove-Verona Mutual Water Company,*

1

2

3

4

5

*Pelger Mutual Water Company, Meridian Farms
Water Company, Henry D. Richter, et al., Howald
Farms, Inc., Oji Brothers Farm, Inc., Oji Family
Partnership, Carter Mutual Water Company,
Windswept Land And Livestock Company, Maxwell
Irrigation District, and Tisdale Irrigation and
Drainage Company*

6   DATED:  March 16, 2017                  /s/ *Andrew Hitchings* (as authorized on Mar. 16,

7                                           2017)
                                            Andrew Hitchings

8
                                            SOMACH SIMMONS & DUNN
9                                           A Professional Corporation
                                            500 Capitol Mall, Suite 1000
10                                          Sacramento, CA 95814
                                            Telephone: (916) 446-7979
11                                          Facsimile: (916) 446-8199

12
                                            *Attorneys for Intervenors and Joined Party
13                                          Defendants Glenn-Colusa Irrigation District,
                                            Princeton-Codora-Glenn Irrigation District,
14                                          Provident Irrigation District, Anderson-Cottonwood
                                            Irrigation District, City Of Redding, M & T Chico
15                                          Ranch (Pacific Realty Associates), Reclamation
                                            District No. 1004, Conaway Preservation Group,
16                                          LLC, and David and Alice te Velde Family Trust*

17

18   DATED:  March 16, 2017                 /s/ *Daniel J. O'Hanlon* (as authorized on Mar. 16,

19                                          2017)
                                            Daniel J. O'Hanlon

20
                                            KRONICK, MOSKOVITZ, TIEDEMANN &
21                                          GIRARD
                                            A Professional Corporation
22                                          400 Capitol Mall, 27th Floor
                                            Sacramento, CA 95814
23                                          Telephone: (916) 321-4500
                                            Facsimile: (916) 321-4555
24

25                                          *Attorneys for Defendant-Intervenors and Joined
                                            Party Defendants, San Luis & Delta-Mendota Water
26                                          Authority, Westlands Water District, Coelho Family
                                            Trust, Eagle Field Water District, Fresno Slough
27                                          Water District, Mercy Springs Water District, Oro
                                            Loma Water District, and Tranquillity Irrigation*
28

STIPULATION AND ORDER TO MODIFY FURTHER BRIEFING
SCHEDULE
CASE NO. 1:05-CV-01207 LJO-EPG

*District*

**ORDER**

Pursuant to the Parties' Stipulation, the Court hereby ORDERS that the following schedule for further proceedings in this case is established:

**Responsive Pleadings:**

- **April 14, 2017:** Answers to Plaintiffs' Fifth Supplemental Complaint shall be filed.

**Administrative Records:**

- **April 12, 2017:** Federal Defendants shall distribute to all parties a draft index summarizing the proposed contents of the administrative record(s) ("AR") for purposes of informing a meet and confer process regarding any potential disputes.

- **April 19, 2017:** Comments on the draft AR index shall be due to Federal Defendants.

- **May 3, 2017:** Federal Defendants shall lodge the AR.

- **May 24, 2017:** All motions regarding completeness of the AR and any motions or stipulations to limit review of the Sixth Claim as against Federal Defendants to the AR shall be filed. To the extent a motion is required, briefing shall take place according to the local rules.

- **7 days after Court's ruling on any disputes regarding completeness of the AR**: Federal Defendants shall complete any change to the AR to conform with the Court's rulings.

**Discovery for the Sixth Claim:**

- **March 24, 2017:** Plaintiffs, SRS Contractors and Federal Defendants shall meet and confer about the scope and schedule of discovery, and pre-trial and trial scheduling, for Plaintiffs' Sixth Claim for Relief against the SRS Contractors.

- **May 10, 2017:** Plaintiffs and Federal Defendants shall meet and confer about the scope and schedule of discovery for Plaintiffs' Sixth Claim for Relief against Federal Defendants.

IT IS SO ORDERED.

Dated:   **March 21, 2017**          _____**/s/ Lawrence J. O'Neill**_____
                                    UNITED STATES CHIEF DISTRICT JUDGE