**COUNSEL IDENTIFICATION ON FINAL PAGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN ZINKE, in his official capacity as Secretary of the Interior, *et al.*,<br><br>Defendants. | Case No. 1:05-cv-01207 LJO-EPG<br><br>**STIPULATION AND SCHEDULING ORDER** |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.*,<br><br>Defendants-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*,<br><br>Joined Parties. | |

**RECITALS**

WHEREAS, the Court entered the Parties' previous stipulation partially modifying the Court's Further Scheduling Order (Dkt. 1027) on March 21, 2017 (Dkt. 1073);

WHEREAS, that stipulation revised the schedule for responsive pleadings and administrative records, but did not change the remainder of the schedule;

WHEREAS, the Parties indicated that they would continue to meet and confer regarding "(i) the propriety, need for, or scope of discovery as to the claims against the Federal Defendants; (ii) discovery schedules; (iii) a briefing schedule; or (iv) pre-trial and trial scheduling" (Dkt. 1073);

WHEREAS, the Parties agree that Plaintiffs' Second and Fourth Claims will be resolved based on the administrative record, and, therefore, discovery is not appropriate as to those claims;

WHEREAS, Federal Defendants submit that Plaintiffs' Sixth Claim against Federal Defendants, as narrowed by this Court's February 23, 2017 Order (Dkt. 1069), can also be resolved on the administrative record, but Plaintiffs submit that the need for discovery on the Sixth Claim against Federal Defendants should be assessed after the administrative record is filed;

WHEREAS, the Parties accordingly continue to agree that the need for and scope of discovery for the Sixth Claim against Federal Defendants should be addressed after the administrative record is filed (Dkt. 1073 at 2);

WHEREAS, the Parties have now agreed on a revised schedule for all other discovery, briefing, pre-trial, and trial dates;

WHEREAS, during the meet and confer Federal Defendants requested that Plaintiffs abstain from propounding discovery as to Plaintiffs' Sixth Claim against the Sacramento River Settlement Contractors ("SRS Contractors"), other than requests for production, on Federal Defendants until after the Court had resolved any motion to limit review of the Sixth Claim as against Federal Defendants to the administrative record, or until the parties filed a stipulation to the same effect;

WHEREAS, Plaintiffs disagreed with Federal Defendants' proposal;

WHEREAS, in an effort to finalize the proposed discovery schedule, Federal Defendants

agreed to withdraw their request but do not waive any rights, objections, or responses that Federal Defendants may have to Plaintiffs' propounded discovery;

AND WHEREAS, the Parties' agreed schedule seeks to balance the Parties' need for adequate preparation time with the goal of resolving this case expeditiously and the Court's previously expressed preference against bifurcation (Doc. 1027 at 3);

**STIPULATION**

NOW THEREFORE, counsel for Plaintiffs and Defendants hereby stipulate to the following schedule regarding discovery, briefing, and trial deadlines. The Parties agree that the proposed discovery schedule does not waive any rights, objections, or responses that Federal Defendants may have to discovery propounded against the Federal Defendants as to Plaintiffs' Sixth Claim against the SRS Contractors. For the Court's reference, the schedule set forth below incorporates and italicizes the dates previously entered by the Court in response to the Parties' prior stipulation (Dkt. 1073).

| Date | Event |
| --- | --- |
| *April 12, 2017* | *Federal Defendants distribute draft administrative record ("AR") index.* |
| *April 14, 2017* | *Answers to Plaintiffs' Fifth Supplemental Complaint shall be filed.* |
| *April 19, 2017* | *Comments on draft AR index are due to Federal Defendants.* |
| *May 3, 2017* | *Federal Defendants shall lodge the AR.* |
| *May 10, 2017* | *Plaintiffs and Federal Defendants shall meet and confer over the need for discovery on the Sixth Claim against Federal Defendants.* |
| May 15, 2017 | Fact discovery begins for all parties regarding Plaintiffs' Sixth Claim against SRS Contractors. |
| *May 24, 2017* | *Motions regarding the completeness of AR are due.*<br>*Motions or stipulations to limit the Sixth Claim against Federal Defendants to the AR are due (Dkt. 1073 at 2).*<br>*Notice to Court and parties regarding intent to seek discovery on the Sixth Claim against Federal Defendants due (Dkt. 1027 at 2).* |
| June 5, 2017 | Plaintiffs and SRS Contractors shall serve initial disclosures. |
| *7 days after Court's ruling on completeness of AR* | *Federal Defendants shall complete the AR to conform to the Court's ruling.* |
| 90 days after the AR is deemed complete, or September 15, 2017, whichever is later | Plaintiffs' motion for summary judgment ("MSJ") on all claims shall be filed. |
| 30 days after Plaintiffs' MSJ | Defendants' oppositions and any MSJ shall be filed. |
| 30 days after Defendants' oppositions and MSJ | Plaintiffs' reply and oppositions to Defendants' MSJ shall be filed. |
| 14 days after Plaintiffs' opposition | Defendants' replies to their MSJ shall be filed. |
| 14 days after Defendants' reply | Hearing on MSJ shall be held. |
| December 11, 2017 | Fact discovery cutoff. |
| January 10, 2018 | Expert disclosures shall be filed. |
| February 9, 2018 | Rebuttal expert disclosures shall be filed. |
| February 28, 2018 | Expert discovery cutoff. |
| March 6, 2018 | Joint pretrial statement due. |
| March 13, 2018 | Pretrial conference. |
| March 27, 2018 | Proposed pretrial orders due. |
| April 3, 2018 | Answering trial briefs due. |
| April 10, 2018 | First day of trial. |

| | | |
|---|---|---|
| 1 | DATED: April 12, 2017 | *Barbara J. Chisholm* |
| | | Barbara J. Chisholm |
| 2 | | |
| | | HAMILTON CANDEE (SBN 111376) |
| 3 | | BARBARA JANE CHISHOLM (SBN 224656) |
| | | TONY LOPRESTI (SBN 289269) |
| 4 | | CORINNE JOHNSON (SB 287385) |
| | | ALTSHULER BERZON LLP |
| 5 | | 177 Post St., Suite 300 |
| | | San Francisco, CA 94108 |
| 6 | | Telephone: (415) 421-7151 |
| | | Facsimile: (415) 362-8064 |
| 7 | | |
| | | *Attorneys for Plaintiff NRDC* |
| 8 | | |
| | | KATHERINE POOLE (SBN 195010) |
| 9 | | DOUGLAS ANDREW OBEGI (SBN 246127) |
| | | NATURAL RESOURCES DEFENSE COUNCIL |
| 10 | | 111 Sutter Street, 21st Floor |
| | | San Francisco, CA 94104 |
| 11 | | Telephone: (415) 875-6100 |
| | | Facsimile: (415) 875-6161 |
| 12 | | |
| | | *Attorneys for Plaintiff NRDC* |
| 13 | | |
| | | TRENT W. ORR (SBN 77656) |
| 14 | | EARTHJUSTICE |
| | | 50 California St. Suite 500 |
| 15 | | San Francisco, CA 94111 |
| | | Telephone: (415) 217-2000 |
| 16 | | Facsimile: (415) 217-2040 |
| 17 | | *Attorneys for Plaintiffs* |
| 18 | | |
| 19 | DATED: April 12, 2017 | */s/ Nicole M. Smith* (as authorized on April 12, 2017) |
| | | Nicole M. Smith |
| 20 | | |
| 21 | | U.S. DEPARTMENT OF JUSTICE |
| | | ENVIRONMENT & NATURAL RESOURCES DIVISION |
| 22 | | 601 D Street, NW Room 3712 |
| | | Washington, D.C. 20044-7611 |
| 23 | | Telephone: (202) 305-0368 |
| | | Facsimile: (202) 305-0275 |
| 24 | | |
| | | *Attorneys for Respondents Ryan Zinke, in his official capacity as Secretary of the Interior, et al.* |
| 25 | | |
| 26 | | |
| 27 | DATED: April 12, 2017 | */s/ Meredith Nikkel* (as authorized on April 12, 2017) |
| | | Meredith Nikkel |
| 28 | | DOWNEY BRAND LLP |

| | | |
|---|---|---|
| 1 | | 621 Capitol Mall, 18th Floor |
| 2 | | Sacramento, CA 95814<br>Telephone: (916) 444-1000 |
| | | Facsimile: (916) 444-2100 |
| 3 | | |
| 4 | | *Attorneys for Intervenors and Joined Party Defendants Reclamation District No. 108, Sutter* |
| 5 | | *Mutual Water Company, Natomas Central Mutual Water Company, River Garden Farms Company,* |
| 6 | | *Pleasant Grove-Verona Mutual Water Company, Pelger Mutual Water Company, Meridian Farms* |
| 7 | | *Water Company, Henry D. Richter, et al., Howald Farms, Inc., Oji Brothers Farm, Inc., Oji Family* |
| 8 | | *Partnership, Carter Mutual Water Company, Windswept Land And Livestock Company, Maxwell* |
| 9 | | *Irrigation District, and Tisdale Irrigation and Drainage Company* |
| 10 | | |
| 11 | | |
| 12 | DATED: April 12, 2017 | /s/ *Andrew Hitchings* (as authorized on April 12, 2017) |
| 13 | | Andrew Hitchings |
| 14 | | SOMACH SIMMONS & DUNN<br>A Professional Corporation |
| 15 | | 500 Capitol Mall, Suite 1000<br>Sacramento, CA 95814 |
| 16 | | Telephone: (916) 446-7979 |
| 17 | | Facsimile: (916) 446-8199 |
| 18 | | *Attorneys for Intervenors and Joined Party Defendants Glenn-Colusa Irrigation District,* |
| 19 | | *Princeton-Codora-Glenn Irrigation District, Provident Irrigation District, Anderson-Cottonwood* |
| 20 | | *Irrigation District, City Of Redding, M & T Chico Ranch (Pacific Realty Associates), Reclamation* |
| 21 | | *District No. 1004, Conaway Preservation Group, LLC, and David and Alice te Velde Family Trust* |
| 22 | | |
| 23 | | |
| 24 | DATED: April 12, 2017 | /s/ *Daniel J. O'Hanlon* (as authorized on April 12, 2017) |
| 25 | | Daniel J. O'Hanlon |
| 26 | | KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD |
| 27 | | A Professional Corporation |
| 28 | | 400 Capitol Mall, 27th Floor<br>Sacramento, CA 95814 |

| | |
|---|---|
| 1 | Telephone: (916) 321-4500 |
| 2 | Facsimile: (916) 321-4555 |
| 3 | *Attorneys for Defendant-Intervenors and Joined Party Defendants, San Luis & Delta-Mendota Water Authority, Westlands Water District, Coelho Family Trust, Eagle Field Water District, Fresno Slough Water District, Mercy Springs Water District, Oro Loma Water District, and Tranquillity Irrigation District* |

# ORDER

Pursuant to the Parties' Stipulation, the Court hereby ORDERS that the following schedule for further proceedings in this case is established.

| Date | Event |
| --- | --- |
| May 15, 2017 | Fact discovery begins for all parties regarding Plaintiffs' Sixth Claim against SRS Contractors. |
| June 5, 2017 | Plaintiffs and SRS Contractors shall serve initial disclosures. |
| 90 days after the AR is deemed complete, or September 15, 2017, whichever is later | Plaintiffs' motion for summary judgment ("MSJ") on all claims shall be filed. |
| 30 days after Plaintiffs' MSJ | Defendants' oppositions and any MSJ shall be filed. |
| 30 days after Defendants' oppositions and MSJ | Plaintiffs' reply and oppositions to Defendants' MSJ shall be filed. |
| 14 days after Plaintiffs' opposition | Defendants' replies to their MSJ shall be filed. |
| 14 days after Defendants' reply | Hearing on MSJ shall be held. |
| December 11, 2017 | Fact discovery cutoff. |
| January 10, 2018 | Expert disclosures shall be filed. |
| February 9, 2018 | Rebuttal expert disclosures shall be filed. |
| February 28, 2018 | Expert discovery cutoff. |
| March 6, 2018 | Joint pretrial statement due. |
| March 13, 2018 | Pretrial conference. |
| March 27, 2018 | Proposed pretrial orders due. |
| April 3, 2018 | Answering trial briefs due. |
| April 10, 2018 | First day of trial. |

IT IS SO ORDERED.

Dated: **April 13, 2017**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE