COUNSEL IDENTIFICATION ON FINAL PAGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN K. ZINKE, in his official capacity as Secretary of the Interior, *et al.*,<br><br>Defendants. | Case No. 1:05-cv-01207 LJO-EPG<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES** |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.*,<br><br>Defendants-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*,<br><br>Joined Parties. | |

1     WHEREAS, on March 21, 2017, the Court entered an order setting the schedule for certain case management deadlines in the above-captioned case (ECF 1073);

    WHEREAS, pursuant to the Court's March 21, 2017 Order, all motions regarding completeness of the administrative record and any motions or stipulations to limit review of the Sixth Claim as against Federal Defendants to the administrative record shall be filed by May 24, 2017;

    WHEREAS, the Court's March 21, 2017 Order did not change the Court's previous requirement that "21 days after [the administrative record] is lodged: Notice must be provided to the Court and all parties regarding any intent to seek discovery on the Sixth Claim" (ECF 1027 at 2);

    WHEREAS, the parties notified the Court of their agreement that discovery is appropriate as to the Sixth Claim for Relief against the Sacramento River Settlement Contractor parties (ECF 1073 at 1);

    WHEREAS, the administrative record was lodged on May 3, 2017, thereby placing the deadline for notice of intent to seek discovery on the Sixth Claim as against Federal Defendants on May 24, 2017;

    WHEREAS, pursuant to the Court's March 21, 2017 Order, Plaintiffs and Federal Defendants met and conferred on May 10, 2017 about the scope and schedule of discovery for Plaintiffs' Sixth Claim for Relief against Federal Defendants;

    WHEREAS, the Plaintiffs and Federal Defendants agree that it would be in the best interest of all parties to allow additional time to discuss whether Plaintiffs and Defendants could reach agreement about whether discovery on Plaintiffs' Sixth Claim for Relief against Federal Defendants is necessary, or whether the parties could come to an agreement that would narrow or obviate the need for discovery on the Sixth Claim for Relief against Federal Defendants and motion practice on the scope of the record;

    WHEREAS, one or more counsel for Federal Defendants will be away from the office between May 15 and May 30, 2017;

**STIPULATION**

STIPULATION AND ORDER TO EXTEND DEADLINES
CASE NO. 1:05-CV-01207 LJO-EPG

1

| | |
|---|---|
| 1 | NOW THEREFORE, counsel for Plaintiffs and Defendants hereby stipulate to and jointly |
| 2 | request an order extending the deadlines to file all motions regarding completeness of the |
| 3 | administrative record, any motions or stipulations to limit review of the Sixth Claim as against |
| 4 | Federal Defendants to the administrative record, and any notice to the Court and parties of intent to |
| 5 | seek discovery on the Sixth Claim as against Federal Defendants by fourteen days, to and including |
| 6 | June 7, 2017. |

DATED: May 18, 2017         /s/ Nicole M. Smith
                            Nicole M. Smith

U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES DIVISION
601 D Street, NW Room 3712
Washington, D.C. 20044-7611
Telephone: (202) 305-0368
Facsimile: (202) 305-0275
Bradley H. Oliphant, Trial Attorney
U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES DIVISION
999 18th St., South Terrace, Ste. 370
Denver, CO 80202
Tel: (303) 844-1381
Facsimile: (303) 844-1350

*Attorneys for Respondents Ryan K. Zinke, in his official capacity as Secretary of the Interior, et al.*

DATED: May 18, 2017         /s/ Katherine S. Poole (as authorized on May 18, 2017). Katherine S. Poole

KATHERINE POOLE (SBN 195010)
DOUGLAS ANDREW OBEGI (SBN 246127)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
Facsimile: (415) 875-6161

*Attorneys for Plaintiff NRDC*

HAMILTON CANDEE (SBN 111376)
BARBARA JANE CHISHOLM (SBN 224656)
TONY LOPRESTI (SBN 289269)
CORINNE JOHNSON (SB 287385)

| | |
|---|---|
| | ALTSHULER BERZON LLP<br>177 Post St., Suite 300<br>San Francisco, CA 94108<br>Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064 |
| | *Attorneys for Plaintiff NRDC* |
| DATED: May 18, 2017 | /s/*Meredith Nikkel* (as authorized on May 18, 2017)<br>Meredith Nikkel |
| | DOWNEY BRAND LLP<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>Telephone: (916) 444-1000<br>Facsimile: (916) 444-2100 |
| | *Attorneys for Intervenors and Joined Party Defendants Reclamation District No. 108, Sutter Mutual Water Company, Natomas Central Mutual Water Company, River Garden Farms Company, Pleasant Grove-Verona Mutual Water Company, Pelger Mutual Water Company, Meridian Farms Water Company, Henry D. Richter, et al., Howald Farms, Inc., Oji Brothers Farm, Inc., Oji Family Partnership, Carter Mutual Water Company, Windswept Land And Livestock Company, Maxwell Irrigation District, and Tisdale Irrigation and Drainage Company* |
| DATED: May 18, 2017 | /s/ *Andrew Hitchings* (as authorized on May 18, 2017)<br>Andrew Hitchings |
| | SOMACH SIMMONS & DUNN<br>A Professional Corporation<br>500 Capitol Mall, Suite 1000<br>Sacramento, CA 95814<br>Telephone: (916) 446-7979<br>Facsimile: (916) 446-8199 |
| | *Attorneys for Intervenors and Joined Party Defendants Glenn-Colusa Irrigation District, Princeton-Codora-Glenn Irrigation District, Provident Irrigation District, Anderson-Cottonwood Irrigation District, City Of Redding, M & T Chico Ranch (Pacific Realty Associates), Reclamation District No. 1004, Conaway Preservation Group, LLC, and David and Alice te Velde Family Trust* |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 18, 2017 | /s/ *Daniel J. O'Hanlon* (as authorized on May 18 2017) |
| 3 | | Daniel J. O'Hanlon |
| 4 | | |
| 5 | | KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD |
| 6 | | A Professional Corporation |
| | | 400 Capitol Mall, 27th Floor |
| 7 | | Sacramento, CA 95814 |
| | | Telephone: (916) 321-4500 |
| 8 | | Facsimile: (916) 321-4555 |
| 9 | | *Attorneys for Defendant-Intervenors and Joined Party Defendants, San Luis & Delta-Mendota Water Authority, Westlands Water District, Coelho Family Trust, Eagle Field Water District, Fresno Slough Water District, Mercy Springs Water District, Oro Loma Water District, and Tranquillity Irrigation District* |

**ORDER**

Pursuant to the Parties' Stipulation, the Court hereby ORDERS that the deadlines to file all motions regarding completeness of the administrative record, any motions or stipulations to limit review of the Sixth Claim as against Federal Defendants to the administrative record, and any notice to the Court and parties of intent to seek discovery on the Sixth Claim as against Federal Defendants shall be extended by fourteen days, to and including June 7, 2017.

IT IS SO ORDERED.

Dated: **May 18, 2017**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE