**COUNSEL IDENTIFICATION ON FINAL PAGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN K. ZINKE, in his official capacity as Secretary of the Interior, *et al.*,<br><br>Defendants. | Case No. 1:05-cv-01207 LJO-EPG<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES** |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.*,<br><br>Defendants-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*,<br><br>Joined Parties. | |

| | |
|---|---|
| 1 | WHEREAS, on May 18, 2017, the parties filed the first joint stipulated request to extend |
| 2 | the deadlines to file all motions regarding completeness of the administrative record, any motions |
| 3 | or stipulations to limit review of the Sixth Claim as against Federal Defendants to the |
| 4 | administrative record, and any notice to the Court and parties of intent to seek discovery on the |
| 5 | Sixth Claim as against Federal Defendants from May 24 to June 7, 2017 (ECF No. 1088), which |
| 6 | was granted by this Court on the same day (ECF No. 1089); |
| 7 | WHEREAS, Plaintiffs and Federal Defendants have reached a tentative agreement that will |
| 8 | avoid motion practice concerning discovery against the Federal Defendants with respect to |
| 9 | Plaintiffs' Sixth Claim; |
| 10 | WHEREAS, in order to promote the efficient resolution of Plaintiffs' Sixth Claim and |
| 11 | obviate the need for any discovery as against the Federal Defendants, Federal Defendants are now |
| 12 | seeking to reach a similar agreement with the SRS Contractors; |
| 13 | WHEREAS, Plaintiffs and Federal Defendants are diligently working toward resolving |
| 14 | questions about the scope of the administrative record in an effort to obviate the need for motion |
| 15 | practice; |

**STIPULATION**

NOW THEREFORE, counsel for Plaintiffs and Defendants hereby stipulate to and jointly request an order extending the deadlines to file all motions regarding completeness of the administrative record, any motions or stipulations to limit review of the Sixth Claim as against Federal Defendants to the administrative record, and any notice to the Court and parties of intent to seek discovery on the Sixth Claim as against Federal Defendants by fourteen days, to and including June 21, 2017.

DATED: June 7, 2017　　　　　　　　*/s/ Nicole M. Smith*
　　　　　　　　　　　　　　　　　　Nicole M. Smith

U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES
DIVISION
601 D Street, NW Room 3712
Washington, D.C. 20044-7611

STIPULATION AND ORDER TO EXTEND DEADLINES
CASE NO. 1:05-CV-01207 LJO-EPG

1

|   |   |   |
|---|---|---|
| 1 | | Telephone: (202) 305-0368 |
| 2 | | Facsimile: (202) 305-0275 |
|   | | Bradley H. Oliphant, Trial Attorney |
|   | | U.S. DEPARTMENT OF JUSTICE |
| 3 | | ENVIRONMENT & NATURAL RESOURCES DIVISION |
| 4 | | 999 18th St., South Terrace, Ste. 370 |
|   | | Denver, CO 80202 |
| 5 | | Tel: (303) 844-1381 |
|   | | Facsimile: (303) 844-1350 |
| 6 | | |
|   | | *Attorneys for Respondents Ryan K. Zinke, in his official capacity as Secretary of the Interior, et al.* |

DATED: June 7, 2017       */s/ Katherine S. Poole* (as authorized on June 7, 2017). Katherine S. Poole

KATHERINE POOLE (SBN 195010)
DOUGLAS ANDREW OBEGI (SBN 246127)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
Facsimile: (415) 875-6161

*Attorneys for Plaintiff NRDC*

HAMILTON CANDEE (SBN 111376)
BARBARA JANE CHISHOLM (SBN 224656)
TONY LOPRESTI (SBN 289269)
CORINNE JOHNSON (SB 287385)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Attorneys for Plaintiff NRDC*

DATED: June 7, 2017       /s/*Meredith Nikkel* (as authorized on June 7, 2017)
Meredith Nikkel

DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

*Attorneys for Intervenors and Joined Party Defendants Reclamation District No. 108, Sutter Mutual Water Company, Natomas Central Mutual Water Company, River Garden Farms Company, Pleasant Grove-Verona Mutual Water Company,*

*Pelger Mutual Water Company, Meridian Farms Water Company, Henry D. Richter, et al., Howald Farms, Inc., Oji Brothers Farm, Inc., Oji Family Partnership, Carter Mutual Water Company, Windswept Land And Livestock Company, Maxwell Irrigation District, and Tisdale Irrigation and Drainage Company*

DATED: June 7, 2017  /s/ *Andrew Hitchings* (as authorized on June 7, 2017)
Andrew Hitchings

SOMACH SIMMONS & DUNN
A Professional Corporation
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

*Attorneys for Intervenors and Joined Party Defendants Glenn-Colusa Irrigation District, Princeton-Codora-Glenn Irrigation District, Provident Irrigation District, Anderson-Cottonwood Irrigation District, City Of Redding, M & T Chico Ranch (Pacific Realty Associates), Reclamation District No. 1004, Conaway Preservation Group, LLC, and David and Alice te Velde Family Trust*

DATED: June 7, 2017  /s/ *Daniel J. O'Hanlon* (as authorized on June 7 2017)
Daniel J. O'Hanlon

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

*Attorneys for Defendant-Intervenors and Joined Party Defendants, San Luis & Delta-Mendota Water Authority, Westlands Water District, Coelho Family Trust, Eagle Field Water District, Fresno Slough Water District, Mercy Springs Water District, Oro Loma Water District, and Tranquillity Irrigation District*

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the Parties' Stipulation, the Court hereby ORDERS that the deadlines to file all |
| 3 | motions regarding completeness of the administrative record, any motions or stipulations to limit |
| 4 | review of the Sixth Claim as against Federal Defendants to the administrative record, and any |
| 5 | notice to the Court and parties of intent to seek discovery on the Sixth Claim as against Federal |
| 6 | Defendants shall be extended by fourteen days, to and including June 21, 2017. |

IT IS SO ORDERED.

Dated: __June 7, 2017__              _____/s/ Lawrence J. O'Neill_____
                                     UNITED STATES CHIEF DISTRICT JUDGE