**COUNSEL IDENTIFICATION ON FINAL PAGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN K. ZINKE, in his official capacity as Secretary of the Interior, *et al.*,<br><br>Defendants. | Case No. 1:05-cv-01207 LJO-EPG<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES** |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.*,<br><br>Defendants-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*,<br><br>Joined Parties. | |

| | |
|---|---|
| 1 | WHEREAS, on June 7, 2017, the parties filed the second joint stipulated request to extend |
| 2 | the deadlines to file all motions regarding completeness of the administrative record, any motions |
| 3 | or stipulations to limit review of the Sixth Claim as against Federal Defendants to the |
| 4 | administrative record, and any notice to the Court and parties of intent to seek discovery on the |
| 5 | Sixth Claim as against Federal Defendants from June 7 to June 21, 2017 (ECF No. 1090), which |
| 6 | was granted by this Court on the same day (ECF No. 1092); |
| 7 | WHEREAS, Plaintiffs and Federal Defendants have reached a tentative agreement that will |
| 8 | avoid motion practice concerning discovery against the Federal Defendants with respect to |
| 9 | Plaintiffs' Sixth Claim; |
| 10 | WHEREAS, Plaintiffs and Federal Defendants are diligently working toward resolving |
| 11 | questions about the scope of the administrative record in an effort to obviate the need for motion |
| 12 | practice; |
| 13 | WHEREAS, the SRS Contractors are amenable to this stipulation provided that they are |
| 14 | included in further meet and confer discussions between Federal Defendants and Plaintiffs |
| 15 | regarding any agreement the Federal Defendants and Plaintiffs may reach to: (1) obviate the need |
| 16 | for third-party discovery on Plaintiffs' Sixth Claim as against the SRS Contractors; or (2) limit |
| 17 | review of Plaintiffs' Sixth Claim as against the Federal Defendants to an administrative record or |
| 18 | any other limited scope of evidence. |

**STIPULATION**

NOW THEREFORE, counsel for Plaintiffs and Defendants hereby stipulate to and jointly request an order extending the deadlines to file all motions regarding completeness of the administrative record, any motions or stipulations to limit review of the Sixth Claim as against Federal Defendants to the administrative record, and any notice to the Court and parties of intent to seek discovery on the Sixth Claim as against Federal Defendants by fourteen days, to and including July 5, 2017.

DATED: June 21, 2017

*/s/ Nicole M. Smith*
Nicole M. Smith

U.S. DEPARTMENT OF JUSTICE

| | |
|---|---|
| 1 | ENVIRONMENT & NATURAL RESOURCES DIVISION |
| 2 | 601 D Street, NW Room 3712 |
| | Washington, D.C. 20044-7611 |
| 3 | Telephone: (202) 305-0368 |
| | Facsimile: (202) 305-0275 |
| 4 | |
| 5 | Bradley H. Oliphant, Trial Attorney |
| | U.S. DEPARTMENT OF JUSTICE |
| 6 | ENVIRONMENT & NATURAL RESOURCES DIVISION |
| 7 | 999 18th St., South Terrace, Ste. 370 |
| | Denver, CO 80202 |
| 8 | Tel: (303) 844-1381 |
| | Facsimile: (303) 844-1350 |
| 9 | *Attorneys for Respondents Ryan K. Zinke, in his official capacity as Secretary of the Interior, et al.* |
| 10 | |

| | | |
|---|---|---|
| 11 | DATED: June 21, 2017 | */s/ Barbara J. Chisholm* (as authorized on June 21, 2017). Barbara J. Chisholm |
| 12 | | |
| 13 | | BARBARA JANE CHISHOLM (SBN 224656) |
| | | HAMILTON CANDEE (SBN 111376) |
| 14 | | TONY LOPRESTI (SBN 289269) |
| | | CORINNE JOHNSON (SB 287385) |
| 15 | | ALTSHULER BERZON LLP |
| | | 177 Post St., Suite 300 |
| 16 | | San Francisco, CA 94108 |
| | | Telephone: (415) 421-7151 |
| 17 | | Facsimile: (415) 362-8064 |
| 18 | | *Attorneys for Plaintiff NRDC* |
| 19 | | KATHERINE POOLE (SBN 195010) |
| | | DOUGLAS ANDREW OBEGI (SBN 246127) |
| 20 | | NATURAL RESOURCES DEFENSE COUNCIL |
| | | 111 Sutter Street, 21st Floor |
| 21 | | San Francisco, CA 94104 |
| | | Telephone: (415) 875-6100 |
| 22 | | Facsimile: (415) 875-6161 |
| 23 | | *Attorneys for Plaintiff NRDC* |
| 24 | | |
| 25 | DATED: June 21, 2017 | */s/Meredith Nikkel* (as authorized on June 21, 2017) Meredith Nikkel |
| 26 | | DOWNEY BRAND LLP |
| 27 | | 621 Capitol Mall, 18th Floor |
| | | Sacramento, CA 95814 |
| 28 | | Telephone: (916) 444-1000 |
| | | Facsimile: (916) 444-2100 |

*Attorneys for Intervenors and Joined Party Defendants Reclamation District No. 108, Sutter Mutual Water Company, Natomas Central Mutual Water Company, River Garden Farms Company, Pleasant Grove-Verona Mutual Water Company, Pelger Mutual Water Company, Meridian Farms Water Company, Henry D. Richter, et al., Howald Farms, Inc., Oji Brothers Farm, Inc., Oji Family Partnership, Carter Mutual Water Company, Windswept Land And Livestock Company, Maxwell Irrigation District, and Tisdale Irrigation and Drainage Company*

DATED: June 21, 2017

/s/ *Andrew Hitchings* (as authorized on June 21, 2017)
Andrew Hitchings

SOMACH SIMMONS & DUNN
A Professional Corporation
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

*Attorneys for Intervenors and Joined Party Defendants Glenn-Colusa Irrigation District, Princeton-Codora-Glenn Irrigation District, Provident Irrigation District, Anderson-Cottonwood Irrigation District, City Of Redding, M & T Chico Ranch (Pacific Realty Associates), Reclamation District No. 1004, Conaway Preservation Group, LLC, and David and Alice te Velde Family Trust*

DATED: June 21, 2017

/s/ *Daniel J. O'Hanlon* (as authorized on June 21 2017)
Daniel J. O'Hanlon

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

*Attorneys for Defendant-Intervenors and Joined*

| | |
|---|---|
| | *Party Defendants, San Luis & Delta-Mendota Water Authority, Westlands Water District, Coelho Family Trust, Eagle Field Water District, Fresno Slough Water District, Mercy Springs Water District, Oro Loma Water District, and Tranquillity Irrigation District* |

**ORDER**

Pursuant to the Parties' Stipulation, the Court hereby ORDERS that the deadlines to file all motions regarding completeness of the administrative record, any motions or stipulations to limit review of the Sixth Claim as against Federal Defendants to the administrative record, and any notice to the Court and parties of intent to seek discovery on the Sixth Claim as against Federal Defendants shall be extended by fourteen days, to and including July 5, 2017.

IT IS SO ORDERED.

Dated: **June 21, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE