**COUNSEL IDENTIFICATION ON FINAL PAGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RYAN K. ZINKE, in his official capacity as Secretary of the Interior, *et al.*,<br><br>　　　　Defendants. | Case No. 1:05-cv-01207 LJO-EPG<br><br>**STIPULATION REGARDING SUBMISSION OF ADDITIONAL DOCUMENTS** |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.*,<br><br>　　　　Defendants-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*,<br><br>　　　　Joined Parties. | |

| | |
|---|---|
| 1 | WHEREAS, on June 21, 2017, the Court extended the deadlines to file all motions |
| 2 | regarding completeness of the administrative record, any motions or stipulations to limit review of |
| 3 | the Sixth Claim as against Federal Defendants to the administrative record, and any notice to the |
| 4 | Court and parties of intent to seek discovery on the Sixth Claim as against Federal Defendants, to |
| 5 | and including July 5, 2017 (ECF 1094); |
| 6 | WHEREAS, Plaintiffs and Federal Defendants have reached an agreement that will avoid |
| 7 | discovery, with limited exceptions, against the Federal Defendants with respect to Plaintiffs' Sixth |
| 8 | Claim; |
| 9 | WHEREAS, in order to avoid discovery against Federal Defendants on Plaintiffs' Sixth |
| 10 | Claim, Federal Defendants have agreed to submit to the Court a list of authenticated documents |
| 11 | (Attachment 1) that may be relevant to Plaintiffs' Sixth Claim as against the SRS Contractors; |
| 12 | WHEREAS, it is Federal Defendants' position that the documents listed in Attachment 1 |
| 13 | shall not be used by Plaintiffs in support of Plaintiffs' Sixth Claim as against Federal Defendants, |
| 14 | and Federal Defendants retain their right to object to any use of these documents, move for a |
| 15 | protective order to strike any of these documents in dispositive motion briefing, or otherwise |
| 16 | respond to the use of these documents as appropriate; |
| 17 | WHEREAS, in order to avoid discovery against Federal Defendants on Plaintiffs' Sixth |
| 18 | Claim, Federal Defendants have agreed to supplement the administrative record for the Sixth |
| 19 | Claim that was previously lodged by Reclamation (ECF 1084) with the documents identified in |
| 20 | Attachment 2; |
| 21 | WHEREAS, Federal Defendants have agreed that the documents identified in Attachment |
| 22 | 2 as supplements to the administrative record (Attachment 2) can be used by Plaintiffs as |
| 23 | appropriate in support of Plaintiffs' Sixth Claim as against Federal Defendants; |
| 24 | WHEREAS, Federal Defendants reserve their right to oppose, move to strike, or otherwise |
| 25 | object to the use by Plaintiffs in support of Plaintiffs' Sixth Claim as against Federal Defendants of |
| 26 | any documents beyond those contained in the administrative record for the Sixth Claim that was |
| 27 | previously lodged by Reclamation (ECF 1084) and the documents identified in Attachment 2 as |
| 28 | supplements to the administrative record (*see*, *i.e*. ECF 1021 at 11-12; ECF 1025 at 2); |

1  WHEREAS, Plaintiffs and Federal Defendants agree that Plaintiffs' Sixth Claim as against

2  the Federal Defendants is likely to be resolved on cross-motions for summary judgment;

3  WHEREAS, it is Plaintiffs' position that the documents listed in Attachment 1 and other

4  documents may be relevant and used by Plaintiffs in support of Plaintiffs' Sixth Claim as against

5  Federal Defendants (ECF 1018 at 29-30) and Plaintiffs retain their right to use these documents

6  and to oppose objections, motions to strike, or other efforts to limit the use of any of these

7  documents in dispositive motion briefing and/or at trial;

8  WHEREAS, nothing in this stipulation prohibits Plaintiffs from moving to supplement the

9  administrative record or requesting that the Court consider extra-record evidence with respect to

10 Plaintiffs' Second and Fourth Claims; nothing in this stipulation prohibits Plaintiffs from

11 requesting that the Court consider declarations and other evidence in support of Plaintiffs'

12 prosecution of the Sixth Claim against Federal Defendants; and nothing in this stipulation limits

13 the scope of discovery which may be propounded upon the SRS Contractor Defendants with

14 respect to Plaintiffs' Sixth Claim against the SRS Contractor Defendants;

15 WHEREAS, nothing in this stipulation prohibits Federal Defendants from opposing any

16 motions to supplement the administrative record and/or motions requesting that the Court consider

17 extra-record evidence, objecting to the use of extra-record evidence, including declarations,

18 moving for a protective order to strike any use of extra-record evidence in dispositive motion

19 briefing, or from otherwise responding to the use of these documents as appropriate.

20 **STIPULATION**

21 NOW THEREFORE, counsel for Plaintiffs and Federal Defendants hereby stipulate to the

22 following:

23 1. In order to obviate the need for discovery by Plaintiffs against Federal Defendants

24 regarding Plaintiffs' Sixth Claim for Relief, with limited exceptions, Federal Defendants agree to

25 submit to the Court the appended list of documents (Attachment 1) along with a declaration

26 authenticating the documents as either (a) U.S. Bureau of Reclamation documents, (b) documents

27 maintained on government websites, or (c) other publicly available documents, and identifying,

28 wherever possible, the authoring agency or person of each document; should the authoring agency

be unknown, Federal Defendants will include a link to the website where the document was maintained or available at the time the document list was submitted to the Court;

2. All parties retain their right to object to the use of any document identified in Attachment 1 in dispositive motion briefing and/or at trial, including but not limited to: raising evidentiary objections; filing protective orders or motions to strike; or otherwise objecting to the use of the documents as appropriate; provided that Federal Defendants may not object on the ground that a document identified in Attachment 1 has not been authenticated or is not a public record. Plaintiffs retain their right to oppose any efforts to limit the use of the documents identified in Attachment 1 in dispositive motion briefing and/or at trial;

3. The parties to this stipulation agree that the documents identified in Attachment 2 will supplement the administrative record for the Sixth Claim that was previously lodged by Reclamation (ECF 1084);

4. Plaintiffs reserve their right to seek through discovery additional communications between Federal Defendants and any or all SRS Contractors to the extent that Plaintiffs are unable to obtain such communications from the SRS Contractors. To the extent Plaintiffs seek production of specific documents from Federal Defendants, Plaintiffs will include in their request the documents' sender, recipient, date, and/or title, to the best of Plaintiffs' ability. Plaintiffs reserve their right to depose up to two witnesses from Federal Defendant agencies as subject matter experts. Federal Defendants will not object to the deposition of up to two subject matter experts, but reserve their right to raise other applicable objections to such depositions.

5. Federal Defendants will submit the documents identified on Attachment 1 and Attachment 2 on July 14, 2017.

DATED: July 5, 2017                 */s/ Nicole M. Smith*
                                                    Nicole M. Smith

U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES
DIVISION
601 D Street, NW Room 3712
Washington, D.C. 20044-7611
Telephone: (202) 305-0368
Facsimile: (202) 305-0275

|   |   |   |
|---|---|---|
| 1 | | Bradley H. Oliphant, Trial Attorney |
| 2 | | U.S. DEPARTMENT OF JUSTICE |
| | | ENVIRONMENT & NATURAL RESOURCES |
| 3 | | DIVISION |
| | | 999 18th St., South Terrace, Ste. 370 |
| 4 | | Denver, CO 80202 |
| | | Tel: (303) 844-1381 |
| 5 | | Facsimile: (303) 844-1350 |
| 6 | | *Attorneys for Respondents Ryan K. Zinke, in his official capacity as Secretary of the Interior, et al.* |
| 7 | | |
| 8 | DATED: July 5, 2017 | */s/ Katherine S. Poole* (as authorized on July 5). |
| | | Katherine S. Poole |
| 9 | | |
| | | KATHERINE POOLE (SBN 195010) |
| 10 | | DOUGLAS ANDREW OBEGI (SBN 246127) |
| | | NATURAL RESOURCES DEFENSE COUNCIL |
| 11 | | 111 Sutter Street, 21st Floor |
| | | San Francisco, CA 94104 |
| 12 | | Telephone: (415) 875-6100 |
| | | Facsimile: (415) 875-6161 |
| 13 | | |
| | | *Attorneys for Plaintiff NRDC* |
| 14 | | |
| | | HAMILTON CANDEE (SBN 111376) |
| 15 | | BARBARA JANE CHISHOLM (SBN 224656) |
| | | TONY LOPRESTI (SBN 289269) |
| 16 | | CORINNE JOHNSON (SBN 287385) |
| | | ALTSHULER BERZON LLP |
| 17 | | 177 Post St., Suite 300 |
| | | San Francisco, CA 94108 |
| 18 | | Telephone: (415) 421-7151 |
| | | Facsimile: (415) 362-8064 |
| 19 | | |
| | | *Attorneys for Plaintiff NRDC* |
| 20 | | |
| 21 | | TRENT W. ORR (SBN 77656) |
| | | EARTHJUSTICE |
| 22 | | 50 California St. Suite 500 |
| | | San Francisco, CA 94111 |
| 23 | | Telephone: (415) 217-2000 |
| | | Facsimile: (415) 217-2040 |
| 24 | | |
| | | *Attorneys for Plaintiffs* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**ORDER**

Pursuant to the Parties' Stipulation, the Court hereby ORDERS that the parties shall comply with the terms of the stipulation.

IT IS SO ORDERED.

Dated: __**July 7, 2017**__     _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE