**COUNSEL IDENTIFICATION ON FINAL PAGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RYAN K. ZINKE, in his official capacity as Secretary of the Interior, *et al.*,<br><br>　　　　Defendants. | Case No. 1:05-cv-01207 LJO-EPG<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES** |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.*,<br><br>　　　　Defendants-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*,<br><br>　　　　Joined Parties. | |

1  WHEREAS, on July 5, 2017, Plaintiffs filed a motion to complete the administrative record, ECF No. 1096;

WHEREAS, a hearing on the motion is set for August 3, 2017, when counsel for Federal Defendants will be out of the country on previously scheduled travel;

WHEREAS, pursuant Local Rule 230(c), any Defendants' opposition to Plaintiffs' motion to complete the administrative record is currently due on July 20, 2017;

WHEREAS, Plaintiffs' reply is currently due on July 27, 2017;

WHEREAS, this is the parties' first request for an extension of time to brief Plaintiffs' motion to complete the administrative record.

**STIPULATION**

NOW THEREFORE, counsel for Plaintiffs and Defendants hereby stipulate to and jointly request an order extending the motion and hearing deadlines as follows:

- Oppositions to the motion to complete the administrative record shall be extended by one week, to and including, July 27, 2017;
- Plaintiffs' deadline to reply shall be extended by 11 days, to and including August 7, 2017;
- A hearing on Plaintiffs' motion to complete the administrative record, if necessary, shall be calendared for August 14, 2017, or at the Court's earliest convenience thereafter.

DATED: July 14, 2017            */s/ Nicole M. Smith*
Nicole M. Smith

U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES DIVISION
601 D Street, NW Room 3712
Washington, D.C. 20044-7611
Telephone: (202) 305-0368
Facsimile: (202) 305-0275

Bradley H. Oliphant, Trial Attorney
U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES DIVISION
999 18th St., South Terrace, Ste. 370
Denver, CO 80202
Tel: (303) 844-1381
Facsimile: (303) 844-1350

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
CASE NO. 1:05-CV-01207 LJO-EPG

1

|   |   |   |
|---|---|---|
| 1 |  | *Attorneys for Respondents Ryan K. Zinke, in his official capacity as Secretary of the Interior, et al.* |
| 2 |  |  |
| 3 | DATED: July 14, 2017 | */s/ Barbara J. Chisholm* (as authorized on July 14, 2017). Barbara J. Chisholm |

BARBARA JANE CHISHOLM (SBN 224656)
HAMILTON CANDEE (SBN 111376)
TONY LOPRESTI (SBN 289269)
CORINNE JOHNSON (SB 287385)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Attorneys for Plaintiff NRDC*

KATHERINE POOLE (SBN 195010)
DOUGLAS ANDREW OBEGI (SBN 246127)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
Facsimile: (415) 875-6161

*Attorneys for Plaintiff NRDC*

DATED: July 14, 2017          /s/*Meredith Nikkel*   (as authorized on July 14, 2017)
                              Meredith Nikkel

DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

*Attorneys for Intervenors and Joined Party Defendants Reclamation District No. 108, Sutter Mutual Water Company, Natomas Central Mutual Water Company, River Garden Farms Company, Pleasant Grove-Verona Mutual Water Company, Pelger Mutual Water Company, Meridian Farms Water Company, Henry D. Richter, et al., Howald Farms, Inc., Oji Brothers Farm, Inc., Oji Family Partnership, Carter Mutual Water Company, Windswept Land And Livestock Company, Maxwell Irrigation District, and Tisdale Irrigation and Drainage Company*

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
CASE NO. 1:05-CV-01207 LJO-EPG

2

| | | |
|---|---|---|
| 1 | DATED: July 14, 2017 | /s/ *Andrew Hitchings* (as authorized on July 14, 2017) |
| 2 | | Andrew Hitchings |

SOMACH SIMMONS & DUNN
A Professional Corporation
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

*Attorneys for Intervenors and Joined Party Defendants Glenn-Colusa Irrigation District, Princeton-Codora-Glenn Irrigation District, Provident Irrigation District, Anderson-Cottonwood Irrigation District, City Of Redding, M & T Chico Ranch (Pacific Realty Associates), Reclamation District No. 1004, Conaway Preservation Group, LLC, and David and Alice te Velde Family Trust*

DATED: July 14, 2017    /s/ *Daniel J. O'Hanlon* (as authorized on July 14 2017)
Daniel J. O'Hanlon

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

*Attorneys for Defendant-Intervenors and Joined Party Defendants, San Luis & Delta-Mendota Water Authority, Westlands Water District, Coelho Family Trust, Eagle Field Water District, Fresno Slough Water District, Mercy Springs Water District, Oro Loma Water District, and Tranquillity Irrigation District*

Pursuant to the Parties' Stipulation, the Court hereby ORDERS that the parties shall comply with the following motion briefing schedule:

- Oppositions to the motion to complete the administrative record shall be extended by one week, to and including, July 27, 2017;
- Plaintiffs' deadline to reply shall be extended by 11 days, to and including August 7, 2017;
- No hearing on Plaintiffs' administrative record shall be calendared. The Court will review the papers and inform the parties if it believes a hearing will be helpful or necessary. The hearing currently set for August 3, 2017 is VACATED.

IT IS SO ORDERED.

Dated:   **July 17, 2017**                                  **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES CHIEF DISTRICT JUDGE