UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RYANK ZINKE, U.S. Department of the Interior, *et al.*,<br><br>Defendants. | Case No. 1:05-cv-01207-LJO-EPG<br><br>**ORDER GRANTING IN PART PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES (ECF NO. 1117)** |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.*,<br><br>Defendants-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*,<br><br>Joined Parties. | |

Upon careful consideration of Plaintiffs' Motion to Substitute Parties, oppositions thereto, replies, and supplemental filings, as well as the relevant statutory and case law, the Court hereby GRANTS THE MOTION IN PART. Pursuant to Federal Rule of Civil Procedure 25(c) and consistent with the agreement of all parties, it is hereby ORDERED that Knights Landing Investors, LLC is substituted for Defendant Fred Tenhunfeld, *et al.*, and that Pelger Road 1700, LLC is substituted for Defendants Christo D. Bardis, John Reynen, and Judith Reynen. Cranmore

Farms, LLC ("Cranmore") will not be made a party to the case at this time, with the understanding that Plaintiffs may obtain relevant testimony and documents from Cranmore pursuant to normal discovery procedures.

IT IS SO ORDERED.

Dated: **October 10, 2017**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE