| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **EASTERN DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, | Case No. 1:05-cv-01207-LJO-EPG |
| Plaintiffs, | **ORDER TERMINATING CALIFORNIA FARM BUREAU FEDERATIONAS DEFENDANT-INTERVENOR ON THE DOCKET** |
| v. | |
| RYANK ZINKE, U.S. Department of the Interior, *et al.*, | (ECF NO. 1137) |
| Defendants. | |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.*, | |
| Defendants-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*, | |
| Joined Parties. | |

On November 1, 2017, the parties filed a stipulation to dismiss defendant-intervenor California Farm Bureau Federation from this action without prejudice. (ECF No. 1137.) Based upon the stipulation of all the parties, the California Farm Bureau Federation is dismissed from this action as a defendant-intervenor, without effect upon the claims and defenses of all other parties in this matter.

1

Accordingly, the Clerk of the Court is DIRECTED to terminate CALIFORNIA FARM BUREAU FEDERATION on the docket as a defendant-intervenor.

IT IS SO ORDERED.

Dated: **November 3, 2017**                /s/ Ericn P. Groj

UNITED STATES MAGISTRATE JUDGE