Nancy N. McDonough  (SBN 84234)
General Counsel
Christian C. Scheuring (SBN 208807)
Managing Counsel
California Farm Bureau Federation
2300 River Plaza Drive
 Telephone:  (916) 561-5665
 Fax:  (916) 561-5691
 E-Mail:  nmcdonough@cfbf.com
 E-Mail:  cscheuring@cfbf.com
*Attorneys for Defendant-Intervenor
California Farm Bureau Federation*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, <br><br>    Plaintiffs, <br><br> vs. <br><br> RYAN K. ZINKE, Secretary, U.S. Department of the Interior, *et al.*, <br><br>    Defendants. | Case No. 1:05-CV-01207 LJO-EPG <br><br> STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT-INTERVENOR CALIFORNIA FARM BUREAU FEDERATION, AND ORDER THEREON |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY; et al., <br><br>    Defendant-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT; et al., <br><br>    Joined Parties. | |

All active parties to this action hereby stipulate that Defendant-Intervenor California Farm Bureau Federation (Farm Bureau) be dismissed from the instant action without prejudice.  The dismissal of the Farm Bureau is without effect upon the claims and defenses of all other Parties in this case.  Plaintiffs and the Farm Bureau agree to a mutual waiver of any and all claims against

each other for costs or fees incurred in the instant action.

                Respectfully submitted,

                CALIFORNIA FARM BUREAU FEDERATION

                By */s/Christian C. Scheuring*
                    Christian Charles Scheuring
                    Attorney for Defendant-Intervenor CALIFORNIA FARM BUREAU FEDERATION


                NATURAL RESOURCES DEFENSE COUNCIL

                By */s/Katherine Poole (as authorized on 10/27/17)*

                    NATURAL RESOURCES DEFENSE COUNCIL
                    KATHERINE POOLE
                    Attorney for Plaintiff NRDC

                    ALTSHULER BERZON LLP
                    HAMILTON CANDEE
                    BARBARA J. CHISHOLM
                    TONY LOPRESTI
                    CORINNE JOHNSON
                    Attorney for Plaintiff NRDC

                    EARTHJUSTICE
                    TRENT W. ORR
                    Attorneys for Plaintiffs, NRDC, SAN FRANCISCO BAYKEEPER, FRIENDS OF THE RIVER, THE BAY INSTITUTE, WINNEMEM WIINTU TRIBE, and PACIFIC COAST FEDERATION OF FISHERMAN'S ASSOCIATION/INSTITUTE FOR FISHERIES RESOURCES

SOMACH SIMMONS & DUNN
A Professional Corporation

By */s/Andrew M. Hitchings (as authorized on 10/27/17)*
ANDREW M. HITCHINGS
Attorney for Intervenors and Joined Party Defendants
GLENN-COLUSA IRRIGATION DISTRICT,
PRINCETON-CODORA-GLENN IRRIGATION
DISTRICT, PROVIDENT IRRIGATION DISTRICT,
ANDERSON-COTTONWOOD IRRIGATION
DISTRICT, CITY OF REDDING, M & T CHICO
RANCH (PACIFIC REALTY ASSOCIATES),
RECLAMATION DISTRICT NO. 1004, CONAWAY
PRESERVATION GROUP, LLC, and DAVID AND
ALICE teVELDE FAMILY TRUST


DOWNEY BRAND LLP

By */s/Meredith Nikkel (as authorized on 10/27/17)*
MEREDITH NIKKEL
Attorney for Intervenors and Joined Party Defendants
RECLAMATION DISTRICT NO. 108, SUTTER
MUTUAL WATER COMPANY, NATOMAS
CENTRAL MUTUAL WATER COMPANY, RIVER
GARDEN FARMS COMPANY, PLEASANT GROVE-
VERONA MUTUAL WATER COMPANY, PELGER
MUTUAL WATER COMPANY, MERIDIAN FARMS
WALTER COMPANY, HENRY D. RICHTER, et al.,
HOWARD FARMS, INC., OJI BROTHERS FARM,
INC., OJI FAMILY PARTNERSHIP, CARTER
MUTUAL WATER COMPANY, WINDSWEPT
LAND AND LIVESTOCK COMPANY, MAXWELL
IRRIGATION DISTRICT, and TISDALE
IRRIGATION AND DRAINAGE COMPANY


U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES DIVISION

By */s/Bradley H. Oliphant (as authorized on 10/30/17)*
BRADLEY H. OLIPHANT
Attorneys for Federal Defendants RYAN K. ZINKE, in
his official capacity as Secretary of the Interior, et al.

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD

By */s/Daniel J. O'Hanlon (as authorized on 10/27/17*
    DANIEL J. O'HANLON
    Attorneys for Intervenors and Joined Party Defendants
    SAN LUIS & DELTA-MENDOTA WATER
    AUTHORITY, WESTLANDS WATER DISTRICT,
    COELHO FAMILY TRUST, EAGLE FIELD WATER
    DISTRICT, FRESNO SLOUGH WATER DISTRICT,
    MERCY SPRINGS WATER DISTRICT, ORO LOMA
    WATER DISTRICT, and TRANQUILITY
    IRRIGATION DISTRICT


THE LAW OFFICE OF YOUNG WOOLDRIDGE, LLP

By */s/Scott K. Kuney Anderson (as authorized on 10/30/17*
    SCOTT K. KUNEY
    Attorneys for Defendants
    JAMES IRRIGATION DISTRICT and DEL PUERTO
    WATER DISTRICT


SOMACH SIMMONS & DUNN
A Professional Corporation

By */s/Stuart L. Somach (as authorized on 10/31/17*
    STUART L. SOMACH
    Attorneys for Intervenors and Joined Party Defendants
    BYRON-BETHANY IRRIGATION DISTRICT


HERUM\CRABTREE\SUNTAG

By */s/Jeanne M. Zolezzi Lee (as authorized on 10/27/17)*
    JEANNE M. ZOLEZZI
    HERUM CRABTREE
    Attorney for Joined Parties Defendants BANTA-
    CARBONA IRRIGATION DISTRICT, PATTERSON
    IRRIGATION DISTRICT, WEST STANISLAUS
    IRRIGATION DISTRICT, and THE WEST SIDE
    IRRIGATION DISTRICT

## **ORDER**

Based upon the stipulation of all parties, the California Farm Bureau Federation is dismissed from this action as a defendant-intervenor. This is without effect upon the claims and defenses of all other parties in this case.

IT IS SO ORDERED.

Dated: **November 7, 2017**        **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE