**COUNSEL IDENTIFICATION ON FINAL PAGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RYAN ZINKE, in his official capacity as Secretary of the Interior, *et al.*, <br><br> Defendants. | Case No. 1:05-cv-01207 LJO-EPG <br><br> **REVISED STIPULATION AND SCHEDULING ORDER** |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.*, <br><br> Defendants-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*, <br><br> Joined Parties. | |

## RECITALS

WHEREAS, the parties filed a Stipulation and (Proposed) Scheduling Order on October 30, 2017, *see* Dkt. 1136;

WHEREAS, the Court issued a minute order on November 7, 2017, stating that, although "[m]ost of the [stipulation's] proposals are reasonable and will be approved," it was "the Court's strong preference to set a firm trial date," Dkt. 1139, which the stipulation lacked;

WHEREAS, the Court's minute order directed the parties to meet and confer to determine a mutually acceptable trial date and to communicate that date to the Court by filing a revised schedule; *see id.*;

WHEREAS, the parties have met and conferred and determined a mutually acceptable trial date and have confirmed with the Courtroom Deputy that the parties' proposed date is available;

AND WHEREAS, that mutually acceptable trial date takes into account the Court's estimate that it will optimistically need approximately 12 weeks to rule on the parties' cross-motions for summary judgment and maintains the parties' previously-requested 5-month interval between the ruling on summary judgment motions and trial, *see id.*;

## STIPULATION

NOW THEREFORE, counsel for Plaintiffs and Defendants hereby stipulate to the following revised proposed schedule and page limits regarding discovery, briefing of motions for summary judgment, and trial deadlines:[1]

**Schedule**

| Event | Deadline |
| --- | --- |
| Plaintiffs' motion for summary judgment | January 24, 2018 |
| Defendants' oppositions and cross-motions for summary judgment | February 23, 2018 |
| Plaintiffs' reply and opposition | March 26, 2018 |
| Defendants' replies | April 9, 2018 |
| Hearing on motions for summary judgment | April 23, 2018 |
| Fact discovery cutoff | March 12, 2018 |

---

[1] By entering this stipulation, Federal Defendants do not waive any argument regarding (i) the proper scope of judicial review for Endangered Species Act ("ESA") claims, or (ii) the propriety of considering extra-record evidence related to ESA claims.

| | |
|---|---|
| | Provided, however, that if issues remain for trial, any party may seek to reopen fact discovery based on a showing of good cause. |
| Expert disclosures | September 28, 2018 |
| Rebuttal expert disclosures | October 26, 2018 |
| Expert discovery cutoff | November 27, 2018 |
| Last day to file joint pretrial statement | December 11, 2018 |
| Pretrial conference | December 18, 2018 |
| Last day to serve proposed pretrial order | January 8, 2019 |
| Last day to file opening trial briefs | January 15, 2019 |
| Last day to file answering trial briefs | January 29, 2019 |
| First day of trial. | February 5, 2019 |

**Page Limits**. Each set of Parties – Plaintiffs, Federal Defendants, the SRS Contractors, and the Delta-Mendota Canal Contractors – shall be limited to a maximum of 40 pages for opening and opposition briefs on motions for summary judgment, and a maximum of 20 pages for reply briefs on summary judgment.

DATED: November 16, 2017  /s/ *Katherine S. Poole*
Katherine S. Poole

KATHERINE POOLE (SBN 195010)
DOUGLAS ANDREW OBEGI (SBN 246127)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
Facsimile: (415) 875-6161

*Attorneys for Plaintiff NRDC*

HAMILTON CANDEE (SBN 111376)
BARBARA JANE CHISHOLM (SBN 224656)
TONY LOPRESTI (SBN 289269)
CORINNE JOHNSON (SB 287385)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Attorneys for Plaintiff NRDC*

TRENT W. ORR (SBN 77656)
EARTHJUSTICE
50 California St. Suite 500
San Francisco, CA 94111
Telephone: (415) 217-2000

| | | |
|---|---|---|
| 1 | | Facsimile: (415) 217-2040 |
| 2 | | *Attorneys for Plaintiffs* |
| 3 | | |
| 4 | DATED: November 16, 2017 | /s/ *Nicole M. Smith*  (as authorized on Nov. 15, 2017)<br>Nicole M. Smith |
| 5 | | U.S. DEPARTMENT OF JUSTICE<br>ENVIRONMENT & NATURAL RESOURCES |
| 6 | | DIVISION<br>601 D Street, NW Room 3712 |
| 7 | | Washington, D.C. 20044-7611<br>Telephone: (202) 305-0368 |
| 8 | | Facsimile: (202) 305-0275 |
| 9 | | |
| 10 | | *Attorneys for Respondents Ryan Zinke, in his official capacity as Secretary of the Interior, et al.* |
| 11 | | |
| 12 | DATED: November 16, 2017 | /s/ *Meredith Nikkel*  (as authorized on Nov. 14, 2017)<br>Meredith Nikkel |
| 13 | | DOWNEY BRAND LLP |
| 14 | | 621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814 |
| 15 | | Telephone: (916) 444-1000<br>Facsimile: (916) 444-2100 |
| 16 | | *Attorneys for Intervenors and Joined Party* |
| 17 | | *Defendants Reclamation District No. 108, Sutter Mutual Water Company, Natomas Central Mutual* |
| 18 | | *Water Company, River Garden Farms Company, Pleasant Grove-Verona Mutual Water Company,* |
| 19 | | *Pelger Mutual Water Company, Meridian Farms Water Company, Henry D. Richter, et al., Howald* |
| 20 | | *Farms, Inc., Oji Brothers Farm, Inc., Oji Family Partnership, Carter Mutual Water Company,* |
| 21 | | *Windswept Land And Livestock Company, Maxwell Irrigation District, and Tisdale Irrigation and* |
| 22 | | *Drainage Company* |
| 23 | | |
| 24 | DATED: November 16, 2017 | /s/ *Andrew Hitchings* (as authorized on Nov. 14, 2017) |
| 25 | | Andrew Hitchings |
| 26 | | SOMACH SIMMONS & DUNN |
| 27 | | A Professional Corporation<br>500 Capitol Mall, Suite 1000 |
| 28 | | Sacramento, CA 95814 |

| | |
|---|---|
| | Telephone: (916) 446-7979 |
| | Facsimile: (916) 446-8199 |

*Attorneys for Intervenors and Joined Party Defendants Glenn-Colusa Irrigation District, Princeton-Codora-Glenn Irrigation District, Provident Irrigation District, Anderson-Cottonwood Irrigation District, City Of Redding, M & T Chico Ranch (Pacific Realty Associates), Reclamation District No. 1004, Conaway Preservation Group, LLC, and David and Alice te Velde Family Trust*

DATED: November 16, 2017   /s/ *Daniel J. O'Hanlon* (as authorized on Nov. 16, 2017)
Daniel J. O'Hanlon

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

*Attorneys for Defendant-Intervenors and Joined Party Defendants, San Luis & Delta-Mendota Water Authority, Westlands Water District, Coelho Family Trust, Eagle Field Water District, Fresno Slough Water District, Mercy Springs Water District, Oro Loma Water District, and Tranquillity Irrigation District*

# ORDER

Pursuant to the Parties' Stipulation, the Court hereby ORDERS that the following schedule for further proceedings in this case is established.

| Event | Deadline |
|---|---|
| Plaintiffs' motion for summary judgment | January 24, 2018 |
| Defendants' oppositions and cross-motions for summary judgment | February 23, 2018 |
| Plaintiffs' reply and opposition | March 26, 2018 |
| Defendants' replies | April 9, 2018 |
| Hearing on motions for summary judgment | April 23, 2018 |
| Fact discovery cutoff | March 12, 2018<br>Provided, however, that if issues remain for trial, any party may seek to reopen fact discovery based on a showing of good cause. |
| Expert disclosures | September 28, 2018 |
| Rebuttal expert disclosures | October 26, 2018 |
| Expert discovery cutoff | November 27, 2018 |
| Last day to file joint pretrial statement | December 11, 2018 |
| Pretrial conference | December 18, 2018 |
| Last day to serve proposed pretrial order | January 8, 2019 |
| Last day to file opening trial briefs | January 15, 2019 |
| Last day to file answering trial briefs | January 29, 2019 |
| First day of trial. | February 5, 2019 |

Pursuant to the Parties' Stipulation, the Court further ORDERS that the following page limits apply to the parties' dispositive motions briefing:

| Brief | Pages (as to each set of Parties) |
|---|---|
| Plaintiffs' motion for summary judgment | 40 |
| Defendants' motions for summary judgment and oppositions | 40 |
| Plaintiffs' opposition and reply | 40 |
| Defendants' replies | 20 |

IT IS SO ORDERED.

Dated: **November 16, 2017**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

REVISED STIPULATION AND SCHEDULING ORDER
CASE NO. 1:05-CV-01207 LJO-EPG