**COUNSEL IDENTIFICATION ON FINAL PAGE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NATURAL RESOURCES DEFENSE
COUNCIL, *et al.*,

        Plaintiffs,

    v.

RYAN K. ZINKE, in his official capacity
as Secretary of the Interior, *et al.*,

        Defendants.

SAN LUIS & DELTA MENDOTA
WATER AUTHORITY, *et al.*,

        Defendants-Intervenors.

ANDERSON-COTTONWOOD
IRRIGATION DISTRICT, *et al.*,

        Joined Parties.

Case No. 1:05-cv-01207 LJO-EPG

**STIPULATION AND ORDER TO EXTEND
DEADLINES**

WHEREAS, on November 16, 2017, the parties filed a Revised Stipulation and (Proposed) Scheduling Order (ECF No. 1141), which the Court adopted on November 17, 2017 (ECF No. 1142);

WHEREAS, Plaintiffs have served two third-party subpoenas on National Marine Fisheries Service ("NMFS") employees, Maria Rea and Eric Danner, requesting documents and deposition testimony for January 10, 2018 and January 12, 2018, respectively;

WHEREAS, Acting General Counsel for the National Oceanic and Atmospheric Administration has informed Plaintiffs' counsel that Ms. Rea and Dr. Danner may not give the testimony which Plaintiffs seek;

WHEREAS, an informal discovery dispute conference regarding this issue has been set before Magistrate Judge Erica P. Grosjean for January 5, 2018 at 9:30 a.m.;

WHEREAS, Plaintiffs are willing to postpone the deposition dates for Ms. Rea and Dr. Danner by 30 days in order to allow Judge Grosjean time to resolve the discovery dispute prior to the deposition dates;

WHEREAS, Plaintiffs have agreed to an extension of the deposition dates on the condition that the Department of Justice accept service of the revised subpoenas and all parties stipulate to an extension of the current motion briefing deadlines and fact discovery cutoff;

## STIPULATION

NOW THEREFORE, counsel for Plaintiffs and Defendants hereby stipulate to the following revised proposed schedule regarding fact discovery[1] and briefing of motions for summary judgment:[2]

### Schedule

| Event | Deadline |
|---|---|
| Plaintiffs' motion for summary judgment | March 7, 2018 |
| Defendants' oppositions and cross-motions for summary judgment | April 6, 2018 |
| Plaintiffs' reply and opposition | May 7, 2018 |

[1] By entering this stipulation, Federal Defendants do not waive any argument regarding (i) the proper scope of judicial review for Endangered Species Act ("ESA") claims, or (ii) the propriety of considering extra-record evidence related to ESA claims.

[2] Other discovery deadlines and trial dates remain unchanged from those adopted by the Court's November 17, 2017 Order (ECF No. 1142).

| Defendants' replies | May 21, 2018 |
| Hearing on motions for summary judgment | June 4, 2018 |
| Fact Discovery cutoff | April 23, 2018<br>Provided, however, that if issues remain for trial, any party may seek to reopen fact discovery based on a showing of good cause. |

DATED: January 5, 2018

*/s/ Nicole M. Smith*
Nicole M. Smith

U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES
DIVISION
601 D Street, NW Room 3712
Washington, D.C. 20044-7611
Telephone: (202) 305-0368
Facsimile: (202) 305-0275

Bradley H. Oliphant, Trial Attorney
U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES
DIVISION
999 18th St., South Terrace, Ste. 370
Denver, CO 80202
Tel: (303) 844-1381
Facsimile: (303) 844-1350

*Attorneys for Respondents Ryan K. Zinke, in his official capacity as Secretary of the Interior, et al.*

DATED: January 5, 2018

*/s/ Barbara J. Chisholm* (as authorized on January 3, 2018).
Barbara J. Chisholm
BARBARA JANE CHISHOLM (SBN 224656)
HAMILTON CANDEE (SBN 111376)
TONY LOPRESTI (SBN 289269)
CORINNE JOHNSON (SB 287385)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Attorneys for Plaintiff NRDC*

KATHERINE POOLE (SBN 195010)
DOUGLAS ANDREW OBEGI (SBN 246127)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 21st Floor

San Francisco, CA 94104
Telephone:  (415) 875-6100
Facsimile:  (415) 875-6161

*Attorneys for Plaintiff NRDC*

DATED: January 5, 2018

/s/*Meredith Nikkel* (as authorized on January 3, 2018).
Meredith Nikkel
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone:  (916) 444-1000
Facsimile:  (916) 444-2100

*Attorneys for Intervenors and Joined Party Defendants Reclamation District No. 108, Sutter Mutual Water Company, Natomas Central Mutual Water Company, River Garden Farms Company, Pleasant Grove-Verona Mutual Water Company, Pelger Mutual Water Company, Meridian Farms Water Company, Henry D. Richter, et al., Howald Farms, Inc., Oji Brothers Farm, Inc., Oji Family Partnership, Carter Mutual Water Company, Windswept Land And Livestock Company, Maxwell Irrigation District, and Tisdale Irrigation and Drainage Company*

DATED:  January 5, 2018

/s/ *Andrew Hitchings* (as authorized on January 3, 2018)
Andrew Hitchings
SOMACH SIMMONS & DUNN
A Professional Corporation
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

*Attorneys for Intervenors and Joined Party Defendants Glenn-Colusa Irrigation District, Princeton-Codora-Glenn Irrigation District, Provident Irrigation District, Anderson-Cottonwood Irrigation District, City Of Redding, M & T Chico Ranch (Pacific Realty Associates), Reclamation District No. 1004, Conaway Preservation Group, LLC, and David and Alice te Velde Family Trust*

| | |
|---|---|
| 1 | DATED:  January 5, 2018 |

/s/ *Daniel J. O'Hanlon* (as authorized on January 3, 2018)
Daniel J. O'Hanlon
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

*Attorneys for Defendant-Intervenors and Joined Party Defendants, San Luis & Delta-Mendota Water Authority, Westlands Water District, Coelho Family Trust, Eagle Field Water District, Fresno Slough Water District, Mercy Springs Water District, Oro Loma Water District, and Tranquillity Irrigation District*

**ORDER**

Pursuant to the Parties' Stipulation, the Court hereby ORDERS that the following schedule for fact discovery and briefing of motions for summary judgment is established.

| Event | Deadline |
|---|---|
| Plaintiffs' motion for summary judgment | March 7, 2018 |
| Defendants' oppositions and cross-motions for summary judgment | April 6, 2018 |
| Plaintiffs' reply and opposition | May 7, 2018 |
| Defendants' replies | May 21, 2018 |
| Hearing on motions for summary judgment | June 4, 2018 |
| Fact Discovery cutoff | April 23, 2018 Provided, however, that if issues remain for trial, any party may seek to reopen fact discovery based on a showing of good cause. |

The existing pretrial and trial dates remain unchanged and will not be moved. The parties are cautioned that this continuance does not change the Court's estimate of the time it will need to issue a ruling on the cross motions for summary judgment (at least 12 weeks).

IT IS SO ORDERED.

Dated: __**January 9, 2018**__     _____**/s/ Lawrence J. O'Neill**_____
                                    UNITED STATES CHIEF DISTRICT JUDGE