**COUNSEL IDENTIFICATION ON FINAL PAGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN ZINKE, in his official capacity as Secretary of the Interior, *et al.*,<br><br>Defendants. | Case No. 1:05-cv-01207 LJO-EPG<br><br>**STIPULATION AND ORDER TO FILE A SIXTH SUPPLEMENTAL COMPLAINT** |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.*,<br><br>Defendants-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*,<br><br>Joined Parties. | |

# RECITALS

WHEREAS, as part of discovery on Plaintiffs' Sixth Claim, Plaintiff Natural Resources Defense Council ("NRDC") has subpoenaed two National Oceanic and Atmospheric Administration ("NOAA") National Marine Fisheries Service ("NMFS") employees, Maria Rea and Dr. Eric Danner, for deposition testimony;

WHEREAS, the non-party Department of Commerce ("Department"), NOAA's and NMFS's parent agency, has moved to quash the subpoenas, Dkt. 1153, and NRDC has moved to compel compliance with the subpoenas, Dkt. 1154;

WHEREAS, at the hearing on the motion to quash the subpoenas and the motion to compel compliance, Magistrate Judge Erica P. Grosjean stated that she would prefer to adjudicate the dispute in the context of a supplemental claim by Plaintiffs to enforce compliance with the subpoenas and the Department agreed to submit a written statement regarding "how soon it would be able to answer a Third-Party complaint against it and appear before the Court for a hearing," and was ordered to also state whether it would object to amendment of the complaint, Dkt. 1166;

WHEREAS, the Department has filed a statement with the Court stating that it "would not object to amendment of the complaint in this case for the sole purpose of adding a claim which challenges the Department's denial of Plaintiffs' request to depose Ms. Rea and Dr. Danner," and "could file an answer in response to such a limited complaint within two weeks of service," Dkt. 1172;

WHEREAS, in light of those representations, Magistrate Judge Grosjean has stated that she will reserve ruling on the pending motion to quash and motion to compel until at least March 9, 2018, Dkt. 1174;

WHEREAS, Plaintiffs seek to supplement the currently operative complaint for the sole and limited purpose of adding a claim against the Department and the NOAA Acting General Counsel, in her official capacity, to enforce compliance with the subpoenas issued to Ms. Rea and Dr. Danner, *see* Ex. 1 (proposed Sixth Supplemental Complaint), Ex. 2 (redlined version of proposed Sixth Supplemental Complaint);

WHEREAS, Defendants (which for purposes of this stipulation refers to the defendants

and intervenor-defendants identified in the Fifth Supplemental Complaint, and does not include the newly named Department and the NOAA Acting General Counsel), in entering into this stipulation, do not waive any rights to object to the use of any deposition testimony by the NMFS employees who are the subject of the subpoenas;

WHEREAS, the parties agree that supplementation of the currently operative complaint to add Plaintiffs' Seventh Claim, a claim solely against the Department and the NOAA Acting General Counsel, does not affect the existing schedule for summary judgment relating to Plaintiffs' Second, Fourth and Sixth Claims, *see* Dkt. 1151;

WHEREAS, the parties, in entering into this stipulation, do not waive any rights they may have to seek an extension of the summary judgment briefing schedule for good cause;

WHEREAS, Defendants, in entering into this stipulation, do not waive any rights they may have to respond to the pending motion to quash and motion to compel, Dkt. 1153, 1154, and any orders entered thereon in any manner afforded by law; and

WHEREAS, Defendants, in entering into this stipulation, do not waive any rights they may have to file amended or supplemental answers, or any other response afforded by law, to the Sixth Supplemental Complaint, but shall not be required to do so pursuant to the parties' agreement that upon the filing of the Sixth Supplemental Complaint, any allegations therein not included in the Fifth Supplemental Complaint are automatically denied by Defendants, and such denial is incorporated in full in Defendants' answers to the Fifth Supplemental Complaint, and Defendants' answers (Dkt. 1075, 1077, 1078, 1079, 1080, 1081, 1082, 1083, 1112) shall be deemed responsive to the Sixth Supplemental Complaint;

**STIPULATION**

NOW THEREFORE, counsel for Plaintiffs and Defendants hereby stipulate to the Plaintiffs filing the proposed Sixth Supplemental Complaint and accompanying exhibits.

Counsel for Plaintiffs and Defendants further stipulate that, upon the filing of the Sixth Supplemental Complaint, any allegations therein not included in the Fifth Supplemental Complaint are automatically denied by Defendants, and such denial is incorporated in full in Defendants' answers to the Fifth Supplemental Complaint, and Defendants' answers (Dkt. 1075, 1077, 1078,

| | |
|---|---|
| 1 | 1079, 1080, 1081, 1082, 1083, 1112) shall be deemed responsive to the Sixth Supplemental |
| 2 | Complaint. |

DATED:  March 8, 2018    /s/ *Barbara J. Chisholm*
Barbara J. Chisholm

KATHERINE POOLE (SBN 195010)
DOUGLAS ANDREW OBEGI (SBN 246127)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Telephone:  (415) 875-6100
Facsimile:  (415) 875-6161

*Attorneys for Plaintiff NRDC*

HAMILTON CANDEE (SBN 111376)
BARBARA JANE CHISHOLM (SBN 224656)
TONY LOPRESTI (SBN 289269)
CORINNE JOHNSON (SB 287385)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064

*Attorneys for Plaintiff NRDC*

STACEY P. GEIS (SBN 181444)
GREGORY C. LOARIE (SBN 215859)
EARTHJUSTICE
50 California St. Suite 500
San Francisco, CA 94111
Telephone:  (415) 217-2000
Facsimile:  (415) 217-2040

*Attorneys for Plaintiffs*

DATED:  March 8, 2018    /s/ *Nicole M. Smith* (as authorized on March 8, 2018)
Nicole M. Smith

U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES
DIVISION
601 D Street, NW Room 3712
Washington, D.C. 20044-7611
Telephone:  (202) 305-0368
Facsimile:  (202) 305-0275

*Attorneys for Respondents Ryan Zinke, in his official capacity as Secretary of the Interior, et al.*

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: March 8, 2018 | /s/ *Meredith Nikkel* (as authorized on March 8, 2018)<br>Meredith Nikkel |
| 3 | | DOWNEY BRAND LLP<br>621 Capitol Mall, 18th Floor |
| 4 | | Sacramento, CA 95814<br>Telephone: (916) 444-1000 |
| 5 | | Facsimile: (916) 444-2100 |
| 6 | | *Attorneys for Intervenors and Joined Party* |
| 7 | | *Defendants Reclamation District No. 108, Sutter Mutual Water Company, Natomas Central Mutual* |
| 8 | | *Water Company, River Garden Farms Company, Pleasant Grove-Verona Mutual Water Company,* |
| 9 | | *Pelger Mutual Water Company, Meridian Farms Water Company, Henry D. Richter, et al., Howald* |
| 10 | | *Farms, Inc., Oji Brothers Farm, Inc., Oji Family Partnership, Carter Mutual Water Company,* |
| 11 | | *Windswept Land And Livestock Company, Maxwell Irrigation District, and Tisdale Irrigation and* |
| 12 | | *Drainage Company* |
| 13 | | |
| 14 | DATED: March 8, 2018 | /s/ *Andrew Hitchings* (as authorized on March 8, 2018) |
| 15 | | Andrew Hitchings |
| 16 | | SOMACH SIMMONS & DUNN |
| 17 | | A Professional Corporation<br>500 Capitol Mall, Suite 1000 |
| 18 | | Sacramento, CA 95814<br>Telephone: (916) 446-7979 |
| 19 | | Facsimile: (916) 446-8199 |
| 20 | | *Attorneys for Intervenors and Joined Party* |
| 21 | | *Defendants Glenn-Colusa Irrigation District, Princeton-Codora-Glenn Irrigation District,* |
| 22 | | *Provident Irrigation District, Anderson-Cottonwood Irrigation District, City Of Redding, M & T Chico* |
| 23 | | *Ranch (Pacific Realty Associates), Reclamation District No. 1004, Conaway Preservation Group,* |
| 24 | | *LLC, and David and Alice te Velde Family Trust* |
| 25 | | |
| 26 | DATED: March 8, 2018 | /s/ *Daniel J. O'Hanlon* (as authorized on March 8, 2018) |
| 27 | | Daniel J. O'Hanlon |
| 28 | | KRONICK, MOSKOVITZ, TIEDEMANN & |

| | |
|---|---|
| 1 | GIRARD |
| 2 | A Professional Corporation |
| | 400 Capitol Mall, 27th Floor |
| 3 | Sacramento, CA 95814 |
| | Telephone: (916) 321-4500 |
| 4 | Facsimile: (916) 321-4555 |
| 5 | *Attorneys for Defendant-Intervenors and Joined* |
| 6 | *Party Defendants, San Luis & Delta-Mendota Water Authority, Westlands Water District, Coelho Family* |
| 7 | *Trust, Eagle Field Water District, Fresno Slough Water District, Mercy Springs Water District, Oro* |
| 8 | *Loma Water District, and Tranquillity Irrigation District* |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the Parties' Stipulation, the Court hereby GRANTS Plaintiffs leave to file the |
| 3 | proposed Sixth Supplemental Complaint. |
| 4 | |
| 5 | IT IS SO ORDERED. |
| 6 | Dated: **March 9, 2018**       /s/ Lawrence J. O'Neill |
| | UNITED STATES CHIEF DISTRICT JUDGE |