Claire Woods, State Bar No. 282348
Katherine Poole, State Bar No. 195010
Natural Resources Defense Council, Inc.
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
Fax: (415) 795-4799
Email: cwoods@nrdc.org, kpoole@nrdc.org
*Attorneys for Plaintiffs*

NICOLE M. SMITH, Trial Attorney
CA Bar Number 303629
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0368
Facsimile: (202) 305-0275
Email: nicole.m.smith@usdoj.gov
*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY.ORG, *et al.*,<br>　　　　Plaintiffs,<br>　　v.<br>ZINKE, *et al.*,<br>　　　　Defendants<br>　　and<br>STATE WATER CONTRACTORS, *et al.,*<br>　　　　Defendant-Intervenors. | **Civ. No. 1:17-cv-01176-LJO-EPG**<br><br>**STIPULATION TO EXTEND DEADLINES AND SCHEDULING ORDER** |

**RECITALS**

WHEREAS, the Court issued a scheduling order on October 23, 3017, ECF No. 44;

WHEREAS, in the October 23, 2017 scheduling order the Court stated that the dates set in the Court's order were considered to be firm and would not be modified absent a showing of good cause, *id.*;

WHEREAS, the Court also stated that stipulations extending already established deadlines would not be considered unless such stipulations were accompanied by a declaration, *id.*;

WHEREAS, accompanying this stipulation is a declaration from Kaylee Allen, Field Supervisor for the San Francisco Bay-Delta Fish and Wildlife Office (Attachment 1), explaining the Fish and Wildlife Service's ("Service") contention that good cause exists to extend the deadline for the Service to lodge the Administrative Record for the Service's Biological Opinion for the California WaterFix;

WHEREAS, the Service contends that considerable time was expended to collect potentially relevant documents from current Service and Department of the Interior ("Interior") employees as well as former employees, Allen Decl. ¶¶ 6; 7;

WHEREAS, the Service contends that the process to acquire a software program necessary to handle the size of the record expected in this case and to format and upload the documents into the database took longer than originally anticipated; *id.* at ¶¶ 8, 9, 10, 11;

WHEREAS, the Service contends that it has four full time staff and five managers working to complete the record and has determined that it will need an additional two months to complete the Administrative Record, *id.* at ¶¶ 13, 14;

WHEREAS, the Service contends that good cause exists to modify the existing schedule;

WHEREAS, the Plaintiffs have agreed to the Service's proposed modification in a good faith effort to be cooperative;

WHEREAS, the proposed schedule maintains the dispositive briefing and hearing schedule, as previously set by the Court, (ECF No. 44).

**STIPULATION**

1     NOW THEREFORE, counsel for Plaintiffs and Defendants hereby stipulate to the following revised proposed schedule:

**Schedule**

| Event | Deadline |
|---|---|
| FWS shall lodge the AR | June 20, 2018 |
| Motion to Supplement Administrative Record | July 10, 2018 |
| Response to Motion to Supplement Administrative Record | July 27, 2018 |
| Reply to Motion to Supplement Administrative Record | August 3, 2018 |
| Plaintiffs Motion for Summary Judgment on all claims shall be filed | October 10, 2018 |
| Defendants' oppositions and any cross-motion for summary judgment shall be filed | November 9, 2018 |
| Plaintiffs' reply and oppositions to Defendants' motion for summary judgment shall be filed | November 30, 2018 |
| Defendants' Reply to their cross-motion for summary judgment shall be filed | December 21, 2018 |

Respectfully submitted,

Dated: March 27, 2018      */s/ Nicole M. Smith*
Nicole A. Smith
Trial Attorney, CA SBN 303629
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Telephone: (202) 305-0368
Fax: (202) 305-0275
Email: Nicole.smith@usdoj.gov

*Attorney for Federal Defendants*

Dated: March 27, 2018      */s/Claire Woods* (as authorized March 22, 2018)
Claire Woods
Katherine Poole
Natural Resources Defense Council, Inc.
111 Sutter Street, 21st Floor
San Francisco, California 94104
Telephone: (415) 875-6100
Fax: (415) 795-4799

| | |
|---|---|
| | Email: cwoods@nrdc.org, kpoole@nrdc.org |
| | *Attorneys for Plaintiffs* |
| Dated: March 27, 2018 | */s/William M. Sloan* (as authorized March 26, 2018) <br> William M. Sloan <br> Venable LLP <br> 101 California Street Suite 3800 <br> San Francisco, California 94111 <br> Telephone: (415) 343-4490 <br> Email: wmsloan@veneble.com |
| | *Attorney for State Water Contractors and Metropolitan Water District Defendant-Intervenors* |
| Dated: March 27, 2018 | */s/Clifford Thomas Lee* (as authorized March 23, 2018) <br> Clifford Thomas Lee <br> Melinda Pilling <br> California Attorney General's Office <br> 455 Golden Gate Ave. Suite 11000 <br> San Francisco, California 94102 <br> Telephone: (415) 703-5585 <br> Email: cliff.lee@doj.ca.gov; <br> Melinda.pilling@doj.ca.gov |
| | *Attorneys for Department of Resources Defendant-Intervenor* |

**ORDER**

Pursuant to the Parties' Stipulation, the Court hereby ORDERS that the following schedule for further proceedings in this case is established.

| Event | Deadline |
|---|---|
| FWS shall lodge the AR | June 20, 2018 |
| Motion to Supplement Administrative Record | July 10, 2018 |
| Response to Motion to Supplement Administrative Record | July 27, 2018 |
| Reply to Motion to Supplement Administrative Record | August 3, 2018 |
| Plaintiffs Motion for Summary Judgment on all claims shall be filed | October 10, 2018 |
| Defendants' oppositions and any cross-motion for summary judgment shall be filed | November 9, 2018 |
| Plaintiffs' reply and oppositions to Defendants' motion for summary judgment shall be filed | November 30, 2018 |
| Defendants' Reply to their cross-motion for summary judgment shall be filed | December 21, 2018 |

IT IS SO ORDERED.

Dated: **March 27, 2018**              /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE