**COUNSEL IDENTIFICATION ON FINAL PAGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN ZINKE, in his official capacity as Secretary of the Interior, *et al.*,<br><br>Defendants. | Case No. 1:05-cv-01207 LJO-EPG<br><br>**STIPULATION AND ORDER REGARDING DEPOSITIONS OF NMFS EMPLOYEES** |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.*,<br><br>Defendants-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*,<br><br>Joined Parties. | |

| | |
|---|---|
| 1 | **RECITALS** |
| 2 | WHEREAS, on March 20, 2018, the parties filed a Stipulation and (Proposed) Scheduling |
| 3 | Order (ECF No. 1193), which the Court adopted on March 22, 2018 (ECF No. 1194); |
| 4 | WHEREAS, the March 22, 2018 scheduling order sets a fact discovery cutoff of May 30, |
| 5 | 2018 (ECF No. 1194); |
| 6 | WHEREAS, Plaintiff Natural Resources Defense Council ("NRDC") subpoenaed National |
| 7 | Marine Fisheries Service ("NMFS") employees Maria Rea and Dr. Danner to appear for |
| 8 | deposition on May 9, 2018 and May 16, 2018, respectively; |
| 9 | WHEREAS, on April 20, 2018, Magistrate Judge Grosjean issued an order denying |
| 10 | Department of Commerce's ("Department") motion to quash the subpoenas and granting NRDC's |
| 11 | motion to compel (ECF No. 1204); |
| 12 | WHEREAS, on May 4, 2018, Defendants Sacramento River Settlement ("SRS") |
| 13 | Contractors filed a request for reconsideration by the District Court of the Magistrate Judge's order |
| 14 | (ECF No. 1228), which the Department and Defendant Department of Interior joined (ECF No. |
| 15 | 1229) (collectively, "Request for Reconsideration"); |
| 16 | WHEREAS, to allow the District Court time to rule on the request for reconsideration, |
| 17 | NRDC and the Federal Defendants agree to postpone the depositions of the NMFS employees to |
| 18 | June 20 and June 27, 2018; |
| 19 | WHEREAS, the SRS Contractors do not object to the depositions occurring after May 30, |
| 20 | 2018 to the extent that the Request for Reconsideration is resolved such that the depositions will |
| 21 | proceed; |
| 22 | AND WHEREAS, by signing this stipulation the parties do not waive any arguments |
| 23 | regarding the effects of the May 30, 2018 fact discovery cutoff, the Request for Reconsideration, |
| 24 | or the Seventh Claim for Relief asserted in the Sixth Supplemental Complaint (ECF No. 1187). |
| 25 | **STIPULATION** |
| 26 | NOW THEREFORE, counsel for Plaintiffs and Defendants hereby stipulate that, to the |
| 27 | extent the Request for Reconsideration is resolved such that the depositions of Maria Rea and Eric |
| 28 | Danner will proceed, the depositions may occur after May 30, 2018. |

| | | |
|---|---|---|
| DATED: May 11, 2018 | | /s/ *Katherine S. Poole* |
| | | Katherine S. Poole |

KATHERINE POOLE (SBN 195010)
DOUGLAS ANDREW OBEGI (SBN 246127)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
Facsimile: (415) 875-6161

*Attorneys for Plaintiff NRDC*

HAMILTON CANDEE (SBN 111376)
BARBARA JANE CHISHOLM (SBN 224656)
TONY LOPRESTI (SBN 289269)
CORINNE JOHNSON (SB 287385)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Attorneys for Plaintiff NRDC*

STACEY P. GEIS (SBN 181444)
GREGORY C. LOARIE (SBN 215859)
EARTHJUSTICE
50 California St. Suite 500
San Francisco, CA 94111
Telephone: (415) 217-2000
Facsimile: (415) 217-2040

*Attorneys for Plaintiffs*

DATED: May 11, 2018        /s/ *Nicole M. Smith* (as authorized on May 11, 2018)

Nicole M. Smith

U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT & NATURAL RESOURCES DIVISION
601 D Street, NW Room 3712
Washington, D.C. 20044-7611
Telephone: (202) 305-0368
Facsimile: (202) 305-0275

*Attorney for Federal Defendants*

DATED: May 11, 2018        /s/ *Meredith Nikkel* (as authorized on May 11, 2018)
Meredith Nikkel

DOWNEY BRAND LLP

| | |
|---|---|
| 1 | 621 Capitol Mall, 18th Floor |
| 2 | Sacramento, CA 95814<br>Telephone: (916) 444-1000 |
| | Facsimile: (916) 444-2100 |
| 3 | |

*Attorneys for Intervenors and Joined Party Defendants Reclamation District No. 108, Sutter Mutual Water Company, Natomas Central Mutual Water Company, River Garden Farms Company, Pleasant Grove-Verona Mutual Water Company, Pelger Mutual Water Company, Meridian Farms Water Company, Henry D. Richter, et al., Howald Farms, Inc., Oji Brothers Farm, Inc., Oji Family Partnership, Carter Mutual Water Company, Windswept Land And Livestock Company, Maxwell Irrigation District, and Tisdale Irrigation and Drainage Company*

DATED: May 11, 2018  /s/ *Andrew Hitchings* (as authorized on May 11, 2018)
Andrew Hitchings

SOMACH SIMMONS & DUNN
A Professional Corporation
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

*Attorneys for Intervenors and Joined Party Defendants Glenn-Colusa Irrigation District, Princeton-Codora-Glenn Irrigation District, Provident Irrigation District, Anderson-Cottonwood Irrigation District, City Of Redding, M & T Chico Ranch (Pacific Realty Associates), Reclamation District No. 1004, Conaway Preservation Group, LLC, David and Alice te Velde Family Trust, Knights Landing Investors, LLC and Pelger Road 1700, LLC*

DATED: May 11, 2018  /s/ *Daniel J. O'Hanlon* (as authorized on May 11, 2018)
Daniel J. O'Hanlon

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor

| | |
|---|---|
| 1 | Sacramento, CA 95814 |
| 2 | Telephone: (916) 321-4500<br>Facsimile: (916) 321-4555 |
| 3 | |
| 4 | *Attorneys for Defendant-Intervenors and Joined Party Defendants, San Luis & Delta-Mendota Water Authority, Westlands Water District, Coelho Family Trust, Eagle Field Water District, Fresno Slough Water District, Mercy Springs Water District, Oro Loma Water District, and Tranquillity Irrigation District* |
| 5 | |
| 6 | |
| 7 | |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the Parties' Stipulation, the Court hereby ORDERS that, to the extent the |
| 3 | Request for Reconsideration is resolved such that the depositions of Maria Rea and Eric Danner |
| 4 | will proceed, the depositions may occur after May 30, 2018. |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | Dated: __May 14, 2018__         _____/s/ Lawrence J. O'Neill_____ |
| | UNITED STATES CHIEF DISTRICT JUDGE |