**COUNSEL IDENTIFICATION ON FINAL PAGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN ZINKE, in his official capacity as Secretary of the Interior, *et al.*,<br><br>Defendants. | Case No. 1:05-cv-01207 LJO-EPG<br><br>**STIPULATION AND SCHEDULING ORDER** |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.*,<br><br>Defendants-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*,<br><br>Joined Parties. | |

**RECITALS**

WHEREAS, on March 20, 2018, the parties filed a Stipulation and (Proposed) Scheduling Order (ECF No. 1193), which the Court adopted on March 22, 2018 (Dkt. 1194);

WHEREAS, the March 22, 2018 scheduling order sets the deadline for Plaintiffs' combined summary judgment opposition and reply on May 29, 2018 (Dkt. 1194);

WHEREAS, Plaintiffs' counsel have represented that they have several unexpected emergency filings this week, including a response to an emergency writ in the California Supreme Court, which have made filing their combined opposition and reply next Tuesday, May 29, 2018, extremely difficult;

WHEREAS, the parties agree to a 10-day extension of Plaintiffs' response deadline, along with conforming extensions of Defendants' reply deadline and the summary judgment hearing;

WHEREAS, the extensions do not change the remaining discovery and trial dates set in the March 22, 2018 scheduling order (Dkt. 1194);

WHEREAS, the revised schedule continues to take into account the Court's estimate that it will optimistically require 12 weeks to rule on the parties' cross-motions for summary judgment (Dkt. 1139), and to maintain the parties' previously requested 5-month interval between the ruling on summary judgment motions and trial (Dkt. 1142);

WHEREAS, Federal Defendants and Defendant SRS Contractors agree to the revised schedule on the condition that any deposition of National Marine Fisheries Service employees Maria Rea or Dr. Eric Danner (*see* Dkt. 1239) will occur after summary judgment briefing concludes;

WHEREAS, Defendants SRS Contractors agree to the revised schedule on the condition that any future modifications to the schedule will be based on a 30-day interval between the ruling on summary judgment motions and expert disclosures (Dkt. 1136), and 5 months between the ruling on summary judgment motions and trial;

**STIPULATION**

NOW THEREFORE, counsel for Plaintiffs and Defendants hereby stipulate to the following summary judgment briefing schedule:

- Plaintiffs' combined summary judgment opposition and reply:  June 8, 2018
- Defendants' summary judgment replies:  June 26, 2018
- Hearing on motions for summary judgment:  July 10, 2018

Counsel for Plaintiffs and Defendants hereby further stipulate that, if the depositions of National Marine Fisheries Service employees Maria Rea and Dr. Eric Danner are ordered to proceed, those depositions will occur after summary judgment briefing concludes.

DATED:  May 24, 2018         /s/ *Barbara J. Chisholm*
                             Barbara J. Chisholm

                             HAMILTON CANDEE (SBN 111376)
                             BARBARA JANE CHISHOLM (SBN 224656)
                             TONY LOPRESTI (SBN 289269)
                             CORINNE JOHNSON (SB 287385)
                             ALTSHULER BERZON LLP
                             177 Post St., Suite 300
                             San Francisco, CA 94108
                             Telephone:  (415) 421-7151
                             Facsimile:   (415) 362-8064

                             *Attorneys for Plaintiff NRDC*

                             KATHERINE POOLE (SBN 195010)
                             DOUGLAS ANDREW OBEGI (SBN 246127)
                             NATURAL RESOURCES DEFENSE COUNCIL
                             111 Sutter Street, 21st Floor
                             San Francisco, CA 94104
                             Telephone:  (415) 875-6100
                             Facsimile:   (415) 875-6161

                             *Attorneys for Plaintiff NRDC*

                             NINA C. ROBERTSON (SBN 276079)
                             MARIE E. LOGAN (SBN 308228)
                             EARTHJUSTICE
                             50 California St. Suite 500
                             San Francisco, CA 94111
                             Telephone:  (415) 217-2000
                             Facsimile:   (415) 217-2040

                             *Attorneys for Plaintiffs*

DATED:  May 24, 2018         /s/ *Nicole M. Smith* (as authorized on May 24, 2018)

                             Nicole M. Smith

                             U.S. DEPARTMENT OF JUSTICE
                             ENVIRONMENT & NATURAL RESOURCES
                             DIVISION

|   |   |   |
|---|---|---|
| 1 |   | 601 D Street, NW Room 3712 |
| 2 |   | Washington, D.C. 20044-7611<br>Telephone: (202) 305-0368<br>Facsimile: (202) 305-0275 |
| 3 |   |   |
| 4 |   | *Attorney for Federal Defendants* |
| 5 | DATED: May 24, 2018 | /s/ *Meredith Nikkel* (as authorized on May 24, 2018)<br>Meredith Nikkel |
| 6 |   |   |
| 7 |   | DOWNEY BRAND LLP<br>621 Capitol Mall, 18th Floor |
| 8 |   | Sacramento, CA 95814<br>Telephone: (916) 444-1000<br>Facsimile: (916) 444-2100 |

*Attorneys for Intervenors and Joined Party Defendants Reclamation District No. 108, Sutter Mutual Water Company, Natomas Central Mutual Water Company, River Garden Farms Company, Pleasant Grove-Verona Mutual Water Company, Pelger Mutual Water Company, Meridian Farms Water Company, Henry D. Richter, et al., Howald Farms, Inc., Oji Brothers Farm, Inc., Oji Family Partnership, Carter Mutual Water Company, Windswept Land And Livestock Company, Maxwell Irrigation District, and Tisdale Irrigation and Drainage Company*

DATED: May 24, 2018        /s/ *Andrew Hitchings* (as authorized on May 24, 2018)
Andrew Hitchings

SOMACH SIMMONS & DUNN
A Professional Corporation
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

*Attorneys for Intervenors and Joined Party Defendants Glenn-Colusa Irrigation District, Princeton-Codora-Glenn Irrigation District, Provident Irrigation District, Anderson-Cottonwood Irrigation District, City Of Redding, M & T Chico Ranch (Pacific Realty Associates), Reclamation District No. 1004, Conaway Preservation Group, LLC, David and Alice te Velde Family Trust, Knights Landing Investors, LLC and Pelger Road 1700, LLC*

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: May 24, 2018 | /s/ *Daniel J. O'Hanlon* (as authorized on May 24, 2018) |
| 3 | | Daniel J. O'Hanlon |
| 4 | | |
| 5 | | KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD |
| 6 | | A Professional Corporation |
| | | 400 Capitol Mall, 27th Floor |
| 7 | | Sacramento, CA 95814 |
| | | Telephone: (916) 321-4500 |
| 8 | | Facsimile: (916) 321-4555 |

*Attorneys for Defendant-Intervenors and Joined Party Defendants, San Luis & Delta-Mendota Water Authority, Westlands Water District, Coelho Family Trust, Eagle Field Water District, Fresno Slough Water District, Mercy Springs Water District, Oro Loma Water District, and Tranquillity Irrigation District*

**ORDER**

Pursuant to the Parties' Stipulation, the Court hereby ORDERS that the following summary judgment briefing schedule is established.

- Plaintiffs' combined summary judgment opposition and reply: June 8, 2018
- Defendants' summary judgment replies: June 26, 2018
- Hearing on motions for summary judgment: July 10, 2018

IT IS SO ORDERED.

Dated: **May 25, 2018**   /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE