UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>RYAN ZINKE, U.S. Department of the Interior, *et al.*,<br><br>    Defendants.<br><br>SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.*,<br><br>    Defendants-Intervenors.<br><br>ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*,<br><br>    Joined Parties. | Case No. 1:05-cv-01207-LJO-EPG<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO EXTEND EXPERT DISCOVERY DEADLINES**<br><br>(ECF No. 1270) |

    Upon careful consideration of Plaintiffs' application to expedite consideration of Plaintiffs' Motion to Extend Expert Discovery Deadlines (ECF No. 1270), and finding good cause, the Court hereby ORDERS that opposition briefs to the motion are due **October 15, 2018,** and the motion will be deemed submitted to the Court for decision, without oral argument, on **October 15, 2018.**

IT IS SO ORDERED.

    Dated: __**October 11, 2018**__                           /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE