# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID BERNHARDT, Acting Secretary, U.S. Department of the Interior, et al., <br><br> Defendants. | Case No. 1:05-cv-01207 LJO-EPG <br><br> ORDER SUBSITUTING PARTY |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, et al., <br><br> Defendant-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, et al., <br><br> Joined Parties. | |

The Court takes judicial notice that Ryan Zinke has stepped down as Secretary of the Interior and that David Bernhardt is presently the Acting Secretary. Pursuant to Federal Rule of Civil Procedure 25, "[a]n action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). The Court "may order substitution at any time." *Id*.

Accordingly, IT IS HEREBY ORDERED that David Bernhardt is substituted for Ryan Zinke as a defendant in this action.

IT IS SO ORDERED.

Dated: __**February 26, 2019**__   _____/s/ Lawrence J. O'Neill_____
                                   UNITED STATES CHIEF DISTRICT JUDGE

1