# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al., | Case No. 1:05-cv-01207 LJO-EPG |
| Plaintiffs, | **AMENDED PRETRIAL SCHEDULING ORDER** |
| vs. | |
| DAVID BERNHARDT, Acting Secretary, U.S. Department of the Interior, et al., | |
| Defendants. | |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, et al., | |
| Defendant-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, et al., | |
| Joined Parties. | |

**ORDER**

Pursuant to the Parties' agreement, the Court hereby ORDERS that the following schedule is established.

| Event | Deadline |
|---|---|
| Plaintiffs' response to Motions to Dismiss | March 29 |
| Reply to Motions to Dismiss/ Responses to motions in limine on causation and bifurcation | April 5 |
| Continued Fleenor Deposition, subject to the parties' ongoing discussion regarding the appropriate time limits on the deposition | Apr. 8 |
| Continued Fangue Deposition | Apr. 9 |
| Hearing on MTD (as needed) | Apr. 12 |
| Deadline to file any supplemental expert reports, subject to the applicable rules, including the ability for any party to object/ask for a deposition | Apr. 12 |
| Motions in limine on experts except for Fleenor | April 19 |
| Motion in limine for Dr. Fleenor | April 24 |
| Response to motions in limine on experts | May 3 |
| Response to motion in limine: Dr. Fleenor | May 8 |
| Joint pretrial statement | May 10 |
| Motions in limine on all other evidence | May 17 |
| Response to motions in limine on all other evidence | May 24 |
| Pretrial conference | June 4 |
| Opening trial briefs | June 14 |
| Proposed pretrial orders | June 21 |
| Answering trial briefs | June 28 |
| First day of trial | July 10, 8:30 a.m. |

IT IS SO ORDERED.

Dated:   **March 19, 2019**             **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE