1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERHNARDT, in his official capacity as Acting Secretary of the Interior, *et al.*, <br><br> Defendants. | Case No. **1:05-cv-01207-LJO-EPG** <br><br> **ORDER DENYING UNITED STATES' MOTIONS TO QUASH THE TRIAL SUBPOENAS FOR MR. SMITH, MARIA REA, AND ERIC DANNER** <br><br> (ECF Nos. 1289, 1291) |

Currently before the Court is the motion to quash the trial subpoenas for Mr. Smith, Ms. Rea, and Dr. Danner (ECF Nos. 1289, 1291). The Court has reviewed and considered Plaintiffs' proffer of trial testimony (ECF No. 1317) and supplemental proffer of trial testimony of Mr. Smith (ECF No. 1327). The Court finds that live testimony from Mr. Smith, Ms. Rea, and Dr. Danner is appropriate. Accordingly,

**IT IS ORDERED** that the Motions to quash the subpoenas for Mr. Smith, Ms. Rea, and Dr. Danner to appear for testimony at trial (ECF Nos. 1289, 1291) are DENIED. In light of this ruling, Defendants' request for leave to file a response to Plaintiffs' supplemental proffer of trial testimony for Mr. Smith (ECF No. 1331) is DENIED as moot.

IT IS SO ORDERED.

Dated: __March 20, 2019__          /s/ *Erica P. Grosjean*
                                   UNITED STATES MAGISTRATE JUDGE