# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATURAL RESOURCES DEFENSE COUNCIL, et al.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**DAVID BERNHARDT, Acting Secretary, U.S. Department of the Interior, et al.,**<br><br>**Defendants.** | **Case No. 1:05-cv-01207 LJO-EPG**<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE'S RULING (ECF NOS. 1336 & 1337)** |
| **SAN LUIS & DELTA MENDOTA WATER AUTHORITY, et al.,**<br><br>**Defendant-Intervenors.** | |
| **ANDERSON-COTTONWOOD IRRIGATION DISTRICT, et al.,**<br><br>**Joined Parties.** | |

Before the Court for decision is the one paragraph motion for reconsideration filed by Defendant Intervenors, ECF No. 1336, joined (also in a one paragraph filing) by Federal Defendants. ECF No. 1337. Rather than directing the Court's attention to any reasons why the moving parties believe the magistrate judge's ruling was "clear error," *see* L.R. 303, the moving parties have simply string-cited every brief they previously filed on the matter. The Court has afforded this motion for reconsideration

1

far more time and thought than did the moving parties. Having reviewed the magistrate judge's ruling in light of the record and applicable law, the motion is DENIED. *See* ECF Nos. 1311 & 1244; Fed. R. Civ. P. 45; U.S. Const., art. III, § 2.

IT IS SO ORDERED.

    Dated: **April 8, 2019**                    **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES CHIEF DISTRICT JUDGE