**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **OLD CASE NO: 2:19-CV-0547 JAM AC** |
| Plaintiff, | **NEW CASE NO: 2:19-CV-0547 LJO EPG** |
| v. | |
| **STATE WATER RESOURCES CONTROL BOARD & STATE WATER RESOURCES CONTROL BOARD CHAIR E. JOAQUIN ESQUIVEL, in his official capacity,** | **RELATED CASE REASSIGNMENT ORDER** |
| Defendants. | |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to several actions before the undersigned, including *Golden Gate Salmon Association, et al. v. Ross, et al.*, 1:17-cv-01172-LJO-EPG; *Bay.org, et al. v. Zinke, et al.*, 1:17-cv-01176-LJO-EPG; and *Natural Resources Defense Council, et al. v. Bernhardt, et al.*, 1:05-cv-01207-LJO-EPG. While the subject of the above-captioned action is discrete in some respects, as it concerns the operation of New Melones Reservoir, New Melones is part of an interconnected water storage and delivery system, with central aspects of that system directly at issue in the cases already before the undersigned. The above-captioned action also implicates state updates to the Water Quality Control Plan for the San Francisco Bay/Sacramento-San Joaquin Delta Estuary, updates that are intertwined with and form part of the baseline regulatory background

1

for the matters before the undersigned. At a bare minimum, any relief granted in the instant case may impact, interfere with, or be impacted by the other matters.

Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties, and will help to avoid inconsistent judgments and potentially conflicting remedies. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

United States District Judge John A. Mendez is in concurrence with the reasoning and result of this Order.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Erica P. Grosjean with **NEW CASE NO: 2:19-CV-0547 LJO EPG**. All documents shall bear the **NEW CASE NO: 2:19-CV-0547 LJO EPG** and the reassignment to Judge O'Neill and Magistrate Judge Grosjean.

IT IS SO ORDERED.

Dated: **April 18, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE