**COUNSEL IDENTIFICATION ON FINAL PAGE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Interior, *et al.*,<br><br>Defendants. | Case No. 1:05-cv-01207 LJO-EPG<br><br>**STIPULATION AND SCHEDULING ORDER** |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.*,<br><br>Defendants-Intervenors. | |
| ANDERSON-COTTONWOOD IRRIGATION DISTRICT, *et al.*,<br><br>Joined Parties. | |

# RECITALS

WHEREAS, on November 13, 2019, the Court directed the parties to brief all proposed motions (to dismiss, reconsider, and stay) such that those motions are ripe no later than December 23, 2019, and directed the parties to meet and confer in an attempt to agree upon a schedule for their filings, ECF No. 1378;

# STIPULATION

NOW THEREFORE, counsel for Plaintiffs and Defendants hereby stipulate to the following briefing schedule:

| Event | Deadline |
|---|---|
| Defendants' supplemental motions to dismiss | November 19 |
| Plaintiffs' motion to stay | December 2 |
| Defendants' oppositions to motion for reconsideration | December 3 |
| Plaintiffs' opposition to motions to dismiss | December 10 |
| Plaintiffs' reply in support of motion for reconsideration | December 16 |
| Defendants' oppositions to motion to stay | December 16 |
| Defendants' replies to motions to dismiss | December 23 |
| Plaintiffs' reply to motion to stay | December 23 |

DATED: November 15, 2019

/s/ *Katherine S. Poole*
Katherine S. Poole

KATHERINE POOLE (SBN 195010)
DREVET HUNT (SBN 240487)
DOUGLAS ANDREW OBEGI (SBN 246127)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
Facsimile: (415) 875-6161
kpoole@nrdc.org; dobegi@nrdc.org

Attorneys for Plaintiff NRDC

HAMILTON CANDEE (SBN 111376)
DANIELLE LEONARD (SBN 218201)
BARBARA JANE CHISHOLM (SBN 224656)
CORINNE JOHNSON (SB 287385)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Plaintiff NRDC

STACEY P. GEIS (SBN 181444)
NINA C. ROBERTSON (SBN 276079)
MARIE E. LOGAN (SBN 308228)
EARTHJUSTICE
50 California St., Suite 500
San Francisco, CA 94111
Telephone: (415) 217-2000
Facsimile: (415) 217-2040
sgeis@earthjustice.org;
nrobertson@earthjustice.org;
mlogan@earthjustice.org;

Attorneys for all Plaintiffs

DATED: November 15, 2019        */s/ Nicole M. Smith*

NICOLE M. SMITH
U.S. Department of Justice
Environment & Natural Resources Division
150 M St. NE
Washington, DC 20044-7611
(202) 305-0368 (tel)
(202) 305-0275 (fax)
Nicole.M.Smith@usdoj.gov

*Attorneys for Federal Defendants*

DATED: November 15, 2019        /s/ *Andrew Hitchings*
Andrew Hitchings
SOMACH SIMMONS & DUNN
A Professional Corporation
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

| | |
|---|---|
| | Attorneys for Intervenors and Joined Party Defendants GLENN-COLUSA IRRIGATION DISTRICT, PRINCETON-CODORA-GLENN IRRIGATION DISTRICT, PROVIDENT IRRIGATION DISTRICT, ANDERSON-COTTONWOOD IRRIGATION DISTRICT, CITY OF REDDING, M & T CHICO RANCH (PACIFIC REALTY ASSOCIATES), RECLAMATION DISTRICT NO. 1004, CONAWAY PRESERVATION GROUP, LLC, AND DAVID AND ALICE TE VELDE FAMILY TRUST, KNIGHTS LANDING INVESTORS, LLC, and PELGER ROAD 1700, LLC |
| DATED: November 15, 2019 | /s/ *Meredith Nikkel* <br> Meredith Nikkel <br><br> DOWNEY BRAND LLP <br> 621 Capitol Mall, 18th Floor <br> Sacramento, CA 95814 <br> Telephone: (916) 444-1000 <br> Facsimile: (916) 444-2100 <br><br> Attorneys for Intervenors and Joined Party DEFENDANTS RECLAMATION DISTRICT NO. 108, SUTTER MUTUAL WATER COMPANY, NATOMAS CENTRAL MUTUAL WATER COMPANY, RIVER GARDEN FARMS COMPANY, PLEASANT GROVE-VERONA MUTUAL WATER COMPANY, PELGER MUTUAL WATER COMPANY, MERIDIAN FARMS WATER COMPANY, HENRY D. RICHTER, ET AL., HOWALD FARMS, INC., OJI BROTHERS FARM, INC., OJI FAMILY PARTNERSHIP, CARTER MUTUAL WATER COMPANY, WINDSWEPT LAND AND LIVESTOCK COMPANY, MAXWELL IRRIGATION DISTRICT, BEVERLY F. ANDREOTTI, ET AL. AND TISDALE IRRIGATION AND DRAINAGE COMPANY |

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation, the Court hereby ORDERS that the following schedule is established.

| Event | Deadline |
|---|---|
| Defendants' supplemental motions to dismiss | November 19 |
| Plaintiffs' motion to stay | December 2 |
| Defendants' oppositions to motion for reconsideration | December 3 |
| Plaintiffs' opposition to motions to dismiss | December 10 |
| Plaintiffs' reply in support of motion for reconsideration | December 16 |
| Defendants' oppositions to motion to stay | December 16 |
| Defendants' replies to motions to dismiss | December 23 |
| Plaintiffs' reply to motion to stay | December 23 |

IT IS SO ORDERED.

Dated: **November 18, 2019**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE